UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bernafon, Inc., 02cv0777 (JEL/JGL)

v.

Benson Medical Instruments Company,

---

Bernafon, Inc., 02cv3466 (DSD/SRN)

v.

Benson Medical Instruments Company,

---

**ORDER OF DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF RELATED CASE**

Case No. 02cv777 having been assigned to Judge Joan E. Lancaster and Case No. 02cv3466 having later been assigned to Senior Judge David S. Doty, said matters being related cases,

**IT IS HEREBY ORDERED** That Case No. 02cv 3466 be assigned to Judge Joan E. Lancaster, *nunc pro tunc,* by use of a card on the Patent list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 30, 2002.

**IT IS FINALLY ORDERED** That a copy of this Order shall be placed in each of the above respective files.

DATED: September 5, 2002.

JOAN E. LANCASTER, Judge
United States District Court

DATED: September 6, 2002.

DAVID S. DOTY, Senior Judge
United States District Court

FILED SEP - 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK