UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NOS. 02-777 (JNE/JGL) and 02-3466 (JNE/JGL)

BERNAFON, INC.,

Plaintiff,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

BENSON MEDICAL INSTRUMENTS COMPANY,

Defendant.

A settlement conference has been scheduled in the above-referenced matter for **Monday, September 29, 2003, at 1:45 p.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: September 17, 2003

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

**Notice mailed to:**
David Fairbairn, Esq.
Michael Pape, Esq.
Dina Colling, Esq.
312 Third Street South
Minneapolis, MN 55415-1002

Joanne Turner, Esq.
1400 AT&T Tower
901 Marquette Avenue South
Minneapolis, MN 55402

Filed SEP 18 2003
Richard D. Sletten, Clerk
Judgment Entd.
Deputy Clerk