UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NOS. 02-777 (JNE/JGL) and 02-3466 (JNE/JGL)

BERNAFON, INC.,

Plaintiff,

v.

**NOTICE OF PRETRIAL CONFERENCE**

BENSON MEDICAL INSTRUMENTS COMPANY,

Defendant.

Judge Joan N. Ericksen has asked me to conduct a Rule 16 conference in the above-captioned matters with regard to the request for a Markman hearing. This matter has been scheduled for **Thursday, May 27, 2004, at 2:00 p.m.** in my chambers, Suite 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: May 6, 2004

s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge