UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Nos. 02-777 (JNE/JGL) and 02-3466 (JNE/JGL)

BERNAFON, INC.,

Plaintiff,

v.

**NOTICE OF RESCHEDULING PRETRIAL CONFERENCE**

BENSON MEDICAL INSTRUMENTS COMPANY,

Defendant.

The Pretrial Conference scheduled for Thursday, May 27, 2004, at 2:00 p.m., has been rescheduled to **Thursday, May 27, 2004, at 1:30 p.m.**

Dated: May 13, 2004

s/Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge