# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

**BERNAFON, INC.,**

Plaintiff,

v.

**BENSON MEDICAL INSTRUMENTS COMPANY,**

Defendant.

---

**BERNAFON, INC.**

Plaintiff,

v.

**BENSON MEDICAL INSTRUMENTS COMPANY,**

Defendant.

---

## COURT MINUTES

BEFORE: Jonathan Lebedoff
Chief United States Magistrate Judge

| | |
|---|---|
| Case Nos: | 02-777 (JNE/JGL) and 02-3466 (JNE/JGL) |
| Date: | May 27, 2004 |
| Court Reporter: | none |
| Tape Number: | proceedings not recorded |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 2:00 p.m. |
| Time in Court: | 30 Minutes |

## APPEARANCES:

Plaintiffs: Michael Pape and Dina Colling, Esqs.

Defendant: Aaron Davis, Esq.

Interpreter / Language: none

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** x **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Before the Court on Defendant's Motion for Claim Construction and Summary Judgment (Doc. No. 37 in Case No. 02-CV-777, and Doc. No. 25 in Case No. 02-CV-3466). Note: this Motion is non-dispositive.

X ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Krisann Kleibacker
Signature of Judicial Law Clerk