**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**BERNAFON, INC.**,
Plaintiff,

v.

**BENSON MEDICAL INSTRUMENTS COMPANY**,
Defendant

**BENSON MEDICAL INSTRUMENTS COMPANY**,
Counter-claimant,

v.

**BERNAFON, INC.**
Counter-defendant.

Civil No. 02-777 (JNE/JGL)

**ORDER**

---

**BERNAFON, INC.**,
Plaintiff,

v.

**BENSON MEDICAL INSTRUMENTS COMPANY**,
Defendant

**BENSON MEDICAL INSTRUMENTS COMPANY**,
Counter-claimant,

v.

**BERNAFON, INC.**,
Counter-defendant.

Civil No. 02-3466 (JNE/JGL)

APPEARANCES

Michael Pape and Dina Colling, Esqs., on behalf of Plaintiff

Aaron Davis, Esq., on behalf of Defendant

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Chief Magistrate Judge of District Court on May 27, 2004 on Defendant's Motion for Claim Construction and Summary Judgment (Doc. No. 37 in Case No. 02-CV-777, and Doc. No. 25 in Case No. 02-CV-3466). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

This Order memorializes this Court's ruling on Defendant's Motion and sets forth the briefing schedule to which the parties have agreed to adhere with respect to the eventual Markman hearing in this matter. As stated by this Court, Defendant's alternative motion to schedule briefing for summary judgment concurrent with briefing for the Markman hearing is denied. Nearly a year ago, this Court denied a motion by Defendant to extend the dispositive motion deadline in this case. (Order of July 15, 2003.) The Court will not now accept what is essentially a creatively-named motion for reconsideration on this issue. Hence, Defendant's Motion is denied in part.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

(1) Defendant's Motion for Claim Construction and Summary Judgment (Doc. No. 37 in Case No. 02-CV-777, and Doc. No. 25 in Case No. 02-CV-3466) is **GRANTED IN PART** and **DENIED IN PART** as explained fully in the body of this Order;

(2) As the parties have agreed to the following briefing schedule for their Markman hearing to be scheduled before the Honorable Joan N. Ericksen, the Court agrees that the following schedule shall control:

(A) The parties shall file a Joint Statement of Claim Terms to be Construed by June 11, 2004;

(B) The parties shall exchange and file opening claim construction briefs by July 2, 2004; and

(C) The parties shall exchange and file rebuttal claim construction briefs by July 23, 2004.

Dated: May 27, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge