**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**BERNAFON, INC.**, Civil No. 02-777 (JNE/JGL)
Civil No. 02-3466 (JNE/JGL)

Plaintiff,

v.

**BENSON MEDICAL INSTRUMENTS COMPANY**,

Defendant.

---

**JOINT STATEMENT OF CLAIM TERMS TO BE CONSTRUED**

**Plaintiff Asserts that the Following Claim Terms Need to be Construed:**

**U.S. Patent No. 5,811,681**

**Claim 4**

"conventional audiometer";

"means for outputting test signals"; and

"pre-programmed logic".

**Claim 6**

"test signal generator"; and

"logic circuit".

**U.S. Patent No. 6,416,482**

**Claim 1**

"audiometer";

"controlling an audiometer to selectively switch the audiometer output"; and

"first switching the audiometer output to sound signals when the step of controlling indicates a particular condition".

**Claim 4**

"tone generator"; and

"the switch selectively causes either the tone generator or the computer to output sound waves and the computer controls the switch".

**Claim 9**

"generating a test tone"; and

"controlling the steps of. . .switching".

**Defendant Asserts that the Following Claim Terms Need to be Construed:**

**U.S. Patent No. 5,811,681**

**Claim 4**

"multimedia audiometer"

"conventional audiometer"

"computer"

"means for outputting sound signals"

"means for outputting test signals"

"pre-programmed logic"

"means for switching"

"means for controlling"

**Claim 6**

"audiometer"

"sound wave generator"

"test signal generator"

"a logic circuit connected with the test signal generator and the processor"

the "wherein" clause (specifically "logic circuit" and "selectively cause")

**<u>U.S. Patent No. 6,416,482</u>**

**Claim 1**

"audiometer"

"selectively switch"

"sound signals generated from digital information"

"first switching"

**Claim 4**

"multimedia audiometer"

"multimedia computer"

"tone generator"

"selectively causes"

"the computer controls the switch"

**Claim 9**

"generating a test tone"

"analog sound"

"switching"

"analog signal"

Respectfully submitted,

Dated: June 10, 2004 By: s/Dina M. Khaled

David R. Fairbairn (No. 28,125)
Michael J. Pape (No. 26,989X)
Dina M. Khaled (No. 284,968)
KINNEY & LANGE, P.A.
312 South Third Street
Minneapolis, MN 55415
Telephone: (612) 339-1863
Facsimile: (612) 339-6580
**ATTORNEYS FOR PLAINTIFF BERNAFON, INC.**

Dated: June 10, 2004 By: s/Aaron W. Davis

Randall T. Skaar (No. 165,013)
Aaron W. Davis (No. 318,255)
PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100
Telephone: (612) 349-5740
Facsimile: (612) 349-9266

Joanne H. Turner (No. 235,787)
MACKALL, CROUNSE, & MOORE, PLC.
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Telephone: (612) 305-1400
Facsimile: (612) 305-1414
**ATTORNEYS FOR DEFENDANT BENSON MEDICAL INSTRUMENTS COMPANY**