**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**BERNAFON, INC.,**

Plaintiff,

v.

**BENSON MEDICAL INSTRUMENTS COMPANY,**

Defendant.

Civil No. 02-777 (JNE/JGL)
Civil No. 02-3466 (JNE/JGL)

---

**DECLARATION OF AARON W. DAVIS**

I, Aaron W. Davis, hereby declare and state as follows:

1. I am an attorney with Patterson, Thuente, Skaar & Christensen, P.A., and am one of Defendant Benson Medical Instruments Company's counsel in the above-referenced case. I am over the age of eighteen years, and have personal knowledge of the facts that are stated herein. I am submitting this declaration in support of Defendant's Opening Claim Construction Brief.

2. Attached hereto as **Exhibit A** is a true and correct copy of U.S. Patent Number 5,811,681 entitled "Multimedia Feature For Diagnostic Instrumentation."

3. Attached hereto as **Exhibit B** is a true and correct copy of U.S. Patent Number 6,416,482 entitled "Multimedia Feature For Diagnostic Instrumentation."

4. Attached hereto as **Exhibit C** is a true and correct copy of paper number 10 of the Prosecution History of U.S. Patent Number 5,811,681.

5. Attached hereto as **Exhibit D** is a true and correct copy of paper number 6 of the Prosecution History of U.S. Patent Number 5,811,681.

6. Attached hereto as **Exhibit E** is a true and correct copy of U.S. Patent Number 4,847,763 entitled "Laser Audiometer System."

7. Attached hereto as **Exhibit F** is a true and correct copy of U.S. Patent Number 3,809,811 entitled "System For Conducting Automatically An Audiometric Test."

8. Attached hereto as **Exhibit G** is a true and correct copy of U.S. Patent Number 4,489,610 entitled "Computerized Audiometer."

9. Attached hereto as **Exhibit H** is a true and correct copy of the Declaration of Steve Benson, dated July 1, 2004.

10. Attached hereto as **Exhibit I** are true and correct copies of selected pages from The American Heritage Dictionary of the English Language, (4th ed. 2000).

11. Attached hereto as **Exhibit J** are true and correct copies of selected pages from Webster's Third New International Dictionary of The English Language, Unabridged, (2002).

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: July 2, 2004

s/ Aaron W. Davis
Aaron W. Davis