**Exhibit H**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**BERNAFON, INC.,**

Plaintiff,

Civil No. 02-777 (JNE/JGL)
Civil No. 02-3466 (JNE/JGL)

v.

**BENSON MEDICAL INSTRUMENTS COMPANY,**

Defendant.

---

**DECLARATION OF STEVE BENSON**

I, Steve Benson, hereby declare and state as follows:

1. I am the President of Benson Medical Instruments Company and have been so for 11 years. I am over the age of eighteen years, and have personal knowledge of the facts that are stated herein. I am submitting this declaration in support of Defendant's Opening Claim Construction Brief.

2. As stated above, I am currently the President of Benson Medical Instruments Company and have held that position for 11 years. Before starting Benson Medical, I was a software engineer. Overall, I have over 16 years of experience in the field of audiometers. I believe that I am one of skill in the art of audiometers, because of my extensive experience in the audiometer field.

3. Before reading U.S. Patent Numbers 5,811,681 and 6,416,482, I had never previously heard the term "conventional audiometer." The term "conventional audiometer" has no ordinary and customary meaning in the field of audiometers.

EXHIBIT
tabbies
H

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 7/1, 2004

Steve Benson