**Exhibit I**

# *The* American Heritage® Dictionary *of the English Language*

FOURTH EDITION




HOUGHTON MIFFLIN COMPANY
Boston New York

tabbies
EXHIBIT
I

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.–4th ed.
p. cm.
ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
(hardcover with CD ROM)
1. English language–Dictionaries
PE1628 .A623 2000
423–dc21

00-025369

Manufactured in the United States of America

Case 0:02-cv-00777-JNE-FLN Document 44-10 Filed 07/02/2004 Page 4 of 4


**anadromous**
salmon swimming upstream in the Brooks River, Katmai National Park, Alaska

♦ **an•a•dam•a bread** (ăn′ə-dăm′ə) *n. New England* A loaf of bread made of white flour, cornmeal, and molasses. [Origin unknown.]

**an•a•dem** (ăn′ə-dĕm′) *n. Archaic* A wreath or garland for the head. [Latin *anadēma,* from Greek, from *anadein,* to bind up : *ana-,* ana- + *dein,* to bind.]

**an•a•di•plo•sis** (ăn′ə-də-plō′sĭs) *n., pl.* **-ses** (-sēz) Rhetorical repetition at the beginning of a phrase of the word or words with which the previous phrase ended; for example, *He is a man of loyalty—loyalty always firm.* [Late Latin *anadiplōsis,* from Greek, from *anadiploun,* to redouble : *ana-,* ana- + *diploun,* to double (from *diplous,* double; see **dwo-** in Appendix I).]

**a•nad•ro•mous** (ə-năd′rə-məs) *adj.* Migrating up rivers from the sea to breed in fresh water. Used of fish. [From Greek *anadromos,* running up : *ana-,* ana- + *dromos,* a running.]

**A•na•dyr** (ä′nə-dîr′) A river of northeast Russia rising in the **Anadyr Plateau** and flowing about 1,118 km (695 mi) south and then east to **Anadyr Bay,** an inlet of the Bering Sea.

**a•nae•mi•a** (ə-nē′mē-ə) *n.* Variant of **anemia.**

**a•nae•mic** (ə-nē′mĭk) *adj.* Variant of **anemic.**

**an•aer•obe** (ăn′ə-rōb′, ăn-âr′ōb′) *n.* An organism, such as a bacterium, that can live in the absence of atmospheric oxygen. **—an′aer•o′bic** (ăn′ə-rō′bĭk, -âr-ō′bĭk) *adj.* **—an′aer•o′bi•cal•ly** *adv.*

**an•aer•o•bi•o•sis** (ăn′ə-rō′bī-ō′sĭs, ăn′â-rō′-) *n.* Life sustained by an organism in the absence of oxygen. **—an′aer•o′bi•ot′ic** (-ŏt′ĭk) *adj.*

**an•aes•the•sia** (ăn′ĭs-thē′zhə) *n.* Variant of **anesthesia.**

**an•aes•the•si•ol•o•gist** (ăn′ĭs-thē′zē-ŏl′ə-jĭst) *n.* Variant of **anesthesiologist.**

**an•aes•the•si•ol•o•gy** (ăn′ĭs-thē′zē-ŏl′ə-jē) *n.* Variant of **anesthesiology.**

**an•aes•thet•ic** (ăn′ĭs-thĕt′ĭk) *adv. & n.* Variant of **anesthetic.**

**a•naes•the•tist** (ə-nĕs′thĭ-tĭst) *n.* Variant of **anesthetist.**

**a•naes•the•tize** (ə-nĕs′thĭ-tīz′) *v.* Variant of **anesthetize.**

**A•naf•ra•nil** (ə-năf′rə-nĭl) A trademark used for the drug clomipramine.

**an•a•gen•e•sis** (ăn′ə-jĕn′ĭ-sĭs) *n.* A pattern of evolution that results in linear descent with no branching or splitting of the population.

**an•a•glyph** (ăn′ə-glĭf′) *n.* **1.** An ornament carved in low relief. **2.** A moving or still picture consisting of two slightly different perspectives of the same subject in contrasting colors that are superimposed on each other, producing a three-dimensional effect when viewed through two correspondingly colored filters. [From Late Latin *anaglyphus,* carved in low relief, from Greek *anagluphos* : *ana-,* ana- + *gluphein,* to carve; see **gleubh-** in Appendix I.] **—an′a•glyph′ic, an′a•glyp′tic** (-glĭp′tĭk) *adj.*

**an•a•go•ge** also **an•a•go•gy** (ăn′ə-gō′jē) *n., pl.* **-ges** also **-gies** A mystical interpretation of a word, passage, or text, especially scriptural exegesis that detects allusions to heaven or the afterlife. [Late Latin *anagōgē,* from Late Greek, spiritual uplift, from *anagein,* to lift up : *ana-,* ana- + *agein,* to lead; see **ag-** in Appendix I.] **—an′a•gog′ic** (-gŏj′ĭk), **an′a•gog′i•cal** *adj.* **—an′a•gog′i•cal•ly** *adv.*

**an•a•gram** (ăn′ə-grăm′) *n.* **1.** A word or phrase formed by reordering the letters of another word or phrase, such as *satin* to *stain.* **2. anagrams** *(used with a sing. verb)* A game in which players form words from a group of randomly picked letters. [New Latin *anagramma,* from Greek *anagrammatismos,* from *anagrammatizein,* to rearrange letters in a word : *ana-,* from bottom to top; see ANA– + *gramma, grammat-,* letter; see **gerbh-** in Appendix I.] **—an′a•gram•mat′ic** (-grə-măt′ĭk) *adj.* **—an′a•gram•mat′i•cal•ly** *adv.*

**an•a•gram•ma•tize** (ăn′ə-grăm′ə-tīz′) *tr.v.* **-tized, -tiz•ing, -tiz•es** To make an anagram of. [Late Greek *anagrammatizein,* to rearrange letters in a word. See ANAGRAM.]

**An•a•heim**[1] (ăn′ə-hīm′) A city of southern California southeast of Los Angeles. It is the site of Disneyland, opened in 1955. Population: 266,406.

**An•a•heim**[2] (ăn′ə-hīm′) *n.* A cultivar of the tropical pepper *Capsicum annuum* having long, tapering, mildly pungent green or red fruit. [After ANAHEIM[1].]

**A•ná•huac** (ə-nä′wăk′) An extensive plateau of central Mexico. A heavily populated and highly industrial area that includes Mexico City, it was the center of a pre-Columbian Aztec civilization.

**a•nal** (ā′nəl) *adj.* **1.** Of, relating to, or near the anus. **2.** *Psychology* **a.** Of or relating to the second stage of psychosexual development in psychoanalytic theory, roughly from ages one to three, during which gratification is derived from sensations associated with the anus and defecation. The anal stage is preceded by the oral stage and followed by the phallic stage. **b.** Indicating personality traits that originated during toilet training and are distinguished as anal-expulsive or anal-retentive. [From Latin *ānus,* anus.] **—a′nal•ly** *adv.*

**a•nal•cime** (ə-năl′sēm′) also **a•nal•cite** (-sīt′) *n.* A white or light-colored zeolite, $NaAlSi_2O_6 \cdot H_2O$, found in certain basalts. [French, from Greek *analkimos,* weak (from its weak electric power) : *an-,* not; see A–[1] + *alkimos,* brave (from *alkē,* strength).] **—a•nal•cim′ic** *adj.*

**an•a•lects** (ăn′ə-lĕkts′) also **an•a•lec•ta** (ăn′ə-lĕk′tə) *pl.n.* Selections from or parts of a literary work or group of works. Often used as a title. [Greek *analekta,* selected things, from neuter pl. of *analektos,* gathered together, from *analegein,* to gather : *ana-,* ana- + *legein,* to gather; see **leg-** in Appendix I.] **—an′a•lec′tic** *adj.*

**an•a•lem•ma** (ăn′ə-lĕm′ə) *n.* A graduated scale in the shape of a figure eight, indicating the sun's declination and the equation of time for every day of the year and usually found on sundials and globes. [Latin, sundial, from Greek *analēmma,* from *analambanein,* to take up. See ANALEPTIC.]

**an•a•lep•tic** (ăn′ə-lĕp′tĭk) *adj.* Restorative or stimulating, as a drug or medication. ❖ *n.* A medication used as a central nervous system stimulant. [Greek *analēptikos,* from *analambanein,* to take up : *ana-,* ana- + *lambanein, lēp-,* to take.]

**a•nal-ex•pul•sive** (ā′nəl-ĭk-spŭl′sĭv) *adj. Psychology* Indicating personality traits, such as conceit, ambition, and generosity, originating in habits, attitudes, or values associated with infantile pleasure in the expulsion of feces.

**an•al•ge•si•a** (ăn′əl-jē′zē-ə, -zhə) *n.* A deadening or absence of the sense of pain without loss of consciousness. [Greek *analgēsiā* : *an-,* without; see A–[1] + *algēsiā,* pain (from *algein,* to feel pain, from *algos,* pain).] **—an′al•get′ic** (-jĕt′ĭk) *adj.*

**an•al•ge•sic** (ăn′əl-jē′zĭk, -sĭk) *n.* A medication that reduces or eliminates pain. ❖ *adj.* Of or causing analgesia.

**an•a•log** (ăn′ə-lôg′, -lŏg′) *n. & adj.* Variant of **analogue.**

**analog computer** also **analogue computer** *n.* A computer in which numerical data are represented by measurable physical variables, such as electrical voltage.

**an•a•log•i•cal** (ăn′ə-lŏj′ĭ-kəl) *adj.* Of, expressing, composed of, or based on an analogy: *the analogical use of a metaphor.* **—an′a•log′i•cal•ly** *adv.*

**a•nal•o•gist** (ə-năl′ə-jĭst) *n.* One who looks for or reasons from analogies: *"Learning more from books than from life, he was an analogist"* (Times Literary Supplement).

**a•nal•o•gize** (ə-năl′ə-jīz′) *v.* **-gized, -giz•ing, -giz•es** *—tr.* To make an analogy of or concerning: *analogize the human brain to a computer.* *—intr.* To reason by or use analogy.

**a•nal•o•gous** (ə-năl′ə-gəs) *adj.* **1.** Similar or alike in such a way as to permit the drawing of an analogy. **2.** *Biology* Similar in function but not in structure and evolutionary origin. [From Latin *analogus,* from Greek *analogos,* proportionate : *ana-,* according to; see ANA– + *logos,* proportion; see **leg-** in Appendix I.] **—a•nal′o•gous•ly** *adv.* **—a•nal′o•gous•ness** *n.*

**an•a•logue** also **an•a•log** (ăn′ə-lôg′, -lŏg′) *n.* **1.** Something that bears an analogy to something else: *Surimi is marketed as an analogue of crabmeat.* **2.** *Biology* An organ or structure that is similar in function to one in another kind of organism but is of dissimilar evolutionary origin. **3.** *Chemistry* A structural derivative of a parent compound that often differs from it by a single element. ❖ *adj.* **1.** often **analog** Of, relating to, or being a device in which data are represented by continuously variable, measurable, physical quantities, such as length, width, voltage, or pressure. **2.** often **analog** *Computer Science* Of or relating to an analog computer. [French, analogous, analogue, from Medieval Latin *analogus,* from Greek *analogos,* proportionate. See ANALOGOUS.]

**analogue computer** *n.* Variant of **analog computer.**

**a•nal•o•gy** (ə-năl′ə-jē) *n., pl.* **-gies 1a.** Similarity in some respects between things that are otherwise dissimilar. **b.** A comparison based on such similarity. See synonyms at **likeness. 2.** *Biology* Correspondence in function or position between organs of dissimilar evolutionary origin or structure. **3.** A form of logical inference or an instance of it, based on the assumption that if two things are known to be alike in some respects, then they must be alike in other respects. **4.** *Linguistics* The process by which words or morphemes are re-formed or created on the model of existing grammatical patterns in a language, often leading to greater regularity in paradigms, as evidenced by *helped* replacing *holp* and *holpen* as the past tense and past participle of *help* on the model of verbs such as *yelp, yelped, yelped.* [Middle English *analogie,* from Old French, from Latin *analogia,* from Greek *analogiā,* from *analogos,* proportionate. See ANALOGOUS.]

**an•al•pha•bet•ic** (ăn-ăl′fə-bĕt′ĭk) *adj.* **1.** Not alphabetical. **2** Unable to read; illiterate. ❖ *n.* One who is unable to read; an illiterate [From Greek *analphabētos,* not knowing the alphabet : *an-,* not; see A– + *alphabētos,* alphabet; see ALPHABET.]

**a•nal-re•ten•tive** (ā′nəl-rĭ-tĕn′tĭv) *adj. Psychology* Indicating personality traits, such as meticulousness, avarice, and obstinacy, originatin in habits, attitudes, or values associated with infantile pleasure in retention of feces.

**a•nal•y•sand** (ə-năl′ĭ-sănd′) *n.* A person who is being psychoana lyzed. [From ANALYZE, on the model of MULTIPLICAND.]

**an•a•lyse** (ăn′ə-līz′) *v. Chiefly British* Variant of **analyze.**

**a•nal•y•sis** (ə-năl′ĭ-sĭs) *n., pl.* **-ses** (-sēz′) **1a.** The separation o an intellectual or material whole into its constituent parts for individu al study. **b.** The study of such constituent parts and their interrelation ships in making up a whole. **c.** A spoken or written presentation o such study: *published an analysis of poetic meter.* **2.** *Chemistry* **a.** Th separation of a substance into its constituent elements to determi either their nature (qualitative analysis) or their proportions (quantit tive analysis). **b.** The stated findings of such a separation or determ nation. **3.** *Mathematics* **a.** A branch of mathematics principally invol ing differential and integral calculus, sequences, and series a concerned with limits and convergence. **b.** The method of proof which a known truth is sought as a consequence of a series of dedu tions from that which is the thing to be proved. **4.** *Linguistics* The u of function words such as prepositions, pronouns, or auxiliary ver instead of inflectional endings to express a grammatical relationsh for example, *the cover of the dictionary* instead of *the dictionary's cov* **5.** Psychoanalysis. **6.** Systems analysis. [Medieval Latin, from Gre *analusis,* a dissolving, from *analūein,* to undo : *ana-,* throughout; ANA– + *lūein,* to loosen; see **leu-** in Appendix I.]

**analysis of variance** *n.* An analysis of the variation in the o