**Exhibit J**

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

REG. U.S. PAT. OFF.

MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.

EXHIBIT
tabbies
J

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X (carrying case).—ISBN 0-87779-206-2 (imperial buckram).
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

5152535455QKY05040302

:s is now *in sight*) ⟨victory is *in sight*⟩ ⟨a girl who hasn't *in sight* by the time she is 20 —Sidonie M. Gruenberg⟩ **sight** *adv* **:** at sight — **out of sight 1 :** beyond com- ı ⟨*out of sight* the best thing he has written⟩ **2 :** beyond ection or reason; *esp* **:** excessively high ⟨butter . . . lmost *out of sight* when price ceilings . . . were removed *Republic*⟩ — **sight for sore eyes :** one whose appear- r arrival is an occasion for joy or relief **:** a gladdening rtening sight

\"\ *adj* **1 :** calling for or based on recognition or com- sion without previous study or recourse to notes, ice books, or other aid ⟨a ~ translation⟩ ⟨teachers build up the ~ vocabulary of children⟩ **2 :** payable sentation ⟨~ draft⟩ ⟨~ exchange⟩

\"\ *vb* -ED/-ING/-S *vt* **1** *obs* **:** INSPECT, SCRUTINIZE get or catch sight of **:** see for the first time ⟨~ a star⟩ al whales were ~*ed*⟩ ⟨more than merely ~*ing* a familiar a crowd —Irving Kolodin⟩ ⟨~*ed* land soon after sun- **3 :** to look at through or as if through a sight; *esp* **:** to r straightness or trueness by looking along the length a rifle⟩ **4 a :** to aim (a firearm) by means of sights aim at (a target) **c :** to sight in **5 a :** to equip with sights adjust the sights of ⟨the rifle was ~*ed* to 1000 yards⟩ present (as a bill) for payment **~ *vi* 1 :** to take aim to ~ for the center of the greatly narrowed channel Forester⟩ **2 :** to look carefully in a certain direction ong the edge of a board⟩ ⟨~ down a gun barrel⟩ — **sight** ıchor **:** to haul up an anchor enough to see whether it led or clear

**ooard** *n* **:** SCREEN 8

**lraft** *n* **:** a draft payable on presentation

**:d** \'sīd·əd, -ītəd\ *adj* [¹*sight* + *-ed*] **1 :** having the use :'s sight **:** SEEING ⟨to the ~, loss of vision seems the most :ss and pitiable . . . —P.A.Zahl⟩ ⟨son who was partially ılice Lake⟩ **2 :** having a specified kind of sight — usu. in combination ⟨clear-*sighted*⟩ ⟨quick-*sighted*⟩

**:dge** *n* **:** the edge of an overlapping or outer strake of the plating of a ship

**:r** \'sīd·ə(r), -ītə-\ *n* -S **1 :** one who tests the accuracy ghts on small arms — called also *aligner, targeteer* GHTING SHOT

**feed** \'=,=\ *adj* **:** of or belonging to a feed-pipe fitting, :, or system arranged so that the flowing liquid may served through a transparent section of a tube or wall *-feed* oil cup⟩

**gag** *n* **:** a comic bit or episode achieved by pantomime nera shot rather than words

**glass** *n* **:** a transparent section in a pipe or tank wall for ; visual indication of level or flow of liquids

**in** *vt* **:** to adjust the sights of (a gun) so that at a selected the missile will strike the point aimed at

**ng** *n* -S **:** an act of one who sights ⟨no further ~*s* of the y were made⟩

**ng angle** *n* **:** RANGE ANGLE

**ng hood** *n* **:** a raised hood with slits or peepholes in the mounted on top of a gun turret

**ng shot** *n* **:** a shot made to test the adjustment of the ; of a firearm

**less** \'sītləs\ *adj* [ME *sightles*, fr. *sight* + *-les* -less] cking sight **:** being without sight **:** BLIND **2 a :** INVISIBLE **:** UNSIGHTLY **c :** UNSEEN — **sight·less·ly** *adv* — **sight-ness** *n* -ES

**line** *n* **:** a straight line extending from the eye of a ator to an object or area (as of a stage) to be viewed of the lines that define an unimpeded field of vision ⟨the ılications of providing good *sight lines* increase pro- onately with the numbers to be seated —*Architect & 'ing News*⟩

**li·ness** \'sītlēnəs, -lin-\ *n* -ES **:** the quality or state of ; sightly

**:·ly** \-lē,-li\ *adj* -ER/-EST [¹*sight* + *-ly*] **1** *obs* **:** CON- ıOUS, VISIBLE **2 :** acceptable or pleasing to the sight ent in appearance ⟨~ building⟩ ⟨~ typography⟩ **3 :** af- ng a fine view ⟨homes . . . enjoying a ~ location over- ıng the river —*Springfield (Mass.) Union*⟩

**tly** \"\ *adv* **:** in a sightly manner

**·me·ter** \'sīt,mēd·ə(r)\ *n* **:** a light meter that indicates in candles relative visibilities of illuminated surfaces or ions

**picture** *n* **:** the alignment of the sights of a firearm with arget as seen by the firer

**proof** \'=,=\ *adj* **:** impenetrable to sight ⟨~ hedge six feet

**radius** *n* **:** the distance between the front and rear sights firearm

**-read** \'=,=\ *vb* [back-formation fr. *sight reading* & *reader*] *vt* **:** to read (as a foreign language) or perform ic) without previous preparation or study **~ *vi* :** to read thing at sight; *esp* **:** to play or sing music at sight

**reader** *n* **:** one who reads at sight something that ordinar- equires previous study; *specif* **:** a musician who can read erform music at first sight of the score

**-reading** \'=,==\ *n* **1 a :** the action or an instance of ing at sight **b :** the ability to read at sight **2 :** material eading at sight

**rhyme** *n* **:** EYE RHYME

**S** *pl of* SIGHT, *pres 3d sing of* SIGHT

**:-see** \'=,=\ *vi* [back-formation fr. *sight-seeing*] **:** to go it seeing sights of interest

**it-seeing** \'=,==\ *adj* [¹*sight* + *seeing*, pres. part. of *see* :r the phrase *see the sights*)] **:** engaged in, devoted to, or l for seeing sights ⟨~ trip⟩ ⟨~ buses⟩

**it-seeing** \"\ *n* [¹*sight* + *seeing*, gerund of *see* (after the ise *see the sights*)] **:** the act or pastime of seeing sights

**tseer** \'=,==\ *n* -S **:** one that visits places of interest **:** one goes about in search of novelty or picturesque sights or iery

**l-shot** \'=,=\ *n* **:** EYESHOT

**lsinging** \'=,==\ *n* **:** the sight reading of vocal music

**t tree** *n* **:** LINE TREE

**t unseen** *adv* **:** without inspection or opportunity of ap- sal ⟨can't expect him to buy such an expensive place *sight ren*⟩

**tworthy** \'=,==\ *adj* **:** worth seeing

**l** \'sijəl\ *n* -S [L *sigillum* — more at SEAL] **1 :** SEAL, SIGNET a sign, word, or device of supposed occult power in ology or magic **3 :** a coded bibliographical reference con- ng typically of letters and numerals representing respec- ly date, name of publication, volume, page, and article

**l** *abbr* [L *sigillum*] seal

**il·lar·ia** \,sijə'la(a)rēə\ *n, cap* [NL, fr. L *sigillum* seal NL *-aria*; fr. the leaf scars that resemble seals] **:** a genus ; type of the family Sigillariaceae) of fossil arborescent ; mosses of the Middle Carboniferous — **sig·il·lar·id** \=;=rəd\ *n or adj*

**il·lar·i·a·ce·ae** \,==,=rē'āsē,ē\ *n pl, cap* [NL, fr. *Sigillaria*, e genus + *-aceae*] **:** a family of arborescent Carboniferous ; mosses (order Lepidodendrales) that have the trunks ked with vertical rows of leaf scars suggesting seals — **sig·il·lar·i·a·ce·ous** \;==,==|āshəs\ *adj*

**il·lar·i·os·tro·bus** \,==,=rē'ästrəbəs\ *n, cap* [NL, fr. *illaria* + *-o-* + Gk *strobos, strombos* top, ball; akin to Gk *phein* to turn — more at STROPHE] **:** a form genus based on idodendrid cones believed to belong to plants of the genus *illaria*

**·il·late** \'sijə,lāt\ *vt* -ED/-ING/-S [L *sigillatus*, past part. of *llare*, fr. *sigillum* seal — more at SEAL] **:** to close by or as if a seal **:** SEAL

**il·late** \'sijə,lāt, sə'jilət\ *or* **sig·il·lat·ed** \'sijə,lād·əd\ [*sigillate* fr. L *sigillatus*, fr. *sigillum* + *-atus* -ate; *sigillated* L *sigillatus* + E *-ed*] **1 :** decorated by means of stamped-on terns or motifs — used esp. of ancient Roman ware : having markings like seals ⟨~ rootstock⟩

**il·la·tion** \,sijə'lāshən\ *n* -S [ML *sigillation-, sigillatio*, L *sigillatus* (past part. of *sigillare* to seal) + *-ion-, -io* -ion] : impression of or by a seal **2 :** the mark of a cicatrix : decoration (as of pottery) by means of stamped designs

**il·log·ra·phy** \,=='lägrəfē\ *n* -ES [F *sigillographie*, fr. L *llum* seal + F *-o-* + *-graphie* -graphy] **:** the study of seals

**si·glar·i·an** \si'gla(a)rēən\ *adj* [*siglum* + *-ary* + *-an*] **:** of or relating to sigla

**sig·los** \'si,gläs\ *n, pl* **si·gloi** \-lȯi\ [Gk *siglos, siklos*, of Sem origin; akin to Heb *sheqel* shekel] **:** a silver coin of ancient Persia equal to ¹⁄₂₀ daric and weighing about 5.6 grams

**sig·lum** \'sigləm\ *n, pl* **sig·la** \-lə\ [L, dim. of *signum* sign, mark, figure, image — more at SIGN] **1 :** a sign, abbreviation, letter, or character standing for words in ancient manuscripts or on coins or medals **2 :** a letter used to indicate manuscript or other source of an edited text

**sig·ma** \'sigmə\ *n* -S [Gk, of Sem origin; akin to Heb *sāmekh* samekh] **1 :** the 18th letter of the Greek alphabet — symbol Σ or σ or ς; see ALPHABET tables; compare LUNAR SIGMA **2 :** the thousandth part of a second **:** MILLISECOND **3 a :** STANDARD DEVIATION — symbol σ **b :** the sum of — symbol Σ **4 :** a C-shaped sponge spicule

**sig·ma·spire** \-,spī(ə)r\ *n* [*sigma* + *spire*] **:** an S-shaped sponge spicule **:** a sigma twisted spirally

¹**sig·mate** \'sig,māt\ *vt* -ED/-ING/-S [*sigma* + *-ate* (v. suffix)] **:** to affix a sigma or *s* to (a root) in forming a tense or a plural

²**sigmate** \"\ *adj* [*sigma* + *-ate* (adj. suffix)] **1 :** having the shape or form of the Greek sigma or the letter S **2** *of a sponge spicule* **:** C-SHAPED

**sig·mat·ic** \(')sig¦mad·ik\ *adj* [ISV *sigmat-* (fr. Gk, fr. *sigma*) + *-ic*] *of a tense* **:** characterized by the addition of *s* to the root in forming the tense stem — used esp. of an aorist and a future in Greek and of corresponding forms in other Indo-European languages; opposed to *asigmatic*

**sig·ma·tion** \sig'māshən\ *n* -S **:** the addition of a sigma or *s* to a root

**sig·ma·tism** \'sigmə,tizəm\ *n* -S [ISV *sigmat-* (fr. Gk) + *-ism*] **:** faulty articulation of sibilants

**sig·mo·don** \'sigmə,dän\ *n, cap* [NL, fr. Gk *sigma* + NL *-odon*] **:** a genus of cricetid rodents including the American cotton rats

**sig·mo·dont** \-nt\ *adj* [*sigma* + *-odont*] **:** having bituberculate molars — used of a rodent

**sig·mo·don·tes** \,=='dän·(,)tēz\ *n pl, cap* [NL, fr. pl. of *Sigmodon*] *in former classifications* **:** a group of New World rodents approximately equal to the typical subfamily of Cricetidae

¹**sig·moid** \'sig,mȯid\ *also* **sig·moi·dal** \(')sig¦mȯid³l\ *adj* [*sigmoid* fr. Gk *sigmoeidēs*, fr. *sigma* + *-oeidēs* -oid; *sigmoidal* fr. Gk *sigmoeidēs* + E *-al*] **1 a :** curved like the letter C **b :** curved in two directions like the letter S **2 :** relating to the sigmoid flexure of the intestine ⟨the ~ artery branches from the inferior mesenteric⟩ — **sig·moi·dal·ly** \-³lē\ *adv*

²**sigmoid** \"\ *n* -S **:** a sigmoid bodily part; *esp* **:** SIGMOID FLEXURE

**sigmoid cavity** *n* **:** either of two articulatory surfaces in the elbow: **a :** SEMILUNAR NOTCH — called also *greater sigmoid cavity* **b :** a surface on the inner side of the distal end of the radius for articulation with the ulna — called also *lesser sigmoid cavity*

**sig·moid·ec·to·my** \,sig,mȯi'dektəmē\ *n* -ES [²*sigmoid* + *-ectomy*] **:** surgical removal of part of the sigmoid flexure

**sigmoid flexure** *n* **1 :** an S-shaped curve (as in the neck of a bird or turtle) **2** *or* **sigmoid colon :** the contracted and crooked part of the intestine between the descending colon and the rectum terminating in the latter at the brim of the true pelvis — see DIGESTION illustration

**sig·moid·itis** \-'dīd·əs\ *n* -ES [NL, fr. ISV ²*sigmoid* + NL *-itis*] **:** inflammation of the sigmoid flexure of the colon

**sigmoid notch** *n* **:** a curved depression on the upper border of the lower jaw between the coronoid process and the articulatory condyle absent in lower primates and some extinct men

**sig·moid·o·scope** \sig'mȯidə,skōp\ *n* [²*sigmoid* + *-o-* + *-scope*] **:** a long hollow tubular instrument designed to be passed into the sigmoid colon through the anus and to permit inspection, diagnosis, treatment, and photography — **sig·moid·o·scop·ic** \=;==¦skäpik\ *adj* — **sig·moid·os·co·py** \,sig,mȯi'däskəpē\ *n* -ES

**sig·moid·os·to·my** \,sig,mȯi'dästəmē\ *n* -ES [ISV ²*sigmoid* + *-o-* + *-stomy*] **:** transabdominal formation of an artificial anus in the sigmoid by means of surgery

**sigmoid valve** *n* **:** SEMILUNAR VALVE

¹**sign** \'sīn\ *n* -S *see sense 10b* [ME *signe*, fr. OF, fr. L *signum* sign, mark, figure, image; perh. akin to L *secare* to cut — more at SAW] **1 a :** a motion, gesture, or bodily action by which a thought is expressed or a command or a wish is made known **b :** SIGNAL 3a **c :** a unit of language (as a word) that means, stands for, designates, or denotes something to an interpreter — compare ICON, INDEX, SYMBOL **d :** one of the members of a methodical set of gestures used to represent language directly word by word or letter by letter — compare DACTYLOLOGY **2 a :** a conventional mark or device having a recognized particular meaning and used in place of words **b :** an ideographic mark, figure, or picture conventionally used in writing or printing to represent a usu. technical term or conception ⟨brackets are frequently used in bibliographical work as a ~ of inference —Fredson Bowers⟩ **c :** a character standing for a number or a contraction in braille or other system of writing for the blind **3 :** one of the 12 divisions of the zodiac that are marked by the positions of the 12 zodiacal constellations beginning at the point of intersection of the ecliptic and the equator and reckoning eastward each being now because of the precession of the equinoxes displaced 30 degrees to the west of the constellation bearing its name

THE SIGNS OF THE ZODIAC

| NUMBER | NAME | SYMBOL | SUN ENTERS |
|---|---|---|---|
| 1 | Aries the Ram | ♈ | March 21 |
| 2 | Taurus the Bull | ♉ | April 20 |
| 3 | Gemini the Twins | ♊ | May 21 |
| 4 | Cancer the Crab | ♋ | June 22 |
| 5 | Leo the Lion | ♌ | July 23 |
| 6 | Virgo the Virgin | ♍ | August 23 |
| 7 | Libra the Balance | ♎ | September 23 |
| 8 | Scorpio the Scorpion | ♏ | October 24 |
| 9 | Sagittarius the Archer | ♐ | November 22 |
| 10 | Capricorn the Goat | ♑ | December 22 |
| 11 | Aquarius the Water Bearer | ♒ | January 20 |
| 12 | Pisces the Fishes | ♓ | February 19 |

**4 a :** a character (as a flat, sharp) used in musical notation; *specif* **:** SEGNO **b :** a character indicating a relation between quantities (as + addition, = equality) or an operation performed (as the radical √, integral ∫, factorial !); *also* **:** a character that forms part of a representation of a number (as — in —4) **5** *archaic* **a :** a heraldic or military device (as on a banner or a shield) **b :** STANDARD, BANNER, ENSIGN **c signs** *pl, obs* **:** INSIGNIA **d** *obs* **:** an attesting mark (as on a seal) **e** *obs* **:** EFFIGY, IMAGE, IMPRINT **6 a :** a lettered board or other public display placed on or before a building, room, shop, or office to advertise the business there transacted or the name of the person or firm conducting it **b :** a conspicuously placed word or legend (as on a board or placard) of direction, warning, identification, or other information of general concern ⟨ignoring the Danger Keep Out ~ he opened the gate and entered⟩ ⟨looking for street ~*s*⟩ **c :** SIGNBOARD **7 a :** something material or external that stands for or signifies something spiritual — compare SACRAMENT 1 **b :** something that serves to indicate the presence or existence of a thing or quality or condition **:** TOKEN ⟨removed their hats as a ~ of respect⟩ ⟨all the ~*s* point to him as the guilty one⟩ ⟨~*s* of suffering in his drawn face and tightened mouth⟩ **c :** PRESAGE, PORTENT ⟨~*s* of an early spring⟩ ⟨the wind changed, a ~ of coming rain⟩ **d** (1) **:** an objective evidence of disease esp. as observed and interpreted by the physician rather than by the patient or lay observer ⟨narrow retinal vessels are a ~ of arteriosclerosis⟩ — contrasted with *symptom;* see PHYSICAL gummy exudate) other than the reaction of the plant itself — contrasted with *symptom* **8 :** a remarkable event believed to indicate the will or power of a deity **:** MIRACLE, WONDER, PRODIGY, OMEN ⟨what things I have wrought in Egypt, and my ~*s* which I have done among them, that ye may know how that I am the Lord —Exod 10:2 (AV)⟩ **9 :** a grammatical inflection characteristic of a mood, tense or number ⟨*to* is traditionally the ~ of the infinitive in English⟩ ⟨*s* is the usual plural ~⟩ **10 a :** remaining evidence **:** VESTIGE — used chiefly in negative construction ⟨no ~ of human habitation⟩ ⟨not a ~ of remorse⟩ ⟨not a sound, not a ~ of life anywhere⟩ **b** *pl usu* **sign :** traces (as footprints, droppings) left by a wild animal ⟨we found plenty of bear ~ about but never saw a bear⟩ **11** *obs* **:** SEMBLANCE, PRETENSE

**syn** MARK, TOKEN, BADGE, NOTE, SYMPTOM: SIGN is a very general term for any indication to be perceived by the senses or reason ⟨the *sign* of the cross⟩ ⟨suicide is a *sign* of failure, misery, and despair —Havelock Ellis⟩ ⟨the *signs* of her fate in a footprint here, a broken twig there, a trinket dropped by the way —Joseph Conrad⟩ ⟨a patient showing *signs* of improvement⟩ ⟨highway *signs*⟩ MARK may more strongly indicate some indication deeply impressed, inherently characteristic, or properly affixed ⟨the bitter experience left its *marks* on him⟩ ⟨the *mark* of a gentleman⟩ ⟨the *mark* of Cain on their foreheads, which sets them visibly apart from the rest of humanity before they have committed their crime —H.J.Morgenthau⟩ ⟨a flood's *marks*⟩ ⟨making his *mark* on the paper⟩ TOKEN may refer to a sign expressive of something intangible ⟨he wears a silver ring on his ankle as a *token* of his dignity —J.G. Frazer⟩ ⟨marriage if you do not regard it as a sacrament — as no doubt it ought to be regarded — was nothing more than a *token* that a couple intended to stick to each other —F.M. Ford⟩ BADGE designates a distinctive emblem or an accoutrement or a characteristic serving as an emblem to indicate a belonging or being part of ⟨a policeman's *badge*⟩ ⟨to wear a leopard's skin (the *badge* of royalty) —J.G.Frazer⟩ ⟨the diplomat wearing his *badge* of office, the Homburg hat —Tom Siler⟩ ⟨essentially we were taught to regard culture as a veneer, a *badge* of class distinction —Malcolm Cowley⟩ NOTE may indicate any distinguishing mark; it may suggest something that seems to emanate from a thing as an indication of its true, inherent nature ⟨tolerance, moderation, and pity are the abiding *notes* which help to keep Chaucer's poetry level with life —H.S.Bennett⟩ ⟨the genteel poverty which was the *note* of his grandfather's house —Archibald Marshall⟩ SYMPTOM may indicate a sign of some change, new development or old condition not thoroughly perceived ⟨the *symptoms* of disease⟩ ⟨the decadence of the walls was a *symptom* of the decline of that intense civic patriotism which had inspired medieval townsfolk —G.M.Trevelyan⟩ ⟨every *symptom* of being hopelessly in love —W.S.Gilbert⟩ **syn** see in addition CHARACTER — **at the sign of :** at the inn or tavern or shop having the sign specified ⟨an appointment to meet . . . *at the sign of* the griffin —Sir Walter Scott⟩

²**sign** \"\ *vb* -ED/-ING/-S [ME *signen*, fr. MF *signer*, fr. L *signare* to mark, seal, fr. *signum* sign, mark, figure, image — more at ¹SIGN] *vt* **1 a :** to place a sign upon **:** consecrate, bless, or mark esp. with the sign of the cross **b :** CROSS 3a **c :** to represent or indicate by a sign **2 a :** to affix a signature to **:** ratify or attest by hand or seal ⟨~ a legislative bill into law⟩ **:** subscribe in one's own handwriting ⟨confession was typed out and read to the prisoner, who then ~*ed* it⟩ **b :** to write down (one's name) ⟨~*ed* his name with a flourish⟩ **c :** to identify (a printed signature) with a symbol at the bottom of the first page **3 a :** to assign or convey formally ⟨~*ed* away his rights in the invention⟩ ⟨~*ed* over the property to his brother⟩ **b :** to accept as a professional obligation **:** agree to perform or carry out ⟨~*ed* to direct two plays for the newly formed company⟩ **4 :** to communicate by making a sign ⟨~*ed* that he was ready to leave, glancing toward the door⟩ **:** signify or express in signs or a sign language **5 :** to engage or hire by securing the signature of ⟨~*ed* to act in a movie⟩ ⟨the club has ~*ed* two new pitchers⟩ **6 :** to place signs on or along ⟨~ a street⟩ ⟨~ a highway intersection⟩ **~ *vi* 1 :** to write one's name esp. as a token of assent, responsibility, or obligation **2 :** to make a sign or signal **:** communicate or converse by signs or a sign language **3** *obs* **:** to be an omen or portent **:** BODE ⟨music in the air . . . it ~*s* well, does it not —Shak.⟩ **4 :** to place signs (as along a highway)

**signa** *pl of* SIGNUM

**sign·able** \'sīnəbəl\ *adj* **1 :** suitable to be signed **2 :** requiring signature

¹**sig·nal** \'signəl, -n³l\ *n* -S [ME, fr. MF *seignal, segnel, signal*, fr. ML *signale*, fr. LL, neut. of *signalis* of a sign, fr. L *signum* sign + *-alis* -al — more at SIGN] **1** *obs* **:** EMBLEM, SYMBOL **2** *archaic* **:** TOKEN, INDICATION ⟨in ~ of my love to thee —Shak.⟩ **3 a :** an act, event, or watchword that has been agreed upon as the occasion of concerted action ⟨~ fires of rebellion⟩ **b :** something that incites to action **:** an immediate cause or impulse ⟨his remark was the ~ for a storm of weeping⟩ **4 a :** a sound or gesture made to give warning or command ⟨~ that warns of an air raid⟩ ⟨waiting for the ~ to open fire⟩ **b :** an object placed to convey notice or warning: as (1) **:** a device (as a colored light) for regulating vehicular or pedestrian traffic (2) **:** a device used to warn trainmen or persons approaching a railroad of danger or to convey orders or information to a train crew **5 :** an object (as a flag on a pole) centered over a point so as to be observed from other positions in surveying **6 a :** an identifying tab (as of a thumb index) fastened to a book leaf at its fore edge **b :** a small projecting tab that attaches to the edge of a card or folder as an aid in filing or indexing **7 :** a play indicating to one's partner in a card game that one holds certain cards or desires a certain play **8 :** the beam of light reflected from the face of a crystal rotated into a particular position in a goniometer **9 a :** an object used to transmit or convey information beyond the range of human voice ⟨flying a flag as a distress ~⟩ **b :** the intelligence, message, sound, or image conveyed in telegraphy, telephony, radio, radar, or television **c :** a detectable physical quantity or impulse (as a voltage, current, magnetic field strength) by which messages or information can be transmitted **10 :** a speech sound or form or combination of sounds and forms that communicates a meaning or a difference in meaning — compare MORPHEME, PHONEME

²**signal** \"\ *vb* **signaled** *or* **signalled**; **signaled** *or* **signalled**; **signaling** *or* **signalling**; **signals** *vt* **1 :** to notify by a signal **:** make a signal to ⟨~*ed* his wife to leave the room⟩ ⟨~*ed* the fleet to turn back⟩ **2 a :** to communicate (a message) by signals ⟨~ orders to a field unit⟩ **b :** announce by signal ⟨the ship ~*ed* her departure with warning blasts on the whistle⟩ **c :** to determine or fix (meaning) in a speech utterance ⟨the kind of sentence . . . is ~*ed* by special contrastive patterns in the arrangement of . . . parts of speech —C.C.Fries⟩ **:** constitute a characteristic feature of (a meaningful linguistic form) ⟨plurality is usually ~*ed* by *s*⟩ **3 :** SIGNALIZE ⟨waiter with tray ~*s* a café —*Nat'l Geographic*⟩ **~ *vi* :** to make or send a signal ⟨frantically ~*ing* with both arms⟩

³**signal** \"\ *adj* [modif. of F *signalé*, past part. of *signaler* to distinguish, fr. OIt *segnalare* to signal, distinguish, fr. *segnale* signal, fr. ML *signale*] **1 :** distinguished from what is ordinary **:** NOTICEABLE, OUTSTANDING ⟨~ achievement⟩ ⟨students of ~ promise⟩ ⟨~ experience⟩ **2 :** SIGNIFICATIVE, DISTINCTIVE ⟨~ markings⟩ **3 :** employed or used in signaling ⟨~ beacon⟩ ⟨~ flags⟩ ⟨~ corps⟩ **syn** see NOTICEABLE

**signal board** *n* **:** a board on which signals are recorded; *esp* **:** such a board with electrical connections for indicating the source of a signal **:** ANNUNCIATOR

**signal box** *n, Brit* **:** SIGNAL TOWER

**signal bridge** *n* **1 :** BRIDGE 3 l **2 :** an open platform near the navigating bridge of a warship for the use of signalmen

**sig·nal·er** *or* **sig·nal·ler** \-ə(r)\ *n* -S **1 :** one that signals **:** a signaling device or mechanism **2 :** SIGNALMAN

**signal halyard** *or* **signal halliard** *n* **:** a woven cotton line used for halyards on signal yards because free from kinking

**sig·nal·i·ty** \sig'naləd·ē\ *n* -ES [³*signal* + *-ity*] **:** the quality or state of being notable or outstanding **:** SIGNIFICANCE

**sig·nal·iza·tion** \,signələ'zāshən, -n³lə-, -nə,lī'z-, -n³l,ī'z-\ *n* -S **1 :** the act of signalizing **2 :** the act of equipping with signals ⟨parking restrictions . . . and improved ~ —Robert Moses⟩

**soudanese** *usu cap, var of* SUDANESE
[1]**souf·flé** \(')sü¦flā\ *n* -s [F, fr. *soufflé*, adj., puffed, fr. past part. of *souffler* to blow, blow up, puff up, fr. L *sufflare* — more at SUFFLATE] **1 :** an entrée or a dessert made with a white sauce, egg yolks and stiffly whipped egg whites, seasonings, and added ingredients (as tuna, cheese, chocolate) baked until puffed ⟨cheese ~⟩ — compare MOUSSE **2 :** something (as an artistic creation) having a light delicate mixture ⟨happy endings and her ~ of fairies and folklore —*Time*⟩ **3 :** a thin or sheer fabric made with large puffed designs and used for women's dresses
[2]**soufflé** \"\ *vt* **souffléed; souffléed; souffléing; soufflés :** to cause (food) to puff up in cooking
[3]**soufflé** \"\ *adj* [F, fr. past part. of *souffler* to blow] **1** *of pottery* **:** decorated with very small drops or sprinkles of color as if blown from a bellows **2** *or* **souf·fléed** \-ād\ [*souffléed* fr. [1]*soufflé* + *-ed*] **:** puffed by or in cooking ⟨~ omelette⟩ ⟨~ crackers⟩ ⟨~ mashed potato⟩
[4]**souf·fle** \'süfəl\ *n* -s [F, fr. *souffler* to blow, blow up] **:** a blowing sound heard on auscultation ⟨the uterine ~ heard in pregnancy⟩
**soufflé potatoes** *n pl but sing or pl in constr* [trans. of F *pommes de terre soufflées*] **1 :** mashed potatoes with egg yolks, stiffly whipped egg whites, butter, and seasonings baked until puffed **2 :** thinly sliced potatoes fried in deep fat of moderate temperature and then in fat of high temperature until puffed
**sou·fri·ère** \¦süfrē¦a(a)ə(r)\ *n* -s [F, fr. *soufre* sulfur (fr. L *sulphur*) + *-ière* -ier] **:** SOLFATARA
**soufrière bird** *n* **:** a solitaire (*Myadestes genibarbis sibilano*) of St. Vincent Island, West Indies, known only from the forested summit of the volcano La Soufrière
**sougan** *var of* SUGAN
[1]**sough** \'saù, 'səf\ *vb* -ED/-ING/-S [ME *swoghen, swoughen*, fr. OE *swōgan* to sound, rustle, moan; akin to OS *swōgan* to rustle, ON *sœgr* tumult, noise, Goth *gaswogjan* to groan, Lith *svagėti* to sound and perh. to Gk *ēchē, ēchos* sound — more at ECHO] *vi* **1 a :** to make a moaning or sighing sound ⟨wind *~ing* in the branches⟩ **b :** to breathe or sigh noisily ⟨*~ing* in her sleep⟩ **c** *Scot* **:** to breathe one's last **:** DIE — used with *away* **2** *Scot* **:** to preach or pray in a whining tone ~ *vt* **1** *Scot* **:** to hum or whistle (a tune) softly **2** *Scot* **:** to utter or deliver (as a sermon) in a monotonous chanting tone
[2]**sough** \"\ *n* -s [ME *swogh, swough*, fr. *swoghen, swoughen* to sough] **1 a :** a moaning, murmuring, or sighing sound (as of the wind) **b :** a deep or noisy sigh **2** *Scot* **:** a flying report **:** RUMOR **3** *Scot* **:** the whiz of a missile or the hiss of a swung sword or club **4** *Scot* **:** a singsong manner of speaking esp. in preaching or praying — **a calm sough** *chiefly Scot* **:** SILENCE
[3]**sough** \'səf, 'saù\ *n* -s [ME *sough, swoughe, sogh*] **1** *Brit* **:** a wet place **2** *Brit* **:** DRAIN; *specif* **:** an adit for draining a mine
[4]**sough** \"\ *vt* -ED/-ING/-S *Brit* **:** to ditch for drainage **:** DRAIN
**sought** [ME *soughte* (past), *sought* (past part.), fr. OE *sōhte* (past), *gesōhte* (past part.)] *past of* SEEK
[1]**souk** \'sük, 'sùk\ *chiefly Scot var of* SUCK
[2]**souk** *var of* SUQ
[1]**soul** \'sōl\ *n* -s [ME *soule*, fr. OE *sāwol, sāwl;* akin to OHG *sēla, sēula* soul, ON *sāla*, Goth *saiwala*] **1 :** the immaterial essence or substance, animating principle, or actuating cause of life or of the individual life **2 a :** the psychical or spiritual principle in general shared by or embodied in individual human beings or all beings having a rational and spiritual nature **b :** the psychical or spiritual nature of the universe related to the physical world as the human soul to the human body — compare LOGOS **c** *cap, Christian Science* **:** GOD b(6) **3 a :** the immortal part of man having permanent individual existence ⟨*~s* in paradise⟩ ⟨*~s* consigned to damnation⟩ — contrasted with *body* **b :** a person's total self in its living unity and wholeness — sometimes distinguished from *spirit* ⟨I pray God your whole spirit and ~ and body be preserved blameless —1 Thess 5:23 (AV)⟩ **4 a :** a seat of real life, vitality, or action **:** PERSONALITY, PSYCHE **b :** an animating or essential part **:** a vital principle actuating something ⟨the hidden ~ of harmony —John Milton⟩ ⟨the true French horn, the ~ of orchestral poetry —Ralph Vaughan Williams⟩ ⟨courageous minorities are the very ~ of a democracy —*New Republic*⟩ **c :** moving spirit **:** INSPIRER, LEADER ⟨~ of the rebellion⟩ ⟨~ of an enterprise⟩ **5 a :** man's moral and emotional nature as distinguished from his mind or intellect ⟨an indomitable ~ confronting a whole world, a whole culture —Lionel Trilling⟩ **b :** the quality of expression that effectively presents or arouses emotion and sentiment ⟨what is lacking most in these young dancers . . . is a feeling of ~ —Paul Tassovin⟩ **c :** a manifestation (as affection, generosity, charity, sympathy) of the moral nature ⟨a clever man lacking in ~⟩ ⟨with so much intelligence she needs less ~ than other people —Anne D. Sedgwick⟩ **d :** spiritual or moral force **:** FERVOR ⟨that America has no ~ and will not deserve to have one until she consents to plunge into the abyss of human suffering and sin —Wallace Fowlie⟩ **6 :** human being **:** PERSON — used with a qualifying epithet ⟨a kindly ~⟩ ⟨dear ~⟩ ⟨poor ~⟩ or a number ⟨a village of barely a hundred *~s*⟩ **7 :** one having a good or noble quality in the highest degree **:** EXEMPLIFICATION, PERSONIFICATION ⟨he is the ~ of honor⟩ ⟨she is the ~ of generosity⟩ **8** *obs* **:** the base of a cannon **syn** see MIND
[2]**soul** \'sōl, 'sōl\ *vi* -ED/-ING/-S [fr. All Souls' Day] *dial Eng* **:** to go about on All Souls' Day singing and begging for soul cakes — **soul·er** \-lə(r)\ *n* -s
**sou·lard crab** *or* **soulard crab apple** \(')sü¦lärd-\ *n, usu cap S* [after James G. *Soulard*, 19th cent. Am. horticulturist] **:** a hybrid tree (*Malus soulardii*) resembling the parent Iowa crab but having yellowish red fruit
**soul bell** *n* **:** PASSING BELL
**soul cake** *n* **:** a round or oval sweet bun traditionally eaten on All Souls' Day in England
**souled** \¦sōld\ *adj* **:** having a soul **:** possessing soul and feeling — usu. used in combination ⟨whole-*souled* repentance⟩ ⟨brave-*souled* pioneers⟩
**soule·tin** \sül'taⁿ\ *n* -s *cap* [F, fr. *Soule*, region in southwestern France] **:** a Basque dialect spoken in a district in the department of Basses-Pyrénées in France
**soul–force** \'≠,≠\ *n* **:** SATYAGRAHA
**soul·ful** \'sōlfəl\ *adj* **:** full of or expressing feeling, emotion, or sentiment ⟨~ eyes⟩ ⟨~ pose⟩ — **soul·ful·ly** \-fəlē, -li\ *adv* — **soul·ful·ness** *n* -ES
**soul house** *n* **:** a pottery model of a house set over a grave by the ancient Egyptians as a dwelling for the soul
**soul·ish** \'sōlish\ *adj* **:** relating to, involving, or suggesting the soul ⟨the ~ situations he discovers are real enough to be compulsory —Walter Lowrie⟩
**soul kiss** *n* **:** DEEP KISS
**soul·less** \'sōlləs\ *adj* **:** having no soul ⟨~ corporation⟩ **:** lacking greatness or nobleness of mind or feeling ⟨~ grubbing for profits⟩ — **soul·less·ly** *adv* — **soul·less·ness** *n* -ES
**soul·mass** \'sōməs\ *n* [ME *soulemasse*, fr. *soule* soul + *masse* mass — more at MASS] **1** *archaic* **:** a mass for the dead **2** *dial Eng* **:** ALL SOULS' DAY
**soul mate** *n* **:** one of two persons esp. of opposite sex temperamentally suited to each other **:** AFFINITY; *often* **:** a partner in an illicit relationship **:** LOVER, MISTRESS
**soul priest** *n* **:** a priest who offers prayers for the souls of the dead
**soul scot** *also* **soul shot** *or* **soul scat** *n* [*soul shot* fr. *soul* + *shot* (alter. of ME *scot* amount of money); *soul scat* alter. of *soul scot* — more at SCOT (amount of money)] **:** a mortuary fee or present paid to the clergy from a deceased's estate
**soul–searching** \'≠,≠≠\ *n* **:** anxious or conscientious deliberation **:** examination of one's conscience esp. with regard to deeper motives and values **:** SELF-ANALYSIS ⟨could never dismiss any suggestion however fantastic without hours of *soul-searching* —Christopher Isherwood⟩
**soul–sick** \'≠,≠\ *adj* **:** spiritually ill **:** very dejected or depressed — **soul–sick·ness** *n*
**soul sleep** *n* **:** PSYCHOPANNYCHY
**soul–stuff** \'≠,≠\ *n* **:** an impersonal essence vitalizing the body and believed by some peoples of Indonesia and Melanesia to

**soulth** \'saùlth\ *var of* SOWLTH
[1]**soum** \'süm\ *n* -s [prob. alter. of [1]*sum*] **1** *Irish & Scot* **:** the area of pastureland that will maintain one cow or a fixed number of other stock **2** *Scot* **:** the number of cattle or other stock that can be pastured on a determined amount of land
[2]**soum** \"\ *vt* -ED/-ING/-S *Scot* **:** to examine (land held in common) in order to determine the number of cattle or other stock that can be pastured
**sou mar·kee** *also* **soo markee** \¦sümär'kē\ *n* [F *sou marqué*, lit., marked sou] **1 :** a small 18th century French coin issued for the colonies and formerly circulating in the West Indies and on the No. American mainland **2 :** something of little or no value **:** CONTINENTAL ⟨not worth a *sou markee*⟩
**soun** *obs var of* SOUND
[1]**sound** \'saùnd\ *adj* -ER/-EST [ME *sound, sund*, fr. OE *gesund;* akin to OS *gisund* sound, OFris *sund* fresh, unharmed, healthy, OHG *gisunt* healthy, Goth *swinths* strong, healthy and prob. to Lith *sumdyti, siumdyti* to rouse, incite] **1 a :** free from injury or disease **:** ROBUST, WHOLESOME ⟨a young man . . . of good parentage, ~ in wind and limb —Henry Miller⟩ ⟨every tooth in her head was ~ —W.M.Thackeray⟩ ⟨a ~ mind in a ~ body⟩ **b :** free from disease, abnormality, or defect impairing or likely to impair usefulness — used of a domestic animal and esp. of a horse; compare UNSOUND **c :** free from flaw, defect, or decay **:** UNIMPAIRED, UNBLEMISHED ⟨~ timber⟩ ⟨a ~ wine⟩ ⟨a ~ wall⟩ ⟨~ fruit⟩ ⟨the masonry . . . is still ~ —*Amer. Guide Series: N.C.*⟩ **2 a :** marked by solidity, firmness, or stability ⟨a building of ~ construction⟩ ⟨established a ~ foundation for future progress⟩ **b :** stable and resistant to volume change when used in construction work — used of hydraulic cements including portland, hydrated lime, quicklime, and aggregates for concrete **c :** solidly or securely based **:** RELIABLE ⟨a ~ economy⟩ ⟨a ~ society⟩ ⟨~ relationships⟩ **d :** financially secure **:** SAFE ⟨a ~ investment⟩ **3 a :** based on truth or right **:** free from error or fallacy ⟨~ advice⟩ ⟨a ~ argument⟩ ⟨~ reasoning⟩ ⟨~ criticism⟩ **b :** based on adequate knowledge or experience **:** CORRECT ⟨~ estimate of the military situation —Carl Bridenbaugh⟩ **c :** showing a high level of accuracy or polish **:** PRECISE ⟨~ scholarship⟩ ⟨paved the way for . . . ~ and fruitful knowledge of antiquity —G.C. Sellery⟩ ⟨a ~ paragraph —L.B.Nicolson⟩ **d** *chess* **:** admitting of no variation advantageous to the opponent — used of a problem or combination **e :** founded in law **:** not defective **:** LEGAL, VALID ⟨a ~ title to land⟩ **f :** agreeing with accepted views **:** ORTHODOX ⟨~ in the faith⟩ ⟨preached ~ doctrine⟩ **4 a :** COMPLETE, THOROUGH ⟨a ~ revenge⟩ ⟨a ~ recovery⟩ **b :** deep and undisturbed — used of sleep ⟨a ~ sleep⟩ **c :** HARD, SEVERE ⟨a ~ whipping⟩ **5 a :** marked by loyalty and dependability **:** TRUSTWORTHY ⟨a ~ friend⟩ ⟨his shipmates pronounced him ~ to the kelson —Herman Melville⟩ **b :** showing high morale **:** not disaffected ⟨a robust and ~ people —Matthew Arnold⟩ **c :** showing good judgment **:** LEVEL-HEADED ⟨a ~ man to have on a governing board⟩ **syn** see HEALTHY, VALID
[2]**sound** \"\ *adv* [ME, fr. [1]*sound*] **:** SOUNDLY — used with *asleep* and *sleep* and in combination ⟨~ asleep⟩ ⟨slept ~⟩ ⟨*sound*-thinking citizens⟩
[3]**sound** \"\ *n* -s *often attrib* [ME *soun*, fr. OF *son*, fr. L *sonus;* akin to OE *swinn* melody, OIr *senim* sounds, playing, OL *sonere* to sound, Skt *svanati* it sounds, resounds] **1 a :** the sensation perceived by the sense of hearing ⟨the pattern of nerve impulses arriving in the brain is associated with and subjectively experienced as ~ —Otto Stuhlman⟩ **b :** an auditory impression **:** NOISE, TONE ⟨the ~ of thunder⟩ ⟨*~s* of laughter⟩ ⟨the ~ of girls' voices —Pearl Buck⟩ ⟨from the passageway . . . the ~ of footsteps —Kenneth Roberts⟩ **c :** mechanical radiant energy that is transmitted by longitudinal pressure waves in air or other material medium and is the objective cause of the sensation of hearing ⟨the velocity of ~ in air at 32° F is about 1087 feet per second⟩ **2 a :** a speech sound ⟨a peculiar *r*-sound⟩ ⟨an \ō\-*sound*⟩ **b :** value in terms of a single speech sound or a succession of speech sounds ⟨Polish *prz* has pretty much the ~ of *bsch* in German *hübsch* —\psh\⟩ **3** *archaic* **:** RUMOR, TIDINGS ⟨the preachers . . . spread the glorious ~ —William Cowper⟩ **4 a :** noise without meaning **:** mere noise ⟨full of ~ and fury, signifying nothing —Shak.⟩ ⟨systems which . . . deal in *~s* instead of sense —Jeremy Bentham⟩ **b** *obs* **:** underlying meaning **:** SIGNIFICANCE ⟨the word has no ~, as I may say, to me —Daniel Defoe⟩ **c :** the mental impression conveyed by a particular sound or expression **:** an accompanying implication **:** IMPORT, PORTENT ⟨that confession has a suspicious ~ to me⟩ **5 :** distance within which a particular noise may be heard **:** EARSHOT, HEARING ⟨within ~ of his voice⟩ ⟨the lad was out of sight and out of ~ —S.H.Holbrook⟩ **6 :** recorded auditory material (as on phonograph discs or motion-picture film) ⟨stereophonic ~⟩ ⟨with ~ there came . . . the need of good writing —Irving Pichel⟩ **7 :** a particular musical style characteristic of an individual, a group, or an area ⟨the Nashville ~⟩
[4]**sound** \"\ *vb* -ED/-ING/-S [ME *sounen*, fr. MF *soner, suner*, fr. L *sonare;* akin to L *sonus* sound] *vi* **1 a :** to make a noise or sound (as with the voice or with an instrument) **:** produce an audible effect ⟨first taught speaking trumpets how to ~ —John Dryden⟩ ⟨a buzzing noise kept *~ing* in his ears⟩ **b :** RESOUND ⟨*~ing* to strains of soft music⟩ ⟨the echoes of his clever talk were still *~ing* —V.L.Parrington⟩ **c :** to give a signal by sound **:** SUMMON — used with *to* ⟨the bugle *~s* to battle⟩ **d** *archaic* **:** to become known by word of mouth ⟨from you *~ed* out the word of the Lord —1 Thess 1:8 (AV)⟩ **2 a :** to make or convey a certain impression **:** have a certain import when heard **:** SEEM, APPEAR ⟨*~s* good to me⟩ ⟨the whole thing *~ed* incredible —Burtt Evans⟩ **b** *obs* **:** TEND, LEAN, INCLINE ⟨~ neither to matters of state nor of war —George Puttenham⟩ **c :** to become based or founded — used with *in* ⟨those remedies for rent which *~ed* in contract —O.W. Holmes †1935⟩ ⟨~ in tort⟩ ⟨~ in damages⟩ ⟨motives *~ing* in the need of divine salvation —H.O.Taylor⟩ **d :** to have or tend to have the character of a specified thing — usu. used with *in* ⟨~ in folly⟩ ~ *vt* **1 a :** to cause to sound (as a musical instrument) **:** PLAY, STRIKE ⟨*~ing* the gong for breakfast⟩ ⟨hear each instrumentalist ~ his *A* —Warwick Braithwaite⟩ **b :** to produce the sound of **:** PRONOUNCE ⟨~ each syllable carefully⟩ ⟨~ the keynote⟩ **2 :** to put into words **:** VOICE ⟨how dares thy . . . tongue ~ this unpleasing news —Shak.⟩ ⟨encomiums are being *~ed* —A.H.MacCormick⟩ **3 a :** to make known **:** PROCLAIM ⟨~ his praises far and wide⟩ ⟨*~ed* its purpose of enforcing its new regulations —Fred Russell⟩ **b :** to order, signal, or indicate by a sound ⟨~ retreat⟩ ⟨~ a parley⟩ ⟨the clock *~s* noon⟩ **4 :** to examine the condition of (something) by causing it to emit sounds and noting their character ⟨~ a piece of timber⟩ ⟨~ the lungs⟩
[5]**sound** \"\ *n* -s [ME, fr. OE *sund* swimming, capacity for swimming, strait, sea & ON *sund* swimming, strait, sound; akin to MLG *sunt* narrow sea, strait, OHG *swimman* to swim — more at SWIM] **1 a :** a long and rather broad inlet of the ocean generally with its larger part extending roughly parallel to the coast **b :** a long passage of water connecting two larger bodies but too wide and extensive to be termed a strait (as a passage connecting a sea or lake with the ocean or with another sea or a channel passing between a mainland and an island) **2 :** the air bladder of a fish
[6]**sound** \"\ *vb* -ED/-ING/-S [ME *sounden*, fr. MF *sonder*, fr. *sonde* sounding line, act of sounding, prob. of Gmc origin; akin to OE *sundgyrd* sounding rod, *sundline* sounding line, *sundrāp* sounding lead, ON *sund* strait, sound] *vt* **1 :** to measure the depth of (as by a line and plummet) **:** FATHOM ⟨the crew must often ~ the bottom to be sure of enough water —Lyn Harrington⟩ ⟨*~ing* the distance to the bottom and to the ice overhead —W.R.Anderson & Clay Blair⟩ — see ECHO SOUNDING **2 :** to try to find out (as by discreet questioning) the views or intentions of **:** feel out **:** PROBE ⟨*~ing* various senators as to their willingness to support him —Robert Graves⟩ — often used with *out* ⟨~ him out on the idea⟩ ⟨*~ed* out the old folks about marrying her —Seumas O'Kelly⟩ **3 :** to explore or examine (a body cavity, as the bladder or urethra) with a sound **4 :** to remove the sound and other organs from (fish) **5 :** to carry down (the towline of a boat) when sounding — used of a whale ~ *vi* **1 a :** to ascertain the

missioners . . . to ~ for peace —Thomas Jefferson⟩ **c** *of a lead* **:** to go down ⟨deeper than did ever plummet ~ I'll drown my book —Shak.⟩ **2 :** to dive suddenly straight toward the bottom — used of a fish and of a whale, esp. when hooked or harpooned ⟨get to the spot before the whale gathered its wits sufficiently to ~ —R.B.Robertson⟩ — **sound the well :** to measure the depth of water accumulated in the hold of a ship ⟨*sounded the well* . . . in Nos. 1 and 2 holds —F.W.Crofts⟩
[7]**sound** \"\ *n* -s [obs. *sound* sounding line, act of sounding, fr. MF *sonde*] **:** an elongated instrument or probe by which cavities of the body are sounded or explored for foreign bodies, constriction, or other abnormal conditions (as in the esophagus, urethra, uterus)
[8]**sound** \'sün(d)\ *dial Brit var of* SWOON
**sound·able** \'saùndəbəl\ *adj* [[4]*sound* + *-able*] **:** capable of being sounded ⟨one piano left ~ —Thomas Carlyle⟩
**sound analyzer** *n* **:** a harmonic analyzer for sound waves
**sound barrier** *n* **:** SONIC BARRIER
**soundboard** \'≠,≠\ *n* [[3]*sound* + *board*] **1 a :** a thin resonant board (as the belly of a violin) so placed in an instrument as to reinforce its tones by sympathetic vibration — see VIOLIN illustration **b :** the top board of a wind-chest in an organ **2 :** SOUNDING BOARD 1a
**sound boarding** *n* **:** boards that hold deafening in partitions or under floors to deaden sounds
**sound boat** *n* [fr. the *Sound* (Öresund), strait between Denmark and Sweden where these boats are common] **:** a double-ended deep-keel cutter-rigged Danish fishing boat
**sound bone** *n* [[5]*sound*] **:** a part of the backbone of a fish lying next to the sound
**sound bow** *n* [[3]*sound*] **:** the thick part of a bell against which the clapper strikes — see BELL illustration
**sound box** *n* **1 :** a device in an acoustic phonograph using vibrating needle and thin diaphragm to convert phonograph record groove undulations into sound which is then amplified in a horn **2 :** a hollow chamber in a musical instrument for increasing its sonority
**sound cage** *n* **:** SOUND PERIMETER
**sound camera** *n* **:** a motion-picture camera equipped to record a sound track simultaneously with the picture on a single film and in the form of either a photographic or a magnetic record
**sound change** *n* **:** phonetic or phonemic change
**sound–condition** \'≠≠¦≠≠\ *vt* **:** to improve the acoustic properties of (as by absorption, damping, selective control, or reflection) ⟨*sound-condition* an auditorium⟩ — **sound–conditioned** \'≠≠¦≠≠\ *adj* — **sound–conditioning** \'≠≠¦≠(≠)≠\ *n*
**sound–dead** \'≠,≠\ *adj* **:** DEAD 10
**sound effects** *n pl* **:** effects that are imitative of sounds called for in the script of a play, radio or television program, or motion picture and are produced by various means (as phonograph records, musical instruments, or mechanical devices) ⟨before radio began to grow up in the 1920s, the technique of *sound effects* was extremely limited —Richard Hubbell⟩ ⟨a *sound-effects* girl . . . making radio noises like fire trucks, kisses, waterfalls, telephones —*Harper's*⟩
**sound–effects man** *n* **:** a technician (as in a radio or television studio) who produces sound effects
[1]**soun·der** \'saùndə(r)\ *n* -s [ME, fr. MF *sondre, sonre*, of Gmc origin; akin to OE *sunor* herd of swine, ON *sonar*-herd of swine, MHG *swaner* herd] **:** a herd of wild swine
[2]**sound·er** \"\ *n* -s [[6]*sound* + *-er*] **:** one that sounds: as **a :** a man who measures depths of water with a lead **:** LEADSMAN **b :** a device for making soundings — see DEPTH-SOUNDER
[3]**sounder** \"\ *n* -s [[4]*sound* + *-er*] **:** an electromagnetic instrument used in telegraphy that emits clicking sounds from which a message is interpreted
**soundest** *superlative of* SOUND
**sound field** *n* **:** a region in a material medium in which sound waves are being propagated
**sound figures** *n pl* **:** SONOROUS FIGURES
**sound film** *n* **1 :** a motion-picture film carrying one or more sound records **2 a :** film intended for use in sound recording **b :** a strip of film carrying sound records in addition to the pictures
**sound filmstrip** *n* **:** SOUND SLIDEFILM
**sound·ful** \'saùndfəl\ *adj* **:** full of sound **:** MELODIOUS ⟨a ~ crowd⟩ ⟨a ~ harp⟩
**sound gear** *n* **:** acoustic and sonic underwater submarine detection equipment
**soundhead** \'≠,≠\ *n* [[3]*sound* + *head*] **1 :** an attachment for a motion picture projector containing apparatus for smoothing the motion of the film and for converting the sound record information into electrical signals **2 :** the part of a motion-picture printer in which the sound track negative is printed onto the positive film
**sound hole** *n* **:** an opening in the belly or soundboard in stringed musical instruments serving to increase its elasticity for sympathetic vibration — see VIOLIN illustration
[1]**sound·ing** \'saùndiŋ, -dēŋ\ *n* -s [ME, fr. gerund of *sounden* to sound (measure depths) — more at SOUND] **1 a :** measurement by sounding **b :** the depth so ascertained — see ECHO SOUNDING **c soundings** *pl* **:** a place or part of a body of water where a hand sounding line will reach the bottom **2 :** measurement of the condition of the atmosphere at various heights **3 :** a probe, test, or sampling of opinion or intention **:** INQUIRY, INVESTIGATION ⟨has started *~s* of farmer sentiment on future farm policy —*N.Y. Times*⟩ — **in soundings** *or* **on soundings :** in water not too deep to be fathomed by a hand sounding line **:** near the coast — **out of soundings** *or* **off soundings :** in water too deep to be fathomed by a hand sounding line
[2]**sounding** \"\ *adj* [ME *souning*, fr. pres. part. of *sounen* to sound — more at SOUND] **1 :** EMITTING, REVERBERATING, RESONANT, RESOUNDING, SONOROUS ⟨~ brass and a tinkling cymbal —1 Cor 13:1 (AV)⟩ ⟨a ~ kiss —Osbert Sitwell⟩ ⟨the ~ cataract haunted me like a passion —William Wordsworth⟩ — often used in combination with a preceding adjective or adverb ⟨clear ~⟩ ⟨loud ~⟩ ⟨fine-*sounding* phrases⟩ **2 :** HIGH-SOUNDING ⟨~ commonplaces⟩ ⟨apt to be taken in by ~ phrases —W.F.DeMorgan⟩
**sounding arrow** *n* **:** WHISTLING ARROW
**sounding balloon** *n* [[1]*sounding*] **:** a balloon sent aloft with self-registering instruments to record and often radio reports of meteorological data
**sounding board** *n* [*sounding* fr. gerund of [4]*sound*] **1 a :** a board or structure placed behind or over a pulpit, rostrum, or platform to give distinctness and sonority to the sound (as voice or music) coming from it — see BAND SHELL **b :** a device or agency that gives greater effect (as force, volume, or scope) to or helps propagate opinions or utterances ⟨Congressional hearings provide a *sounding board* comparable to question time in the House of Commons —*Economist*⟩ ⟨uses the newspapermen merely as a *sounding board* —*Atlantic*⟩ **2 :** SOUNDBOARD 1 **3 :** SOUND BOARDING
**sounding lead** *n* [ME] **:** a mass of lead at the end of a sounding line
**sounding line** *n* [ME] **:** a line, wire, or cord for sounding that is weighted at one end and is divided for sounding by hand into marks and deeps — called also *lead line*



sounding line: 1, 4, 6, 8, 9, 11, 12, 14, 16, 18, 19, 21, 22, 23, 24, deeps; 5, 7, 10, 13, 15, 17, 20, 25, marks

**sound·ing·ly** *adv* **:** in a sounding manner: as **a :** RESOUNDINGLY ⟨struck his chest ~ —George Meredith⟩ **b :** IMPOSINGLY, IMPRESSIVELY ⟨pronounced the name ~⟩
**sound·ing·ness** *n* -ES **:** the quality or state of being sounding