**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**BERNAFON, INC.,**

Plaintiff,

v.

**BENSON MEDICAL INSTRUMENTS COMPANY,**

Defendant.

Civil No. 02-777 (JNE/JGL)
Civil No. 02-3466 (JNE/JGL)

---

I hereby certify that on July 2, 2004, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David R. Fairbairn, Esq.
Dina M. Khaled, Esq.
Michael J. Pape, Esq.
**KINNEY & LANGE, P.A.**
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415

s/Aaron W. Davis
Randall T. Skaar (No. 165,013)
Aaron W. Davis (No. 318,255)
PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100
Telephone: (612) 349-5740
Facsimile: (612) 349-9266

Joanne H. Turner (No. 235,787)
MACKALL, CROUNSE, & MOORE, PLC.
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Telephone: (612) 305-1400
Facsimile: (612) 305-1414

**ATTORNEYS FOR DEFENDANT BENSON MEDICAL INSTRUMENTS COMPANY**