UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bernafon, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Benson Medical Instruments Company<br><br>Defendant. | Civil Action No. 02-777CV (JNE/JGL)<br><br>**MOTION FOR CLAIM CONSTRUCTION** |

Pursuant to the Order of Magistrate Judge Jonathan Lebedoff dated May 27, 2004, Plaintiff, Bernafon, Inc., hereby moves the United States District Court, District of Minnesota, 748 Federal Building, 316 North Robert Street, Saint Paul, Minnesota 55101, for an order construing the claim terms of U.S. Patent No. 5,811,681 identified in the parties' Joint Statement of Claim Terms to be Construed. This motion is not yet scheduled to be heard, and Bernafon, Inc. hereby requests that a hearing be scheduled.

RESPECTFULLY SUBMITTED,

Dated: July 2, 2004

By: **s/Michael J. Pape**

David R. Fairbairn (No. 28,125)
Michael J. Pape (No. 26,989X)
Dina M. Khaled (No. 284,968)
KINNEY & LANGE, P.A.
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415
Phone: (612) 339-1863
Fax: (612) 339-6580