**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **BERNAFON, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**BENSON MEDICAL INSTRUMENTS COMPANY,**<br><br>Defendant. | Civil No. 02-777CV (JNE/JGL)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 2, 2004, I caused the following documents:

- Motion To Construe Claims;
- Notice Of Motion For Claim Construction;
- Bernafon Inc.'s Claim Construction Memorandum For U.S. Patent Number 5,811,681;
- Declaration Of Dina M. Khaled In Support Of Bernafon's Claim Construction Memorandum For U.S. Patent Number 5,811,681 With Attached Exhibits A-J;
- Exhibit Index For Khaled Declaration

to be filed electronically with the Clerk of Court through ECF, and the ECF will send an e-notice of electronic filing to the following:

Randall T. Skaar
Aaron W. Davis
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN, 55402-2100.

Joanne H. Turner
Mackall, Crounse, & Moore, PLC.
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402

I further certify that on July 2, 2004, I caused the following document:

- [Proposed] Order Construing U.S. Patent Number 5,811,681

to be delivered by first class mail, postage paid, to the following:

Randall T. Skaar
Aaron W. Davis
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN, 55402-2100.

Joanne H. Turner
Mackall, Crounse, & Moore, PLC.
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402

Dated: July 2, 2004

By: **s/Michael J. Pape**
David R. Fairbairn (No. 28,125)
Michael J. Pape (N0. 26,989X)
Dina M. Khaled (No. 284,968)
KINNEY & LANGE, P.A.
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002
(612) 339-1863
**ATTORNEYS FOR PLAINTIFF BERNAFON, INC.**