UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bernafon, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Benson Medical Instruments Company<br><br>Defendant. | Civil Action No. 02-777CV (JNE/JGL) |

**DECLARATION OF DINA M. KHALED IN SUPPORT OF BERNAFON'S CLAIM CONSTRUCTION MEMORANDUM FOR U.S. PATENT NUMBER 5,811,681**

I, Dina M. Khaled, declare as follows:

1. I am an attorney with Kinney & Lange and represent Bernafon, Inc. in this matter.

2. Attached hereto as Exhibit A is a true and accurate copy of U.S. Patent No. 5,811,681 (the '681) at issue in this litigation. (P005231-P005247).

3. Attached hereto as Exhibit B is a true and accurate copy of Moser et al., U.S. Patent No. 4,847,763. (P006531-P006545)

4. Attached hereto as Exhibit C is a true and accurate copy of Slavin, U.S. Patent No. 4,489,610. (P006555-P006560).

5. Attached hereto as Exhibit D is a true and accurate copy of Delisle, U.S. Patent No. 3,809,811. (P006546-P006554)

6. Attached hereto as Exhibit E is a true and accurate copy of U.S. Patent Application No. 08/639,694 as obtained from the U.S. Patent and Trademark Office, which application resulted in the '681 patent. (P006924-P006928).

7. Attached hereto as Exhibit F is a true and accurate copy of the Office Action issued by the Patent Office on August 25, 1997, as obtained from the U.S. Patent and Trademark Office. (P006948-P006955)

8. Attached hereto as Exhibit G is a true and accurate copy of an Amendment to U.S. Patent Application 08/639,694 dated February 25, 1998. (P006966-P006977)

9. The following definition of audiometer is found on page 121 in *The Third Edition of the American Heritage Dictionary of the English Language* (1996).

> **audiometer** An instrument for measuring hearing activity for pure tones of normally audible frequencies. Also called *sonometer*.

10. The following definition of multimedia is found on page 1186 in *The Third Edition of the American Heritage Dictionary of the English Language* (1996).

> **multimedia-**1. The combined use of several media, such as movies, slides, music, and lightning, especially for the purpose of education or entertainment. 2. The use of several mass media, such as television, radio, and print, especially for the purpose of advertising or publicity. Also called *mixed media*. 3. The combined use of media such as text, graphics, video, and sound, as on a computer system-*attributive.* Often used to modify another noun *a multimedia presentation; a multimedia advertising campaign.*

11. In 1990, a consortium of computer firms led by Microsoft developed a standard to define a *multimedia* personal computer (MPC) as "any computer that is capable of running programs that combine video, animation, audio, and graphics." (www.computer hope.com/jargon/m/mpc.htm), a true and accurate copy of which is attached hereto as Exhibit H. In 1991, Creative Labs released a *multimedia* upgrade kit that included a "Sound Blaster Pro audio card, CD-ROM drive and software to upgrade 386 and above PCs to Multimedia PC Level-1 standard." (http://us.creative.com/corporate/about/milestones/welcome.asp?nav=11), a true and accurate copy of which is attached hereto as Exhibit I.

12. The following definition of conventional is found on page 411 in *The Third Edition of the American Heritage Dictionary of the English Language* (1996).

> **conventional** *adj.* **1.** Based on or in accordance with general agreement, use, or practice; customary: *conventional symbols; a conventional form of address.* **2.** Conforming to established practice or accepted standards; traditional: *a conventional church wedding.* **3. a.** Devoted to or bound by conventions to the point of artificiality; ceremonious. **b.** Unimaginative; conformist: *longed to escape from their conventional, bourgeois lives.* **4**. Represented, as in a work of art, in simplified or abstract form. **5.** *Law.* Based on consent or agreement; contractual. **6.** Of, relating to, or resembling an assembly. **7.** Using means other than nuclear weapons or energy: *conventional warfare; conventional power plants.* –conventionalism *n.* –conventionalist *n.* –conventionally *adv.*

13. The following definition of computer is found on page 389 in *The Third Edition of the American Heritage Dictionary of the English Language* (1996).

> **computer** *n.* **1.** A device that computes, especially a programmable electronic machine that performs highspeed mathematical or logical operations or that assembles, stores, correlates, or otherwise processes information. **2.** One who computes. *–attributive*. Often used to modify another noun: *computer programming; computer software.*

14. The following definition of sound is found on page 1721 in *The Third Edition of the American Heritage Dictionary of the English Language* (1996).

> **Sound-**1.a. Vibrations transmitted through an elastic material or a solid, liquid, or gas, with frequencies in the approximate range of 20 to 20,000 hertz, capable of being detected by human organ of hearing. B. Transmitted vibrations of any frequency. C. The sensation stimulated in the organs of hearing by such vibrations in the air or other medium. D. Such sensations considered as a group. 2. A distinctive noise: *a hollow sound*. 3. The distance over which something can be heard: *within sound of my voice*. 4. *Linguistics.* A. An articulation made by the vocal apparatus: *a vowel sound; a speech sound.* B. The distinctive character of such an articulation; *The words* bear and bare *have the same sound* 5. A mental impression; an implication: *didn't like the sound of the invitation*. 6. Auditory material that is recorded, as for a movie. 7. Meaningless noise. 8. *Music.* A distinctive style, as of an orchestra or a singer. 9. *Archaic.* Rumor report-**sound** v. **sounded, sounding**, **sounds.-***intr.* 1.a. To make or give forth a sound: *The siren sounded*. B. To be given forth as a sound: *The fanfare sounded*. 2. To present a particular

> impression: *That argument sounds reasonable.-tr.* 1. To cause to give forth or produce a sound: *sounded the gong.* 2. To summon, announce, or signal by a sound; *sound a warning.* 3. *Linguistics*. To articulate: pronounce: *sound a vowel.* 4. To make known; celebrate: *"Nations unborn your mighty names shall sound"* (Alexander Pope). 5. To examine (a body organ or part) by causing to emit sound; auscultate-***phrasal verb. Sound off.*** 1. To express one's views vigorously: *was always sounding off about higher taxes.* 2. To count cadence when marching in military formation. [Middle English *soun*, from Old French *son* from Latin *sonas*. See **swen-**in Appendix]

15. The following definition of signal is found on pages 1678-79 in *The Third Edition of the American Heritage Dictionary of the English Language* (1996).

> **Signal-**1.a. an indicator, such as a gesture or colored light, that serves as a means of communication. See synonyms at **gesture.** b. A message communicated by such means. 2. Something that incites action: *The peace treaty was the signal for mas celebration.* 3. *Electronics.* An impulse or a fluctuating electric quantity, such as voltage, current or electric field strength, whose variations represent coded information. 4. The sound, image, or message transmitted or received in telegraphy, telephony, radio, television, or radar. **-signal** *adj.* Notably out of the ordinary: *a signal feat.* See Synonyms at **noticeable, -signal v. -naled, -naling, -nals,** or **-nalled, -nalling, -nats**-*tr.* 1. To make a signal to: *I signaled the driver to proceed.* 2. To relate or make known by signals: *They have signaled their willingness to negotiate. -intr.* To make a signal or signals [Middle English, from Old French, from Medieval Latin *signale,* from neuter of Late Latin, *signalis,* of a sign, from Latin *signum,* sign, See SIGN].-**sig'nal er, sig'nal ler n.**

16. The following definition of preprogram is found on page 1431 in *The Third Edition of the American Heritage Dictionary of the English Language* (1996).

> **Preprogram-grammed, -gramming, -grams** or **-gramed, -graming, -grams.** To program in advance, preset.

17. The following definition of logic is found on page 1057 in *The Third Edition of the American Heritage Dictionary of the English Language* (1996).

> **logic 1.** The study of the principles of reasoning, especially of the structure of propositions ans distinguished from their content and of method and validity in deductive reasoning. **2.a.** A system of reasoning: *Aristotle's logic.* **b.** A mode of reasoning: *By that logic, we should sell the company tomorrow.* **c.** The formal, guiding principles of a discipline, school, or science. **3.** Valid reasoning: *Your paper lacks the logic to prove your thesis.*

**4.** The relationship between elements and between an element and the whole in a set of objects, individuals, principles, or events: *There's a certain logic to the motion of rush hour traffic.* **5.** *Computer Science* **a.** The nonarithmetic operations performed by a computer, such as sorting, comparing, and matching, that involve yes-no decisions. **b.** computer circuitry. **c.** Graphic representation of computer circuitry.

18. The following definition of test is found on page 1854 in *The Third Edition of the American Heritage Dictionary of the English Language* (1996).

**test** *n.* **1.** A procedure for critical evaluation; a means of determining the presence, quality, or truth of something; a trial: *a test of one's eyesight; subjecting a hypothesis to a test; a test of an athlete's endurance*. **2.** A series of questions, problems, or physical responses designed to determine knowledge, intelligence, or ability. **3.** A basis for evaluation or judgement: *" test of democratic government is how Congress and the president work together"* (Haynes Johnson). **4.** *Chemistry.* **a.** A physical or chemical change between a substance may be detected or its properties ascertained. **b.** A reagent used to cause or promote such a change. **c.** A positive result obtained. **5.** A cupel.

19. The following definition of switch is found on page 1816 in *The Third Edition of the American Heritage Dictionary of the English Language* (1996).

**switch-**1. A slender flexible rod, stick, or twig, especially one used for whipping. 2. The bushy tip of a tail of certain animals: *a cow's switch*. 3. A thick strand of real or synthetic hair used as part of a coiffure. 4. A flailing or lashing, as with a slender rod. 5. Abbr. sw. A device used to break or open an electric circuit or to divert current from one conductor to another. 6. Abbr. sw. A device consisting of two sections of railroad track and accompanying apparatus used to transfer rolling stock from one track to another. 7.a. The act or process of operating a switching device. B. The result achieved by such an act. 8. An exchange or a swap, especially one done secretly. 9. A transference or shift, as of opinion or attention.-**switch v. swtiched, switching, switches-**tr. 1. *Chiefly Southern U.S.* To whip with or as if with a switch, especially in punishing a child. 2. To jerk or switch abruptly or sharply: *a cat switching its tail.* 3. To shift, transfer, or divert: *switched the conversation to a lighter subject.* 4. To exchange: *asked her brother to switch seats with her.* 5. To connect, disconnect, or divert (an electric current) by operating a switch. 6. To cause (an electric current or appliance) to begin or cease operation: *switched the lights on and off.* 7. *Informal.* To produce as if by operating a control. Often used with on: *switched on the charm.*8. To move (rolling stock) from one track to another; shunt-intr. 1. To make or

undergo a shift or an exchange: *The office has switched from typewriter to word processors.* 2. To swish sharply from side to side.-**phrasal verb. Switch off.** *Informal*. To stop paying attention: lose interest. [Probably of Low German or Flemish origin]-**switchable adj-switcher n.**

20. The following definition of control is found on page 410 in *The Third Edition of the American Heritage Dictionary of the English Language* (1996).

**control** *tr. v.* **–trolled, –trolling, –trols 1.** To exercise authoritative or dominating influence over; direct. See synonyms at **conduct. 2**. To hold in restraint; check: *struggled to control my temper; regulations intended to control prices*. **3. a.** To verify or regulate (a scientific experiment) by conducting parallel experiment or by comparing with another standard. **b.** To verify (an account, for example) by using a duplicate register for comparison. **–control** *n.* **1.** Authority or ability to manage or direct: *lost control of the skidding car; the leaders in control of the country.* **2.** *Abbr.* **Cont., contr. a.** One that controls; a controlling agent, device, or organization. **b.** Often **controls.** An instrument or set of instruments used to operate, regulate, or guide a machine or vehicle. **3.** A restraining device, measure, or limit; a curb: *a control on prices; price controls.* **4. a.** A standard of comparison for checking or verifying the results of an experiment. **b.** An individual or group used as a standard of comparison in a control experiment. **5.** An intelligence agent who supervises or instructs another agent. **6.** A spirit presumed to speak or act through a medium. [Middle English *controllen,* from Anglo-Norman *contreroller,* from Medieval Latin *contrarotulare,* check by duplicate register, from *contrarotulus,* duplicate register: Latin *contra-,* contra- + Latin *rotulus,* roll, diminutive of rota, wheel; see ret- in Appendix] **–controllability** *n.* **–controllable** *adj.*

21. The following definition of sound wave is found on page 1722 in *The Third Edition of the American Heritage Dictionary of the English Language* (1996).

**sound wave** *n.* A longitudinal pressure wave of audible or inaudible sound.

22. The following definition of circuit is found on page 346 in *The Third Edition of the American Heritage Dictionary of the English Language* (1996).

**circuit 1.a.** A closed, usually circular line that goes around an object or area. **b.** The region enclosed by such a line. See Synonyms at **circumference. 2. a.** A path or route the complete traversal of which without local change of direction requires returning to the starting point. **b.** The act of following such a path or route. **c.** A journey made on such a path or route. **3.**

> *Electronics.* **a.** A closed path followed or capable of being followed by an electric current. **b.** A configuration of electrically or electromagnetically connected components or devices. **4. a.** A regular or accustomed course from place to place; a round: *a salesperson on the Detroit–Minneapolis–Chicago circuit; a popular speaker on the lecture circuit.* **b.** The area or district thus covered, especially a territory under the jurisdiction of a judge in which periodic court sessions are held. **5. a.** An association of theaters in which plays, acts, or films move from theater to theater for presentation. **b.** A group of nightclubs, show halls, or resorts at which entertainers appear in turn. **c.** An association of teams, clubs, or arenas of competition: *the downhill ski circuit.*

23. The following definition of processor is found on page 1444 in *The Third Edition of the American Heritage Dictionary of the English Language* (1996).

> **Processor-**1. One that processes, especially an apparatus for preparing, treating, or converting material: *a wood pulp processor*. 2. *Computer Science*. A. A computer. B. A central processing unit. C. A program that translates another program into a form acceptable by the computer being used.

24. Attached hereto as Exhibit J are true and accurate photocopies of the pages from *The Third Edition of the American Heritage Dictionary of the English Language* (1996) referenced above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 2 , 2004 **s/Dina M. Khaled**

Dina M. Khaled