**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **BERNAFON, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**BENSON MEDICAL INSTRUMENTS, COMPANY**<br><br>Defendants. | Civil Action No. 02-777CV (JNE/JGL) |

**EXHIBIT INDEX FOR KHALED DECLARATION**

| | |
|---|---|
| A-1 | U.S. Patent Number 5,811,681; (Part 1, P005231-P00523) |
| A-2 | U.S. Patent Number 5,811,681; (Part 2, P005240-P005247) |
| B-1 | U.S. Patent Number 4,847,763; (Part 1, P006531-P006539) |
| B-2 | U.S. Patent Number 4,847,763; (Part 2, P006540-P006545) |
| C | U.S. Patent Number 4,489,610; (P006555-P006560) |
| D | U.S. Patent Number 3,809,811; (P006546-P006554) |
| E-1 | Patent Application 08/639,694, Docket # 20609.5; (Part 1, P006892-P006906) |
| E-2 | Patent Application 08/639,694, Docket # 20609.5; (Part 2, P006907-P006924) |
| E-3 | Patent Application Drawings 08/639,694; (Part 3, P006928-P006933) |
| F | Office Action Summary 08/639,694; (P006948-P006955) |
| G | Amendment 08/639,694; (P006966-P006977) |
| H | MPC Web Page Printout |
| I | Creative Market Scope Webpages; (pages 1-3) |
| J-1 | American Heritage Dictionary Definitions (Part 1, cover, pp. 1, pp. 121) |
| J-2 | American Heritage Dictionary Definitions (Part 2, pp.346, pp.389, pp. 410-411) |

| | |
|---|---|
| J-3 | American Heritage Dictionary Definitions (Part 3, pp. 1057, pp. 1186, pp. 1431, pp. 1444) |
| J-4 | American Heritage Dictionary Definitions (Part 4, pp. 1678-1679, pp. 1721-1722) |
| J-5 | American Heritage Dictionary Definitions (Part 5, pp. 1816, pp. 1854) |