US005811681A

# United States Patent [19]

**Braun et al.**

[11] **Patent Number: 5,811,681**

[45] **Date of Patent: Sep. 22, 1998**

[54] **MULTIMEDIA FEATURE FOR DIAGNOSTIC INSTRUMENTATION**

[75] Inventors: **Leroy Braun**, Austin; **Jack Foreman**, Pflugerville, both of Tex.

[73] Assignee: **Finnigan Corporation**, San Jose, Calif.

[21] Appl. No.: **639,694**

[22] Filed: **Apr. 29, 1996**

[51] **Int. Cl.**[6] .................... **A61B 1/22**; A61B 5/12

[52] **U.S. Cl.** .................... **73/585**; 600/559

[58] **Field of Search** .................... 73/585, 570; 128/746; 600/559

[56] **References Cited**

**U.S. PATENT DOCUMENTS**


| | | | |
|---|---|---|---|
| 3,793,485 | 2/1974 | Feezor et al. | 179/1 N |
| 3,808,354 | 4/1974 | Feezor et al. | 179/1 N |
| 3,809,811 | 5/1974 | Delisle et al. | 179/1 N |
| 3,905,131 | 9/1975 | Feezor et al. | 35/13 |
| 3,974,335 | 8/1976 | Blackledge | 179/1 N |
| 3,977,394 | 8/1976 | Jones et al. | 128/2.07 |
| 4,024,499 | 5/1977 | Bosscher | 340/146.2 |
| 4,107,465 | 8/1978 | Charlebios et al. | 179/1 N |
| 4,157,456 | 6/1979 | Voss | 179/1 N |
| 4,284,847 | 8/1981 | Besserman | 179/1 N |
| 4,321,427 | 3/1982 | Singh | 179/1 N |
| 4,476,724 | 10/1984 | Götze | 73/585 |
| 4,489,610 | 12/1984 | Slavin | 73/585 |
| 4,768,165 | 8/1988 | Hohn | 364/900 |
| 4,847,763 | 7/1989 | Moser et al. | 128/746 |
| 5,023,783 | 6/1991 | Cohen et al. | 364/413.02 |
| 5,239,872 | 8/1993 | Meyer-Bisch | 73/585 |
| 5,645,074 | 7/1997 | Shennib et al. | 128/746 |


*Primary Examiner*—Hezron E. Williams
*Assistant Examiner*—Rose M. Miller
*Attorney, Agent, or Firm*—Akin, Gump, Strauss, Hauer & Feld, L.L.P.

[57] **ABSTRACT**

A method for automatedly administering an audiometric test includes the steps of controlling an audiometer to selectively switch the audiometer output between test tones generated by the audiometer and sound signals generated from digital information; first switching the audiometer output to sound signals when the step of controlling indicates a beginning of a new test, a completion of a current test, or a test error; outputting sound representative of the sound signals after the step of first switching; second switching the audiometer output to test tones after the step of outputting; and outputting test tones until the next step of first switching.

**25 Claims, 8 Drawing Sheets**




P005231




Fig. 1
(PRIOR ART)

Case 0:02-cv-00777-JNE-FLN Document 48-3 Filed 07/02/2004 Page 3 of 9






Fig. 2A
**(PRIOR ART)**

Case 0:02-cv-00777-JNE-FLN Document 48-3 Filed 07/02/2004 Page 4 of 9





Fig. 2B
(PRIOR ART)




Fig. 2C

**(PRIOR ART)**

Case 0:02-cv-00777-JNE-FLN Document 48-3 Filed 07/02/2004 Page 6 of 9






Fig. 3




Fig. 4

Case 0:02-cv-00777-JNE-FLN Document 48-3 Filed 07/02/2004 Page 7 of 9






Fig. 5

P005237


6 5 4 3 2 1
J5
J5
72
74
118b
1
K1
64a
CRI
IN914
+12V
2
68
70
+12V
R1
1K
R2
1K
+12V
C3
60
.47
MIC
3
4
66a
R3
2K
C1
.47
R4
2M
C2
100PF
2
UI
LM380
7
6
C4
+
150
5
6
62
3
4
5
R5
1K
121
120b
122
120a
120

Fig. 6

Case 0:02-cv-00777-JNE-FLN Document 48-3 Filed 07/02/2004 Page 9 of 9






Fig. 7