# United States Patent [19]

Moser et al.

[11] Patent Number: 4,847,763

[45] Date of Patent: Jul. 11, 1989


[54] LASER AUDIOMETER SYSTEM


[75] Inventors: Ludwig M. Moser, Estenfeld; Anton Kammermeier, Welden, both of Fed. Rep. of Germany

[73] Assignee: Westra Electronic GmbH, Fed. Rep. of Germany



[21] Appl. No.: 18,825

[22] Filed: Feb. 24, 1987

**Related U.S. Application Data**

[63] Continuation of Ser. No. 627,535, Jul. 3, 1984.

[30] **Foreign Application Priority Data**

Jul. 19, 1983 [DE] Fed. Rep. of Germany ....... 3325955
Sep. 23, 1983 [DE] Fed. Rep. of Germany ....... 3334524
Feb. 11, 1984 [DE] Fed. Rep. of Germany ....... 3404883

[51] Int. Cl.⁴ .......................... A61B 5/12; G11B 7/00; G06F 15/42

[52] U.S. Cl. ................................ 364/413.02; 128/746

[58] Field of Search .......................... 128/346; 73/595; 364/415



[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 31,692 | 10/1984 | Tyburski | 382/65 |
| 3,809,811 | 5/1974 | Delisle | 73/585 |
| 3,820,067 | 6/1974 | Shepard | 340/146.3 |
| 4,224,468 | 12/1980 | Calder, Jr. | 73/585 |
| 4,238,843 | 12/1980 | Carasso | 365/234 |
| 4,284,847 | 8/1981 | Besserman | 73/585 |
| 4,321,427 | 3/1982 | Singh | 128/746 |
| 4,408,291 | 10/1983 | Gunzberg | 364/468 |
| 4,449,198 | 5/1984 | Kroon | 364/900 |
| 4,471,171 | 12/1984 | Köpke | 179/107 |
| 4,476,724 | 10/1984 | Gotze | 73/585 |
| 4,481,412 | 11/1984 | Fields | 235/385 |
| 4,518,361 | 5/1985 | Conway | 364/419 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0020745 | 7/1983 | European Pat. Off. . | |
| 3113849 | 10/1982 | Fed. Rep. of Germany | 128/746 |
| 2299004 | 1/1975 | France | 128/746 |
| 0030273 | 2/1983 | Japan | 382/65 |

OTHER PUBLICATIONS

"Optical Techniques Light the Way to Mass-Storage Media"; M. P. Blue & D. Chen; Mar. 3, 1969, pp. 108–116.


*Primary Examiner*—Joseph Ruggiero
*Assistant Examiner*—Gail O. Hayes
*Attorney, Agent, or Firm*—Oliff & Berridge

[57] **ABSTRACT**


An audiometer system for selectively generating audiologic test signals of selectable kind and intensity to be used in audiometric testing of the hearing abilities of persons. A repertoir of test signals and patterns is prestored in a source of test signals, each test signal having a corresponding unique address. Control means including a tablet or a display screen unit enable an operator to manually select desired test signals from said prestored repertoir. The operators selection causes said control means to address said source of test signals so as to reproduce the desired test signals. The source of test signals may be a digital disc player having a removable disc containing said repertoir prestored thereon as digital signal representations.


**23 Claims, 6 Drawing Sheets**





CD-DISC
54
PROGRAM
52
C D PLAYER
62
64
AUDIO SIGNAL
60
MICRO PROCESSOR
56
ATTENUATOR AND AMPLIFIER
58
LOUDSPEAKER
66
MEMORY (ROM)
50
76
78
OTHER COMPUTER OR MODEM INTERFACE
FORM IDENTIFIER
74
X-Y TABLET
AUDIO FORM
68
HUMAN INTERFACES
72
DISPLAY
KEYBOARD
70


FIG. 1



+5V
TO CD-PLAYER
62
64
TO KEYBOARD DISPLAY
TO X-Y TABLET
TO OTHER COMPUTER OR MODEM INTERFACE
22pF
12mHz
22pF
4,7uF
+5V
MICRO PROCESSOR
8039 INTEL
60
76
78
65
ADRESS LATCH
8212 LATCH INTEL
TO ATTENUATOR
TO FORM IDENTIFIER
MEMORY
2716 EPROM INTEL
+5V
66
20


FIG. 2


AUDIO AMPLIFIER
AUDIO SIGNAL
MAINTENANCE OF ROTATIONAL ACCURACY AND DATA CONTROL
RESTORATION OF AUDIO SIGNAL
D/A CONVERTER
MEMORY
AUDIO DATA IN UNIFORM SEQUENCE
CRYSTAL OSCILLATOR
ELECTRONIC CONTROL
52
62
ADR
64
ERROR DETECTION COMPENSATION, & CORRECTION
DATA CONTROL & COMPENSATION
ERROR CORRECTION CIRCUIT
AUDIO DATA & REDUNDANCY BITS
MICRO-COMPUTER
INDICATION CONTROL
CONTROLS AND INDICATORS
OPERATIONAL CONTROL
80
84
3 LSI's
DEMODULATION CIRCUIT
DEMODULATION OF EFM CODES
CHANNEL BIT DATA
SIGNAL DETECTION BASED ON THE STRENGTH OF THE REFLECTED BEAM
AMPLIFICATION AND CLOCK EXTRACTION
RF AMPLIFIER AND PLL
TRACKING CONTROL
CONTROL OF DISC ROTATION
INCIDENT BEAM
REFLECTION BEAM
RF DATA
FOCUS & TRACKING
OPTICAL SYSTEM
OPTICAL PICK-UP CONTROL
MAINTENANCE OF CONSTANT LINEAR VELOCITY
OPTICAL SYSTEM CONTROL
MOTOR
54

FIG. 3




FIG. 4
PRIOR ART




FIG. 5




FIG. 6




FIG. 7




FIG. 8

Case 0:02-cv-00777-JNE-FLN Document 48-5 Filed 07/02/2004 Page 6 of 9






FIG. 9




FIG. 10




FIG. 11




FIG. 12




FIG. 13




FIG. 14




FIG. 15




FIG. 16

# LASER AUDIOMETER SYSTEM

This application is a continuation of application Ser. No. 627,535 , filed July 3, 1984.

## FIELD OF THE INVENTION

The present invention relates to signal generation systems, and in particular to interactive audiometric test systems adapted to selectively generate audiologic hearing test signals.

## BACKGROUND OF THE INVENTION

Audiometric testing of hearing abilities usually considers two different aspects. The first aspect is to determine the degree of hearing loss throughout the audible frequency spectrum by a test procedure using pure tone frequencies within a given frequency range. For this purpose, a stepped sequence of pure tone frequencies is presented to each of an examinee's ears through earphones, the intensity level at each of said tone freuqencies being varied up and down several times to accurately ascertain the examinee's hearing threshold for each of said tone frequencies.

The second aspect relates to the testing of the ability to discriminate speech signals. For this purpose, selected discrete words of speech are presented to the examinee's ears with varying intensities.

A further aspect is the testing of the examinee's hearing abilities in the presence of background noise. For this purpose, test signals (audio tone signals or speech signals) are individually presented to one of the examinee's ears whilst simultaneously presenting a masking noise to the other ear.

Prior art audimetric systems use two different kinds of apparatus for performing tone frequency testing, on the one hand, and speech discrimination testing, on the other hand.

Such systems for performing tone frequency audiometric testing usually comprise a sine wave generator and means for varying the frequency in predetermined steps and means for varying the output intensity. Prior art apparatus for speech discrimination audiometric testing commonly comprise a magnetic tape deck or a disc player for reproducing test words recorded on a magnetic tape or on a disc. Another known type of audiometric apparatus for reproducing speech signals uses a rotating drum on which the signals are recorded in adjacent tracks.

It is a first object of the invention to provide an audiometric system using only one single apparatus for both reproducing pure tone audio frequency signals for hearing threshold testing and speech signals for speech discrimination testing.

Most of said prior art audiometric apparatus for performing hearing threshold testing using pure tone frequency signals are operated automatically following a given operating program. In such automatic apparatus, a predetermined sequence of stepped tone frequencies is produced, and the apparatus includes a potentiometer which is driven by a reversible motor for intensity variation. At any of said frequencies, the amplitude level is continuously increased until the examinee hears the signal. As long as the examinee can hear the signal, he pushes a button causing the amplitude level to decrease again until the signal fades from audibility. Upon release of the button, the signal fades into audibility again. This cycle is repeated several times at any given frequency to ascertain the examinee's hearing threshold. Simultaneously, the entire test sequence is recorded by a synchronously coupled automatic recorder.

However, while such automatic audiometer apparatus has proved satisfactory for routine testings, for example in industrial medicine where employees who must work in noisy environments have to undergo frequent and regularly scheduled hearing tests to prevent ear damage, such automatic audiometer apparatus has not proved efficient in performing thorough audiologic testing as a basis for accurate individual matching of a hearing aid.

Efficient audiologic testing requires operating facilities enabling the examiner to individually select or repeat appropriate test signals, on the one hand, and requires most simple operation of the apparatus, on the other hand, to enable the examiner to pay his full attention to the examinee to observe his reactions and also to take into account such circumstances as the examinee's age, intelligence, concentration and tiredness.

A second concern is to provide an audiometer system which is most simple to operate and allows for individually selected sequences of test signals.

While some tone audiometers are known having manually operable control means for varying the frequency and the amplitude level of the test signals by the operator, free selection of any available test word is very difficult in prior art speech audiometers of the abovementioned types using a magnetic tape or a disc as a storage medium. It is very difficult to find a special test word recorded anywhere on a magnetic tape within a reasonable time even when a band counter is used, and even the simple repetition of a special test word involves the problem that the tape cannot be rewound exactly enough to prevent that the word will be repeated only in part or together with the end of the preceeding word. The same applies when using a disc player. While it is easier to find a special test word in a speech audiometer using a rotating drum on which the individual test words are recorded in separate adjacent tracks, such type of audiometer suffers from the disadvantage that it is very bulky.

Thus a further concern is to provide an audiometer system which includes audiometric speech discrimination testing, allowing for quick and exact selection of any one of a number of available test words recorded on a storage medium.

Further problems of prior art audiometers referred to above include problems of noise, wear of the magnetic tape or of the phonograph record, signal distortion and non-linearity. Especially in speech discrimination testing, background noise is a major problem causing a high noise to signal ratio specifically at the low intensity levels required for such testing.

Moreover, measurements have shown that many existing audiometers suffer from imperfect operation due to harmonic and other distortions.

Therefore, the audiometer system must generate high quality audiologic test signals with minimum background noise and minimum signal distortion.

## SUMMARY OF THE INVENTION

According to the present invention, an audiometer system is adapted to selectively generate audiologic test signals with a laser-optical read-out digital storage disc player for reading out test signals digitally recorded on a disc, wherein said disc player is either a compact disc audio player or a video disc player. Furthermore, the

Case 0:02-cv-00777-JNE-FLN Document 48-5 Filed 07/02/2004 Page 9 of 9



system comprises a digital processor connected to one disc player and adapted to control said disc player to read-out selected test signals in response to an operator's manual commands or, if desired, in accordance with a predetermined program. The digital processor has associated therewith a memory adapted to store table of contents information of available test signals recorded on the disc, the information being also recorded on the disc and being read-out from the disc before starting the audiologic testing procedure. An operator's command unit is connected to said processor and adapted to provide request signals indicating the selected test signal.

The audiometer system according to the present invention offers a number of great advantages. First of all, all kinds of testing irrespective of whether pure tone testing or speech discrimination testing can be performed with one single audiometer system, and all known types of tests can be performed with this new audiometer system including any kind of future test developments. Furthermore, any kind of distortions of the test signals is excluded. Moreover, any kind of phase-relationship between two or more related test signals in a multiple channel recording is possible with absolutely perfect accuracy. The testing procedure can be easily conducted enabling the examiner to put his full attention to the examinee due to the easy operation of the new audiometer system allowing for quick and exact selection of any one of a nmber of available test signals recorded on the disc.

Use of a video disc player offers particular advantage in case of audiologic testing of the hearing abilities of children. In this case, the video disc player can be used both to reproduce audible audiologic test signals and visual pictures to stimulate the children's active cooperation in the audiologic procedure.

Preferably, the audiometer system is a dual channel system comprising a dual channel disc player, one channel being adapted to selectively generate audiologic test signals to one of a pair of earphones, and the other channel being adapted to selectively generate audiologic mask signals to the other earphone.

In one embodiment, said operator's command unit comprises a tablet on which a schedule of identifications of the available test signals is provided. The tablet has associated therewith a command probe which is movable on the tablet by the operator to select any one of the identifications scheduled on the tablet. The identifications may be provided both in a visually and computer readable form so that the command probe may be adapted to read the identifications to provide a respective address signal to the digital processor.

In a modification, the command probe may be adapted to activate the tablet by touching the tablet at the area of the selected one of the identifications, and the tablet may comprise identification grid means adapted to be operated by the probe using either mechanical pressure or magnetic, inductive or capacitive coupling when touching the tablet so as to cause said tablet to provide a respective address signal to the digital processor.

The schedule of available test signals may be printed on a form sheet made of paper or plastics foil material, and the tablet may have a frame for holding such printed form sheet. If desired, several different kinds of printed forms may be used alternatively to perform different test procedures. Appropriate program control of said digital processor ensures correct interpretation of the address signals received from the tablet in accordance with the respective type of printed form used in the tablet. Preferably, the printed form is also used for recording test results.

Operation of the audiometer system by means of said printed form sheets will avoid misoperation of the system.

The tablet or the printed form sheet or a transparent cover sheet attached to the tablet and covering said printed form sheet may be provided with suitable means such as grooves for guiding said command probe when it is moved manually.

Operation of the new audiometer system using said printed forms will avoid misoperation of the system. Furthermore, the single all-round audiometer system provided by the present invention can be made any kind of specialized audiometer simply by use of a corresponding printed form sheet. The control of the audiometer system by means of said form sheets allows for easy and quick access to every compact disc stored test.

Preferably at least two different kinds of printed form sheets are provided to allow for different kinds of testing procedures, for example hearing threshold testing or speech discrimination testing. The frame for holding the printed form sheet may then include form recognition means adapted to recognize the presence and the kind of a form sheet on the tablet. The form sheet may be provided with a binary code index such as printed binary code labels thereon and said form recognition means may comprise optical sensing means, preferably miniature reflection photoelectric devices including a light-emitting diode and an adjacent light-sensitive semiconductor element responsive to reflected light. The incorporation of an interval timer circuit operating said optical sensing means only during successive short periods with intervals therebetween will greatly prolong the lifetime of the sensing means.

In a second embodiment, the operator's command unit comprises a display screen unit adapted to display on its screen a schedule of visual identifications of available test signals, and the unit has associated therewith identification means adapted to selectively identify any of the identifications displayed on the screen so as to provide a respective address signal to the digital processor. The identification means may comprise a cursor movable on the screen and a control device for controlling movement of the cursor, which control device may be a keyboard, a control lever adapted to be moved in a cross-like pattern to cause up and down or left and right movement of the cursor, or it may comprise a sensor unit and in combination therewith an identification raster plate on which the sensor unit is freely movable, the sensor unit generating in response to its movement on the plate a control signal causing the cursor to be moved in correspondence to the sensor unit movement.

In an alternative embodiment, the identification means may comprise a probe causing the generation of the address signal by touching the screen at the region displaying the selected identification.

Compact disc digital audio players and digital video disc players are commercially available and have been developed for improved hifi or video quality in the audio and video entertainment field.

The compact disc digital audio technique employs a non-contact signal read-out system using a semiconductor laser. The digital code recorded on the disc does not only contain signal information but contains also clock bits for speed control and address information allowing