Now referring to Fig. 7, in conjunction with Figs. 4-6, operations 300 of the multimedia audiometer 100 and the software driving those operations 300 are discussed. When power is supplied to the multimedia audiometer 100, the basic audiometer 200, as well as the computer 102, may perform various set-up functions 302. Those set-up functions 302 of the multimedia audiometer 100, for example, boot-up and initialization of the computer 102 and start-up and initialization of the basic audiometer 200, are conventional. The start-up and initialization of the basic audiometer 200 may be substantially the same as that of the conventional audiometer 2 (shown in Fig. 1).

Generally, this start-up and initialization of the basic audiometer 200 may proceed, for example, as follows:

> At turn-on, the basic audiometer 200 presents a first tone and a message appears on the display 18. The basic audiometer 200 is now ready for operation. If a processing error by the CPU 12 is discovered during the turn-on, an appropriate message is displayed.
>
> The following example illustrates an initialization procedure for the basic audiometer 200. Keys of the keyboard 20 are indicated by [ ] and messages in quotes. To begin, press:

| **KEYBOARD** | **DISPLAY** |
|---|---|
| [SPECIAL] | SPC00 |
| [ENTER] | MM DD YY |

Now enter today's date. For example:

| **KEYBOARD** | **DISPLAY** | **COMMENT** |
|---|---|---|
| [04 30 96] | OM DD YY | |

The message "mode pulsed" then appears on the display 18. Press [NO] to switch to continuous mode. "Continuous Mode" will be displayed. Press [ENTER] when the desired code is displayed. The display should now read "1

KL AA AUTO" and then displays "PRESS [NEW TEST]". Other parameters which may be selected include the test other ear first and delete 8000 Hz. To do this, press:

| KEYBOARD | DISPLAY | COMMENT |
|---|---|---|
| [SPECIAL] | SPC 04 | |
| [04] | SPC 04 | |

| KEYBOARD | DISPLAY | COMMENT |
|---|---|---|
| [ENTER] | LEFT EAR FIRST | |
| [NO] | RIGHT EAR FIRST | |
| [ENTER] | 1KR AA AUTO | (Now testing right ear first) |
| [SPECIAL] | SPC 06 | |
| [06] | SPC 06 | |
| [ENTER] | 8KR SEL AUTO | |
| [NO] | 8KR DEL AUTO | |
| [ENTER] | 1KR AA AUTO | (8 Khz is deleted) |

T170X

The basic audiometer 200 is now initialized.

Any or all of the above-mentioned parameters can be changed at any time by entering a desired special routine. Various "Special" codes that may be possible with the basic audiometer 200 of the multimedia audiometer 100 may, for example, include the following:

| SPECIAL | FUNCTION |
|---|---|
| 00 | Initialization of audiometer |
| 01 | Enter date and time |
| 02 | Mode Pulsed/Continuous |
| 03 | Enter Examiner ID |
| 04 | Invent runtable to test better ear first |
| 05 | Select Printer Format |
| 06 | Select or Delete 8K |
| 07 | Select Baud rate |
| 08 | Turn on or off audio feedback for key pushes |
| 09 | Accelerated listening check |
| 10 | Check calibration date |
| 11 | Call Ram Rom check |

T171X

17



P006908

| SPECIAL | FUNCTION |
|---|---|
| 12 | Calibration mode and program calibration eeprom |
| 13 | Printer text |
| 14 | Not used |
| 15 | Display routine for time and date (no entry) |
| 16 | Not used |
| 17 | Display selected audiogram |
| 18 | Print selected audiogram or audiograms |
| 19 | Display and/or enter serial number |
| 20 | Not used |

Software protocols to accomplish the start-up and initialization of the basic audiometer 200 may be stored in the memory 14, 16 of the basic audiometer 200 or elsewhere. Processing and control for the start-up and initialization of the set-up functions 302 are performed by the CPU 12 of the basic audiometer 200. Alternatively, the basic audiometer 200 could be controlled by the computer 102 to perform the start-up and initialization, or start-up and initialization could be controlled manually or in some other manner.

After the set-up functions 302, including start-up and initialization of the basic audiometer 200, are completed, the basic audiometer 200 may be ready to begin administering a new audiometric test of a test subject. A new test may be begun, for example, by pressing a key of the basic audiometer 200 or, alternatively, by a similar input to the computer 102. Upon the start of the new test, the computer 102 may control the basic audiometer 200 by communications over the communications interface 108 (shown in Figs. 4-5).

If initial instructions to the test subject are desired, the computer 102 may control 304 the basic audiometer 200 over the communications interface 108 (shown in Figs. 4-5). This control 304 may trigger the relay 64a and the relays 64b (shown in Fig. 2) to close the switches 66a and open the switches 66b (shown in Fig. 2), respectively. When the switches 66a are closed and the switches 66b are opened in this manner, sound signals passed to the sound



18

port 120 from the computer 102 over the multimedia input interface 110 are delivered through the amplifier 69 of the multimedia talkover card 118b and through the earphone jack 48 to the earphone speakers 50.

The particular sound signals so passed to the earphone speakers 50 may be derived from digital information stored or generated in, or read by, the computer 102. The computer 102 may select and output 306 signals representative of the particular digital information. If the testing is just beginning, the signals so selected and output 306 may be initial instructions to the test subject about the test and the testing procedure. Of course, the particular signals could be representative of virtually any type of information which is subject to derivation from digital data. Although sound is described here as being derived from digital data, those skilled in the art will know and appreciate that digital data may be manipulated and processed in a multitude of ways to derive other types of information, for example, visual graphics and images and others.

After the computer has selected and output 306 the desired sound signals to the basic audiometer 200 and signals have been delivered to the test subject as sound waves through the earphone speakers 50, the computer 102 again may control 308 the basic audiometer 200. The control 308 at this instant may trigger the relay 64a to close the switches 66a and the relays 66b (shown in Fig. 2) to open the switches 66b, respectively. The control 308, then, causes the basic audiometer 200 to generate 310 a series of test tones, such as, for example, tones in accordance with the Hughson-Westlake procedure or another testing protocol.

When the switches 66a are closed and the switches 66b are opened because of the control 308, the test tones generated 310 by the audio circuitry 6 of the basic audiometer 200 are delivered through the earphone jack 48 to the earphone speakers 50. According to the particular testing protocol, the test subject may respond to the test tones by input 312 via the handswitch 52



19

connected to the basic audiometer 200. The basic audiometer 200, in cooperation with the computer 102, will detect and determine any error 314 of the input 312 response.

If there is not any error 316, then the basic audiometer 200 may continue to generate successive test tones 320 according to the particular test protocol, until the test is completed 322. The successive test tones 320 are generated in the same manner as previously described. That is, the basic audiometer 200 operates to generate test tones 310 delivered to the test subject; the test subject responds with input 312 via the handswitch 52; and the audiometer 200, in conjunction with the computer 102, detects and determines 314 any error.

If an error 318 is detected and determined 314, the computer 102, based on its particular programmed logic, determines 324 whether to proceed 326 with the testing, to re-test 328, or to perform some other function (not shown). Certain errors that may be encountered during the administration of the test include, for example, the following:

> **No response at 1 kHz, Error Code E1**, signifies that the test subject is not responding to the test tone. The test subject may receive a multimedia sound message, generated by the computer 102 and passed through the earphone speakers 50, as to how to take the test, for example, as follows:
>
> > "There has been no response for any tone in the initial test-- as soon as you hear a tone cut it off by pressing and releasing the hand switch."
>
> Then, the test may be restarted.

Case 0:02-cv-00777-JNE-FLN Document 48-10 Filed 07/02/2004 Page 6 of 18



**Failed to Establish Threshold, Error Code E2**, signifies that the basic audiometer 200 is unable to establish a hearing threshold level (HTL) from the response of the test subject. The test subject may be instructed based on digital data of the computer 102, for example, as follows:

> "The audiometer has been unable to establish a threshold--listen for the tone and as soon as you hear the tone cut it off by pressing and releasing the hand switch."

The test may then recommence.

**Hand Switch Error, Error Code E4**, signifies that the test subject is not releasing the response handswitch 52. The test subject may, for example, receive the following instructions generated from the digital data stored by computer 102:

> "The audiometer is recognizing the hand switch as being on for a length of time -- as soon as you hear a tone cut it off by pressing and releasing the hand switch."

The test may then recommence.

**Response no tone, Error Code E5**, signifies that the test subject has responded at least three times when no tone or stimulus was present. A multimedia message, for example, as follows, may be delivered through the earphone speakers 50:



P006912

"The audiometer is recognizing responses when no tone is present -- as soon as you hear a tone cut it off by pressing and releasing the hand switch."

The test is, thereafter, restarted.

The foregoing error codes, multimedia messages, and operations are merely example possibilities. An example of an entire error code list is as follows:

| Error Code | Indication | Multimedia Audiometer Response | |
|---|---|---|---|
| AA | Not Tested | | |
| DD | Deleted Frequency | | |
| EE | No Response | Test Continues | |
| EF | Test Incomplete | | |
| EB | 25 Presentations No HTL | Test Continues | |
| E1 | No Response 1KHz | Stops Test | Repeat Instructions |
| E2 | 1KHz 25 Presentations No HTL | Stops Test | Repeat Instructions |
| E3 | 1KHz Retest Error | Stops Test | Repeat Instructions |
| E4 | Hand Switch Error | Stops Test | Holding Switch MSG |
| E5 | Response No Tone | Stops Test | Response w/window closed |
| E6 | Error For Second Time | Stops Test | Examiner Intervention |

T22CX

| Error Code | Indication | Multimedia Audiometer Response |
|---|---|---|
| E7 | Max. Failed Frequencies >6 | Stops Test Examiner Intervention |
| E8 | Hardware Error | Only seen at Turnon and After EPROM Diagnostic Check |

Error Codes That Do Not Stop Test

EE

Error Codes that Get Instructions and Resume Testing

EB- Same as E2 message

E1

E2

E4

E5

Error Codes That Stop Test and Pop Up Message on PC for Operator Test Does Not Restart

E3

E6

E7

In the case that a re-test 328 is warranted because of an error or otherwise, the operations 300 begin anew with the computer control 304 of the basic audiometer 200 over the communications interface 108 (shown in Figs. 4-5) to trigger the relays 64a,b. The testing thereafter proceeds through the steps of selection and output 306, computer control 308, test tone generation

310, test subject response input 312, and detection and error determination 314.

Once the entire test protocol is completed in the foregoing manner, the test is completed 322. The computer 102 may then control 330 the basic audiometer 200 to trigger the relays 64a,b to close the switches 66a and to open the switches 66b. The control 330 is accomplished in the manners previously described by communications between the computer 102 and the basic audiometer 200 over the communications interface 108.

After the control 330 so sets the switches 66a,b, the computer 102 may further select and output 340 sound signals, which sound signals are derived from digital data stored, generated or read by the computer 102. The sound signals may travel to the earphone jack 48 and the earphone speakers 50 to deliver final instructions and messages to the test subject.

Numerous alternatives and variations are possible for the multimedia audiometer 100. For example, digital data stored, generated or read by the computer 102 may be representative of a wide variety of sounds, images, video, or other multimedia features. In certain embodiments, the particular digital data may allow the test subject to select any of a number of different languages through which testing is administered. Further, digital data may be manipulated by the computer 102 in such a manner that multiple simultaneous tests may be administered. There are, of course, numerous other possibilities.

There are also many possible variations and alternatives in the configuration of the computer 102 and the basic audiometer 200 by providing the audiometer with additional memory, processing, wave sound generation, and appropriate software. Alternatively, the computer 102 could include test tone generation means and appropriate software programming to perform the functions of the basic audiometer 200. Even further, the multimedia audiometer 100 could be implemented by using a programmable digital tape

24

Case 0:02-cv-00777-JNE-FLN Document 48-10 Filed 07/02/2004 Page 10 of 18



player or compact disc (CD) player and allowing the basic audiometer 200 to select desired tracks to play. Other alternatives may be possible, it being understood that those skilled in the art will generally know and appreciate that the employment of computer or other control of instrumentation operations during test administration and the use of multimedia features for instruction, messages, and other herebefore required human administrative actions is possible with the incorporation of digital data, according to the embodiments of the present invention, from which are derived multimedia features.

It is to be understood that multiple variations, changes and modifications are possible in the aforementioned embodiments of the invention. Although illustrative embodiments of the invention have been shown and described, a wide range of modification, change, and substitution is contemplated in the foregoing disclosure and, in some instances, some features of the present invention may be employed without a corresponding use of the other features. Accordingly, it is appropriate that the foregoing description be construed broadly and understood as being given by way of illustration and example only, the spirit and scope of the invention being limited only by the appended claims.



P006916

PATENT APPLICATION
Docket No. 20609.5

## Claims

What is Claimed is:

1. A method for automatedly administering an audiometric test, comprising the steps of:

controlling an audiometer to selectively switch the audiometer output between test tones generated by the audiometer and sound signals generated from digital information;

first switching the audiometer output to sound signals when the step of controlling indicates a particular condition;

outputting sound representative of the sound signals after the step of first switching;

second switching the audiometer output to test tones after the step of outputting; and

outputting test tones until the next step of first switching.

2. The method of claim 1, wherein the particular condition is selected from the group consisting of a beginning of a new test, a completion of a current test, and a test error.



P006917

PATENT APPLICATION
Docket No. 20609.5

3. A multimedia audiometer, comprising:

means for outputting sound signals generated from digital information;

means for outputting test tones;

means for switching between the means for outputting sound signals and the means for outputting test tones, the means for switching being communicatingly connected with the means for outputting sound signals and the means for outputting test tone; and

means for controlling the means for switching, the means for controlling being communicatingly connected with the means for switching.

4. A multimedia audiometer, comprising:

a computer;

a tone generator;

a switch connected with the computer and the tone generator;

wherein the switch selectively causes either the tone generator or the computer to output sound waves and the computer controls the switch.

5. An audiometer, comprising:

a processor;

a memory, communicatingly connected with the processor, for storing digital data;

a sound wave generator, for generating analog sound signals in respect of digital data, electrically connected with the processor;

a test tone generator electrically connected with the processor;

a switch connected with the sound wave generator, the test tone generator, and the processor;

wherein the switch is controlled by the processor to selectively cause either the sound wave generator or the test tone generator to output sound waves.

6. The audiometer of claim 5, further comprising earphone speakers communicatingly connected to the sound wave generator and the test tone generator.

7. The audiometer of claim 5, further comprising a handswitch for inputting a response detectably by the processor.

8. The audiometer of claim 6, further comprising a handswitch for inputting a response detectable by the processor, wherein the processor operates based on the response.

9. The audiometer of claim 8, wherein the switch is also connected with the earphone speakers, between the sound wave generator and the test tone generator, on the one hand, and the earphone speakers, on the other hand.

10. The audiometer of claim 5, further comprising a talkover card including an amplifier, the talkover card electrically connecting the sound wave generator and the switch.

11. An instrument, the instrument conducts a test protocol on a test subject, the test protocol comprises an output by the instrument followed by an input to the instrument, the test subject determines the input, the input may be positive, negative, or null, comprising:

an output generator;

an input detector for detecting the input;

a digital data storage for storing a digital data;

a multimedia converter, the multimedia converter converts the digital data to an analog signal; and

logic circuitry connected to the input detector, the digital data storage, the multimedia converter, and the output generator, for logically operating on the input, reading the digital data, delivering the digital data to the multimedia converter, and controlling the output generator.

12. The instrument of claim 11, wherein the output generator comprises:

an analog test tone generator; and

a sound wave generator for producing sound waves representative of the analog signal.

13. The instrument of claim 12, wherein the output generator further comprises a switch for switching the output generator between the analog test tone generator and the sound wave generator.

14. A multimedia audiometer, comprising:

a basic audiometer;

a computer;

a multimedia input interface communicatingly connecting the computer and the basic audiometer; and

and a communications interface communicatingly connecting the computer and the basic audiometer.

15. The multimedia audiometer of claim 14, further comprising:

an input device connected to the basic audiometer; and

an output speaker connectected to the basic audiometer.

16. The multimedia audiometer of claim 14, wherein the computer comprises a sound wave generator for converting a digital information to analog signals in respect of the digital information.

17. The multimedia audiometer of claim 14, further comprising a switch connected to the multimedia input interface and the basic audiometer, on the one hand, and the output speaker, on the other hand, for switching between a first signal communicated over the multimedia input interface and a second signal generated by the basic audiometer as an output for the output speaker.

18. The multimedia audiometer of claim 14, wherein the computer and the basic audiometer communicate over the communications interface and the computer controls the operation of the audiometer over the communications interface.

19. The multimedia audiometer of claim 17, wherein the computer and the basic audiometer communicate over the communications interface and the computer controls the operation of the audiometer over the communications interface and wherein the switch comprises a relay and the computer controls the relay in order to switch between the first signal communicated over the multimedia input interface and the second signal generated by the basic audiometer as the output for the output speaker.

20. The multimedia audiometer of claim 19, wherein the computer comprises a sound wave generator for converting a digital information stored by the computer to analog signals in respect of the digital information.

21. A diagnostic instrument, comprising:

means for outputting an audible sound;

means for generating a test tone;

means for storing a digital data;

means for generating an analog signal derived from the digital data;

means for switching an output of the means for outputting between the test tone and the analog signal, the means for switching being electrically connected to the means for generating a test tone and the means for generating an analog signal;

means for processing;

means for inputting, the means for inputting connects the means for processing to the means for outputting; and

means for communicating, the means for communicating connects the means for processing to the means for outputting, the means for generating the test tone, the means for storing the digital data, the means for generating the analog signal, the means for switching, and the means for inputting.

PATENT APPLICATION
Docket No. 20609.5

22. A method of performing a diagnostic test protocol, comprising the steps of:

outputting an audible sound;

generating a test tone;

storing a digital data;

generating an analog sound derived from the digital data;

switching the audible sound from the step of outputting between the test tone and the analog signal;

processing the digital data; and

controlling the steps of outputting, generating the test tone, storing, generating the analog sound, and switching.



P006924