PRINT OF DRA NGS
AS ORIGINAL ILED

08/639694

073/585
2212 Miller




Fig. 1 (Prior Art)

08639694.042996

PRINT OF DRA''  GS
AS ORIGINALI  ILED

08/639694



Fig. 2 (Prior Art)

P006929

Case 0:02-cv-00777-JNE-FLN Document 48-11 Filed 07/02/2004 Page 3 of 6

PRINT OF DRA' 'GS
AS ORIGINAL. ILED

08/639694




Fig. 4




Fig. 3 (Prior Art)

PRINT OF DRA GS
AS ORIGINAL ILED

08/639694




Fig. 5

08639694.042696

PRINT OF DRA[illegible]GS
AS ORIGINAL[illegible] ILED

08/639694




Fig. 6

PRINT OF DRA' 'NGS
AS ORIGINAL ILED

08/639694




Fig. 7