**Intel Pentium 4**
Intel® Pentium® 4 Processor with HT Technology boosts PC performance

**Intel Pentium**
Instant Availability, Pricing & Specs. Quality Components & Service

Ads by Google

Home Contact Free Help Search Network Products

Search

Tips Search
Advanced

Other Pages

Home
Site map
Computer help
Dictionary
News
Q&A
What's new

Tools

E-mail this page
Print Preview
Edit this page

# MPC

Short for Multimedia PC, MPC was developed in 1990 and is any computer that is capable of running programs that combine video, animation, audio, and graphics. In 1992 Radio Shack released the Tandy Sensation! MPC, the first personal computer based upon the MPC specification. There are three MPC standards MPC, MPC2, and MPC3. Below is the requirements of MPC2 and MPC3.

### MPC2

Intel 486SX 25MHz processor
4MB of RAM
VGA Display
2x CD-ROM drive

### MPC3

Intel Pentium 75MHz processor
8MB RAM
540MB Hard Drive
4X CD-ROM drive
MPEG Support

Today all new computers are MPC compliant computers.

**Also see:** Sound definitions, Video definitions

INDEX ?

**Category:**
Dictionary

**Related Pages:**

M - Definitions

RESOLVED ?

Were you able to locate the answer to your questions?

- Yes
- No

TOP

**Other Pages:** Main Page | Computer help | Contact | Dictionary | Products
Games | Art/Images | HTML Help | Virus Info | Network
Link to Computer Hope | Bookmark Computer Hope

**Search:**

Copyright 1998-2004 by Computer Hope (tm). All rights reserved
Legal Disclaimer | ESD Warning | Privacy Statement