Tips and Tricks
Straight to your inbox









Digital entertainment starts h

MILESTONE

2004 2003 2002 2001 2000 199
1998 1997 1996 1992-1995 1981-1991

## 1991

### December
Launches its first Sound Blaster Multimedia Upgrade Kit comprising Sound Blaster Pro audio c CD-ROM drive and software to upgrade 386 and above PCs to Multimedia PC Level-1 standarc

### October
Creative establishes Avidtek Co., Ltd., a subsidiary office located in Taipei, Taiwan.

### May
Sound Blaster Pro is introduced and soon adopted as the stereo sound standard for the Multin PC.

## 1990

### December
Sound Blaster becomes the number one selling add-on board for the PC market and tops the list" of Ingram-Micro and Merisel, the two largest US software/hardware distributors.

### November
Introduces Sound Blaster®, a PC sound card featuring 11-voice FM synthesizer with text-to-s digitized voice input/output, MIDI/joystick port and bundled software.

### October
Launches PJS, an AI-based Chinese operating system, and Views, the complementary word processor and desktop publisher with a built-in library of over 70,000 characters.

## 1988

### August
Sim Wong Hoo, Creative Technology's founder, establishes business in USA and founded Crea Labs, Inc. in South San Francisco, California. The company markets its first product, Creative System, followed rapidly by the launch of Game Blaster, a full stereo sound board for the PC.

## 1987

### August
Introduces Creative Music System (C/MS), a 12-voice stereo music synthesizer card with a va music software to support the card: C/MS Composer, C/MS Intelligent Organ and C/MS Multin Presenter.

## 1986

### May
CUBIC CT, a multilingual, multimedia PC, is introduced into the Singapore market after only 6 months of design and development.

## 1984

### October

Introduces CUBIC 99, the talking computer which "talks" in English and Chinese; and Cubic Pl
Sitter, an add-on telephone/answering device software/hardware enhancement to Cubic 99.

## 1981

### July

Creative Technology is founded in Singapore by Sim Wong Hoo.

Site Map | Privacy Policy | Terms of Use | Copyright © 2004 Creative Labs, Inc. All rights reserved.