*The*

# AMERICAN HERITAGE® *dic·tion·ar·y* *of* THE ENGLISH LANGUAGE

THIRD EDITION

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead Data Central, Inc., providers of the LEXIS®/NEXIS® services, for its assistance in the preparation of this edition of *The American Heritage® Dictionary.*

Copyright © 1996, 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language.
—3rd ed.
p. cm.
ISBN 0-395-44895-6
1. English language—Dictionaries.
PE1628.A623 1992 92-851
423—dc20 CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

isthmus of northwest North Island. It is a major port and an industrial center. Metropolitan area population, 860,000.

**au cou·rant** (ō′ ko͞o-räɴ′) *adj.* **1.** Informed on current affairs; up-to-date. **2.** Fully familiar; knowledgeable. [French : *au*, in the + *courant*, current.]

**auc·tion** (ôk′shən) *n.* **1.** A public sale in which property or items of merchandise are sold to the highest bidder. **2.** *Games.* **a.** The bidding in bridge. **b.** Auction bridge. **—auction** *tr.v.* **-tioned, -tion·ing, -tions.** To sell at or by an auction: *auctioned off the remaining inventory.* [Latin *auctiō*, *auctiōn-*, from *auctus*, past participle of *augēre*, to increase. See **aug-** in Appendix.]

**auction bridge** *n.* *Games.* A variety of bridge in which tricks made in excess of the contract are scored toward game.

**auc·tion·eer** (ôk′shə-nîr′) *n.* One that conducts an auction. **—auctioneer** *tr.v.* **-eered, -eer·ing, -eers.** To sell at auction.

**auc·to·ri·al** (ôk-tôr′ē-əl, -tōr′-) *adj.* Of or relating to an author. [From Latin *auctor*, author. See AUTHOR.]

**au·cu·ba** (ô′kyə-bə) *n.* Any of several eastern Asian evergreen shrubs of the genus *Aucuba*, especially *A. japonica*, grown as an ornamental chiefly for its glossy, leathery leaves. [New Latin : possibly from Japanese *auku*, green + Japanese *ba*, leaved.]

**aud.** *abbr.* **1.** Audit; auditor. **2.** Audition.

**au·da·cious** (ô-dā′shəs) *adj.* **1.** Fearlessly, often recklessly daring; bold. See Synonyms at **adventurous, brave.** **2.** Unrestrained by convention or propriety; insolent. **3.** Spirited and original: *an audacious interpretation of two Jacobean dramas.* [French *audacieux*, from Old French *audace*, boldness, from Latin *audācia*, from *audāx*, *audāc-*, bold, from *audēre*, to dare, from *avidus*, avid. See AVID.] **—au·da′cious·ly** *adv.* **—au·da′cious·ness** *n.*

**au·dac·i·ty** (ô-dăs′ĭ-tē) *n.*, *pl.* **-ties.** **1.** Fearless daring; intrepidity. **2.** Bold or insolent heedlessness of restraints, as of those imposed by prudence, propriety, or convention. See Synonyms at **temerity.** **3.** An act or instance of intrepidity or insolent heedlessness.

**Au·den** (ôd′n), **W(ystan) H(ugh).** 1907–1973. British-born American writer and critic whose poems, published in collections such as *The Dance of Death* (1933) and *The Double Man* (1941), established his importance in 20th-century literature.

**au·di·al** (ô′dē-əl) *adj.* Of or relating to the sense of hearing; aural. [AUDI(O)– + –AL¹.]

**au·di·ble** (ô′də-bəl) *adj.* That is heard or that can be heard. **—audible** *n.* *Football.* A new or substitute offensive play called by the quarterback or a defensive formation called by a linebacker at the line of scrimmage as an adjustment to the opposing side's formation. Also called *automatic.* [Late Latin *audībilis*, from Latin *audīre*, to hear. See **au-** in Appendix.] **—au′di·bil′i·ty** *n.* **—au′di·ble·ness** *n.* **—au′di·bly** *adv.*

**au·di·ence** (ô′dē-əns) *n.* **1.a.** The spectators or listeners assembled at a performance, for example, or attracted by a radio or television program. **b.** The readership for printed matter, as for a book. **2.** A body of adherents; a following: *The tenor expanded his audience by recording popular songs as well as opera.* **3.** A formal hearing, as with a religious or state dignitary. **4.** An opportunity to be heard or to express one's views. **5.** The act of hearing or attending. [Middle English, from Old French, from Latin *audientia*, from *audiēns*, present participle of *audīre*, to hear. See **au-** in Appendix.]

**au·dile** (ô′dīl′) *adj.* **1.** Capable of learning chiefly from auditory, rather than tactile or visual, stimuli. **2.** Auditory. **—audile** *n.* An audile person. [From Latin *audīre*, to hear. See **au-** in Appendix.]

**au·di·o** (ô′dē-ō′) *adj.* **1.** Of or relating to humanly audible sound. **2.a.** Of or relating to the broadcasting or reception of sound. **b.** Of or relating to high-fidelity sound reproduction. **—audio** *n.*, *pl.* **-di·os.** **1.** The part of television or motion-picture equipment that has to do with sound. **2.** The broadcasting, reception, or reproduction of sound. **3.** Audible sound. **4.** A sound signal. [From AUDIO–.]

**audio–** *pref.* **1.** Hearing: *audio-lingual.* **2.** Sound: *audiophile.* [From Latin *audīre*, to hear. See **au-** in Appendix.]

**audio book** *n.* A taped reading of a book or book condensation reproduced in cassette form.

**au·di·o·cas·sette** (ô′dē-ō-kə-sĕt′, -kă-) *n.* **1.** A cassette containing blank or prerecorded audiotape. **2.** A tape recording reproduced in cassette form.

**audio frequency** *n.* *Abbr.* **AF** A range of frequencies, usually from 15 hertz to 20,000 hertz, characteristic of signals audible to the normal human ear.

**au·di·o·gram** (ô′dē-ə-grăm′) *n.* A graphic record of hearing ability for various sound frequencies that is used to measure hearing loss.

**au·di·o-lin·gual** (ô′dē-ō-lĭng′gwəl) *adj.* Relating to or involving a system of language acquisition that focuses intensively on listening and speaking.

**au·di·ol·o·gy** (ô′dē-ŏl′ə-jē) *n.* The study of hearing, especially hearing defects and their treatment. **—au′di·o·log′i·cal** (-ə-lŏj′ĭ-kəl) *adj.* **—au′di·ol′o·gist** *n.*

**au·di·om·e·ter** (ô′dē-ŏm′ĭ-tər) *n.* An instrument for measuring hearing activity for pure tones of normally audible frequencies. Also called *sonometer.* **—au′di·o·met′ric** (-ō-mĕt′rĭk) *adj.* **—au′di·om′e·try** *n.*

**au·di·o·phile** (ô′dē-ə-fīl′) *n.* A person having an ardent interest in stereo or high-fidelity sound reproduction.

**au·di·o·tape** (ô′dē-ō-tāp′) *n.* **1.** A relatively narrow magnetic tape used to record sound for subsequent playback. **2.** A tape recording of sound. **—audiotape** *tr. v.* **-taped, -tap·ing, -tapes.** To record (sound) on magnetic tape: *audiotaped the interview for replay on radio.*

**au·di·o·typ·ing** (ô′dē-ō-tī′pĭng) *n.* Typing done directly from an audiotape. **—au′di·o·typ′ist** *n.*

**au·di·o·vis·u·al** also **au·di·o·vis·u·al** (ô′dē-ō-vĭzh′o͞o-əl) —*adj.* *Abbr.* **AV, A.V.** **1.** Both audible and visible. **2.** Of or relating to materials, such as films and tape recordings, that present information in audible and pictorial form: *a corporation's audio-visual department.* —*n.* An aid, other than printed matter, that uses sight or sound to present information: *language tapes, videocassettes, and other audio-visuals.*

**au·dit** (ô′dĭt) *n.* *Abbr.* **aud.** **1.** An examination of records or financial accounts to check their accuracy. **2.** An adjustment or correction of accounts. **3.** An examined and verified account. **—audit** *v.* **-dit·ed, -dit·ing, -dits.** —*tr.* **1.** To examine, verify, or correct the financial accounts of: *Independent accountants audit the company annually. The IRS audits questionable income tax returns.* **2.** To attend (a course) without requesting or receiving academic credit. —*intr.* To examine financial accounts. [Middle English (influenced by *auditor*, auditor), from Latin *audītus*, a hearing, from past participle of *audīre*, to hear. See **au-** in Appendix.]

**au·di·tion** (ô-dĭsh′ən) *n.* **1.** The sense or power of hearing. **2.** The act of hearing. **3.** *Abbr.* **aud.** A trial performance, as by an actor, dancer, or musician, to demonstrate suitability or skill. **—audition** *v.* **-tioned, -tion·ing, -tions.** —*intr.* To take part in a trial performance: *auditioned for the role and got it.* —*tr.* To evaluate (a person) in a trial performance. [Latin *audītiō*, *audītiōn-*, from *audītus*, past participle of *audīre*, to hear. See **au-** in Appendix.]

**au·di·tive** (ô′dĭ-tĭv) *adj.* Of or relating to hearing; auditory.

**au·di·tor** (ô′dĭ-tər) *n.* *Abbr.* **aud.** **1.** One that audits accounts. **2.** One who audits a course. **3.** One who hears; a listener. [Middle English, from Anglo-Norman *auditour*, from Latin *audītor*, listener, from *audīre*, to hear. See **au-** in Appendix.]

**au·di·to·ri·um** (ô′dĭ-tôr′ē-əm, -tōr′-) *n.*, *pl.* **-ri·ums** or **-ri·a** (-tôr′ē-ə, -tōr′-). **1.** A large room to accommodate an audience in a building such as a school or theater. **2.** A large building for public meetings or performances. [Latin, from *audīre*, to hear. See **au-** in Appendix.]

**au·di·to·ry** (ô′dĭ-tôr′ē, -tōr′ē) *adj.* Of or relating to hearing, the organs of hearing, or the sense of hearing. [Late Latin *audītōrius*, from Latin *audīre*, to hear. See **au-** in Appendix.]

**auditory nerve** *n.* *Anatomy.* See **acoustic nerve.**

**Au·du·bon** (ô′də-bŏn′, -bən), **John James.** 1785–1851. Haitian-born American ornithologist and artist whose extensive observations of eastern North American avifauna led to the publication of *The Birds of America* (1827–1838), a collection of his engravings that is considered a classic work in ornithology and American art.



**John James Audubon**
Self-portrait, c. 1822

**Auf·klä·rung** (ouf′klā′ro͝ong) *n.* The Enlightenment. [German : *auf*, up (from Middle High German *ūf*, from Old High German; see **upo** in Appendix) + *Klärung*, a making clear (from *klären*, to make clear, from Middle High German *klæren*, from *klār*, clear, from Latin *clārus*; see CLEAR).]

**auf Wie·der·seh·en** (ouf vē′dər-zā′ən) *interj.* Used to express farewell. [German : *auf*, until + *Wiedersehen*, seeing again.]

**aug.** *abbr.* *Grammar.* Augmentative.

**Aug.** *abbr.* August.

**Au·ge·an** (ô-jē′ən) *adj.* **1.** Exceedingly filthy from long neglect. **2.** Requiring heroic efforts of cleaning or correction: *the Augean task of reforming the bureaucracy.* [After *Augeas*, legendary Greek king who did not clean his stable for thirty years.]

**au·gend** (ô′jĕnd′) *n.* *Mathematics.* A quantity to which the addend is added. [Latin *augendum*, a thing to be increased, from neuter gerundive of *augēre*, to increase. See **aug-** in Appendix.]

**au·ger** (ô′gər) *n.* **1.** A tool for boring holes in wood or ice. **2.** A large tool for boring into the earth. [Middle English, from *an auger*, alteration of *a nauger*, from Old English *nafogār*, auger. See **nobh-** in Appendix.]



**auger**
Double twist auger bit

**aught¹** also **ought** (ôt) —*pron.* Anything whatever: "*Neither of his parents had aught but praise for him*" (Louis Auchincloss). —*adv.* *Archaic.* In any respect; at all. [Middle English, from Old English *āuht*. See **aiw-** in Appendix.]

**aught²** also **ought** (ôt) *n.* **1.** A cipher; zero. **2.** *Archaic.* Nothing. [From *an aught*, alteration of *a naught*. See NAUGHT.]

**au·gite** (ô′jīt′) *n.* A dark-green to black pyroxene mineral, $(Ca,Na)(Mg,Fe,Al)(Si,Al)_2O_6$, that contains large amounts of aluminum, iron, and magnesium. [Latin *augītis*, a precious stone, from Greek *augitēs*, from *augē*, brightness.]

**aug·ment** (ôg-mĕnt′) *v.* **-ment·ed, -ment·ing, -ments.** —*tr.* **1.** To make (something already developed or well under way) greater, as in size, extent, or quantity: *Continuing rains augmented the flood waters.* **2.** To add an augment to. —*intr.* To become augmented. See Synonyms at **increase.** **—augment** (ôg′mĕnt′) *n.* **1.** An enlargement or increase. **2.** The prefixation of a vowel accompanying a past tense, especially of Greek and Sanskrit verbs. [Middle English *augmenten*, from Old French *augmenter*,

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | o͝o took |
| ä father | o͞o boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary); ′ (secondary), as in dictionary (dĭk′shə-nĕr′ē)