Case 0:02-cv-00777-JNE-FLN Document 48-17 Filed 07/02/2004 Page 1 of 4





cinquefoil




circle




**circuit**
Electrical circuit

**cin·que·cen·to** (chĭng′kwĭ-chĕn′tō) *n.* The 16th century, especially in Italian art and literature. [Italian, from *(mil) cinquecento,* (one thousand) five hundred : *cinque,* five (from Latin *quinque;* see **penkʷe** in Appendix) + *cento,* hundred (from Latin *centum;* see **dekm̥** in Appendix).]

**cinque·foil** (sĭngk′foil′, săngk′-) *n.* **1.** Any of several plants of the genus *Potentilla* in the rose family, native chiefly to temperate and cold regions and having yellow or sometimes white or red flowers and compound leaves that in some species bear five leaflets. **2.** *Architecture.* A design having five sides composed of converging arcs, usually used as a frame for glass or a panel. [Middle English *cinkfoil* : *cink,* five; see CINQUE + *foil,* leaf (translation of Old French *quintefeuille,* from Latin *quinquefolium,* translation of Greek *pentaphullon*); see FOIL[2].]

**Cinque Ports** (sĭngk′). A group of seaports of southeast England (originally Hastings, Romney, Hythe, Dover, and Sandwich) that formed a maritime and defensive association in the 11th century. They reached the height of their significance in the Anglo-French conflicts of the 14th century.

**CIO** also **C.I.O.** *abbr.* Congress of Industrial Organizations.

**ci·on** (sī′ən) *n.* Variant of **scion** (sense 2).

**Ci·pan·go** (sĭ-păng′gō). A poetic name for Japan, used by Marco Polo.

**ci·pher** also **cy·pher** (sī′fər) —*n.* **1.** The mathematical symbol (0) denoting absence of quantity; zero. **2.** An Arabic numeral or figure; a number. **3.** The Arabic system of numerical notation. **4.** One having no influence or value; a nonentity. **5.a.** A cryptographic system in which units of plain text of regular length, usually letters, are arbitrarily transposed or substituted according to a predetermined code. **b.** The key to such a system. **c.** A message written or transmitted in such a system. **6.** A design combining or interweaving letters or initials; a monogram. —*v.* **-phered, -pher·ing, -phers.** —*intr.* To solve problems in arithmetic; calculate. See Synonyms at **calculate.** —*tr.* **1.** To put in secret writing; encode. **2.** To solve by means of arithmetic. [Middle English *cifre,* from Old French, from Medieval Latin *cifra,* from Arabic *ṣifr,* from *ṣafira,* to be empty (translation of Sanskrit *śūnyam,* cipher, dot).]

**cir** *abbr.* **1.** Circle. **2.** Circuit. **3.** Circular **4.** Circumference.

**circ.** *abbr.* **1.** Circle. **2.** Circuit. **3.** Circular. **4.** Circulation. **5.** Circumference.

**cir·ca** (sûr′kə) *prep. Abbr.* **ca, c., C.** In approximately; about: *born circa 1900.* [Latin *circā,* from *circum,* around, from *circus,* circle. See CIRCLE.]

**cir·ca·di·an** (sər-kā′dē-ən, -kăd′ē-, sûr′kə-dī′ən, -dē′-) *adj. Biology.* Relating to or exhibiting approximately 24-hour periodicity. [Latin *circā,* around; see CIRCA + Latin *diēs,* day; see **deiw-** in Appendix.] **—cir·ca′di·an·ly** *adv.*

**circadian rhythm** *n.* A daily rhythmic activity cycle, based on 24-hour intervals, that is exhibited by many organisms.

**Cir·cas·sia** (sər-kăsh′ə, -ē-ə). A historical region of southwest Russia on the northeast coast of the Black Sea north of the Caucasus Mountains. It was ceded to Russia by the Ottoman Turks in 1829.

**Cir·cas·sian** (sər-kăsh′ən, -kăsh′ē-ən) *n.* **1.** A native or inhabitant of Circassia. **2.** The non-Indo-European language of the Circassians. **—Circassian** *adj.* Of or relating to Circassia or its people, language, or culture.

**Circassian walnut** *n.* A type of English walnut, patterned with swirls and curves in shades of brown or with occasional black streaks, used for veneer and cabinetwork.

**Cir·ce** (sûr′sē) *n. Greek Mythology.* A goddess who turned Odysseus's men temporarily into swine but later gave him directions for their journey home. **—Cir′ce·an** (sûr′sē-ən, sər-sē′ən) *adj.*

**cir·ci·nate** (sûr′sə-nāt′) *adj.* **1.** Ring-shaped. **2.** *Botany.* Rolled up in the form of a coil with the tip in the center, as an unexpanded fern frond. [Latin *circinātus,* past participle of *circināre,* to make circular, from *circinus,* pair of compasses. See CIRCINUS.] **—cir′ci·nate′ly** *adv.*

[illegible] Hemisphere near Musca and Triangulum Australe. [Latin *circinus,* pair of compasses, from *circus,* circle. See CIRCLE.]

**cir·cle** (sûr′kəl) *n. Abbr.* **cir, circ. 1.** A plane curve everywhere equidistant from a given fixed point, the center. **2.** A planar region bounded by a circle. **3.** Something, such as a ring, shaped like such a plane curve. **4.** A circular course, circuit, or orbit: *a satellite's circle around the earth.* **5.** A curved section or tier of seats in a theater. **6.** A series or process that finishes at its starting point or continuously repeats itself; a cycle. **7.** A group of people sharing an interest, activity, or achievement. **8.** A territorial or administrative division, especially of a province, in some European countries. **9.** A sphere of influence or interest; domain: *well-known in artistic circles.* **10.** *Logic.* A vicious circle. **—circle** *v.* **-cled, -cling, -cles.** —*tr.* **1.** To make or form a circle around; enclose. **2.** To move in a circle around. —*intr.* To move in a circle. [Middle English *cercle,* from Old French, from Latin *circulus,* diminutive of *circus,* circle, from Greek *kirkos, krikos.* See **sker-**[2] in Appendix.] **—cir′cler** (-klər) *n.*

***SYNONYMS:*** *circle, coterie, set, clique.* These nouns denote a group of people sharing an interest or activity. *Circle* connotes gravitation around a central point or element: *my circle of friends; prominent in financial circles.* "*For the most of us, if we do not talk of ourselves, or at any rate of the individual circles of which we are the centers, we can talk of nothing*" (Anthony Trollope). *Coterie* applies to a small, select group of congenial persons: "*a coterie of Wall Street bankers and their friends*" (Robert B. Reich). *Set* suggests a large, loosely bound group, especially of persons of the same social status who have similar interests and tastes: "*These men constituted the best set in the College . . . All were reading men, and all good men*" (Walter Besant). A *clique* is an exclusive group, usually social and often participating in activities from which outsiders are barred: "*the narrow, often self-perpetuating cliques which control our lives, living standards and leisure*" (John Lloyd). See also Synonyms at **surround, turn.**

**circle graph** *n.* See **pie chart.**

**cir·clet** (sûr′klĭt) *n.* A small circle, especially a circular ornament. [Middle English *cerclet,* from Old French, diminutive of *cercle,* circle. See CIRCLE.]

**cir·cuit** (sûr′kĭt) *n. Abbr.* **cir, circ. 1.a.** A closed, usually circular line that goes around an object or area. **b.** The region enclosed by such a line. See Synonyms at **circumference. 2.a.** A path or route the complete traversal of which without local change of direction requires returning to the starting point. **b.** The act of following such a path or route. **c.** A journey made on such a path or route. **3.** *Electronics.* **a.** A closed path followed or capable of being followed by an electric current. **b.** A configuration of electrically or electromagnetically connected components or devices. **4.a.** A regular or accustomed course from place to place; a round: *a salesperson on the Detroit-Minneapolis-Chicago circuit; a popular speaker on the lecture circuit.* **b.** The area or district thus covered, especially a territory under the jurisdiction of a judge in which periodic court sessions are held. **5.a.** An association of theaters in which plays, acts, or films move from theater to theater for presentation. **b.** A group of nightclubs, show halls, or resorts at which entertainers appear in turn. **c.** An association of teams, clubs, or arenas of competition: *the downhill ski circuit.* **—circuit** *intr. & tr.v.* **-cuit·ed, -cuit·ing, -cuits.** To make a circuit or circuit of. [Middle English, circumference, from Old French, from Latin *circuitus,* a going around, from past participle of *circumīre,* to go around : *circum-,* circum- + *īre,* to go; see **ei-** in Appendix.]

**circuit board** *n. Computer Science.* An insulated board on which interconnected circuits and components such as microchips are mounted or etched.

**circuit breaker** *n.* An automatic switch that stops the flow of electric current in a suddenly overloaded or otherwise abnormally stressed electric circuit.

**circuit court** *n. Law.* A state court that holds sessions at several different places within a judicial district.

**cir·cu·i·tous** (sər-kyo͞o′ĭ-təs) *adj.* Being or taking a roundabout, lengthy course. See Synonyms at **indirect.** [From Medieval Latin *circuitōsus,* from Latin *circuitus,* a going around. See CIRCUIT.] **—cir·cu′i·tous·ly** *adv.* **—cir·cu′i·ty, cir·cu′i·tous·ness** *n.*

**circuit rider** *n.* A cleric who travels from church to church, especially in a rural district.

**cir·cuit·ry** (sûr′kĭ-trē) *n., pl.* **-ries. 1.** The design of or a detailed plan for an electric circuit. **2.** Electric circuits considered as a group.

**cir·cu·lar** (sûr′kyə-lər) *adj. Abbr.* **cir, circ. 1.** Of or relating to a circle. **2.a.** Shaped like or nearly like a circle; round. **b.** Moving in or forming a circle. **3.** Circuitous; roundabout: *took a circular route to the office.* **4.** Marked by reasoning in a circle: *a circular theory.* **5.** Addressed or distributed to a large number of persons. **—circular** *n.* A printed advertisement, directive, or notice intended for mass distribution. [Middle English *circuler,* from Anglo-Norman, from Latin *circulāris,* from *circulus,* circle. See CIRCLE.] **—cir′cu·lar′i·ty** (-lăr′ĭ-tē) *n.* **—cir′cu·lar·ly** *adv.*

**circular file** *n. Slang.* A wastebasket.

**circular function** *n.* See **trigonometric function.**

**cir·cu·lar·ize** (sûr′kyə-lə-rīz′) *tr.v.* **-ized, -iz·ing, -iz·es.** [illegible] tionnaire. **—cir′cu·lar·i·za′tion** (-lər-ĭ-zā′shən) *n.* **—cir′cu·lar·iz′er** *n.*

**circular measure** *n.* The measure of an angle in radians.

**circular saw** *n.* A power saw for cutting wood or metal consisting of a toothed disk rotated at high speed. Also called *buzz saw.*

**cir·cu·late** (sûr′kyə-lāt′) *v.* **-lat·ed, -lat·ing, -lates.** —*intr.* **1.** To move in or flow through a circle or circuit: *blood circulating through the body.* **2.** To move around, as from person to person or place to place: *a guest circulating at a party.* **3.** To move about or flow freely, as air. **4.** To spread widely among persons or places; disseminate: *Gossip tends to circulate quickly.* —*tr.* To cause to move about or be distributed: *Please circulate these fliers.* [From Middle English *circulat,* continuously distilled, from *circulatus,* past participle of *circulāre,* to make circular, from *circulus.* See CIRCLE.] **—cir′cu·la′tive** (-lā′tĭv) *adj.* **—cir′cu·la′tor** *n.*

**cir·cu·lat·ing decimal** (sûr′kyə-lā′tĭng) *n.* See **repeating decimal.**

**circulating library** *n.* See **lending library.**

**cir·cu·la·tion** (sûr′kyə-lā′shən) *n. Abbr.* **circ. 1.** Movement in a circle or circuit, especially the movement of blood through bodily vessels as a result of the heart's pumping action. **2.a.** Movement or passage through a system of vessels, as of water

**Comp·ton,** **Arthur Holly.** 1892–1962. American physicist. He shared a 1927 Nobel Prize for his discovery of the Compton effect.

**Compton effect** *n.* The increase in wavelength of electromagnetic radiation, especially of an x-ray or a gamma-ray photon, scattered by an electron. [After Arthur Holly COMPTON.]

**comp·trol·ler** (kən-trō′lər) *n.* Variant of **controller** (sense 2).

**com·pul·sion** (kəm-pŭl′shən) *n.* **1.a.** The act of compelling. **b.** The state of being compelled. **2.a.** An irresistible impulse to act, regardless of the rationality of the motivation: *"The compulsion to protect the powerful from the discomfort of public disclosure feeds further abuse and neglect"* (Boston Globe). **b.** An act or acts performed in response to such an impulse. [Middle English, from Old French, from Late Latin *compulsiō, compulsiōn-*, from Latin *compulsus*, past participle of *compellere*, to compel. See COMPEL.]

**com·pul·sive** (kəm-pŭl′sĭv) *adj.* **1.** Having the capacity to compel: *a frightening, compulsive novel.* **2.** *Psychology.* Caused or conditioned by compulsion or obsession. —**compulsive** *n.* A person with behavior patterns governed by a compulsion. —**com·pul′sive·ly** *adv.* —**com·pul′sive·ness** *n.* —**com′pul·siv′i·ty** (kŏm′pŭl-sĭv′ĭ-tē, kəm-) *n.*

**com·pul·so·ry** (kəm-pŭl′sə-rē) *adj.* **1.** Obligatory; required: *a compulsory examination.* **2.** Employing or exerting compulsion; coercive. —**compulsory** *n., pl.* **-ries.** *Sports.* A school figure. Often used in the plural. —**com·pul′so·ri·ly** *adv.* —**com·pul′so·ri·ness** *n.*

**com·punc·tion** (kəm-pŭngk′shən) *n.* **1.** A strong uneasiness caused by a sense of guilt. See Synonyms at **penitence.** **2.** A sting of conscience or a pang of doubt aroused by wrongdoing or the prospect of wrongdoing. See Synonyms at **qualm.** [Middle English *compunccioun*, from Old French *componction*, from Late Latin *compunctiō, compunctiōn-*, sting of conscience, puncture, from *compunctus*, past participle of *compungere*, to sting : *com-*, intensive pref.; see COM– + *pungere*, to prick; see **peuk-** in Appendix.] —**com·punc′tious** (-shəs) *adj.* —**com·punc′tious·ly** *adv.*

**com·pur·ga·tion** (kŏm′pər-gā′shən) *n.* *Law.* An ancient form of trial in which an accused person could call 11 people to swear to their belief in his innocence. [Late Latin *compūrgātiō, compūrgātiōn-*, complete purification, from Latin *compūrgātus*, past participle of *compūrgāre*, to purify completely : *com-*, intensive pref.; see COM– + *pūrgāre*, to purify; see **peuə-** in Appendix.]

**com·pu·ta·tion** (kŏm′pyŏŏ-tā′shən) *n.* **1.a.** The act or process of computing. **b.** A method of computing. **2.** The result of computing. **3.** The act of operating a computer. —**com′pu·ta′tion·al** *adj.* —**com′pu·ta′tion·al·ly** *adv.*

**com·pute** (kəm-pyo͞ot′) *v.* **-put·ed, -put·ing, -putes.** —*tr.* **1.** To determine by mathematics, especially by numerical methods: *computed the tax due.* See Synonyms at **calculate.** **2.** To determine by the use of a computer. —*intr.* **1.** To determine an amount or number. **2.** To use a computer. —**compute** *n.* Computation: *amounts beyond compute.* [Latin *computāre* : *com-*, com- + *putāre*, to reckon; see **peu-** in Appendix. N., from Late Latin *computus*, from Latin *computāre*, to compute.] —**com·put′a·bil′i·ty** *n.* —**com·put′a·ble** *adj.*

**com·put·er** (kəm-pyo͞o′tər) *n.* **1.** A device that computes, especially a programmable electronic machine that performs high-speed mathematical or logical operations or that assembles, stores, correlates, or otherwise processes information. **2.** One who computes. —*attributive.* Often used to modify another noun: *computer programming; computer software.*

**computer crime** *n.* Criminal activity directly related to the use of computers, specifically illegal trespass into the computer system or database of another, manipulation or theft of stored or on-line data, or sabotage of equipment and data. —**computer criminal** *n.*

**com·put·er·dom** (kəm-pyo͞o′tər-dəm) *n.* The world of computers and those who use them.

**com·put·er·ese** (kəm-pyo͞o′tə-rēz′, -rēs′) *n.* The technical language of those involved in computer technology.

**com·put·er·ist** (kəm-pyo͞o′tər-ĭst) *n.* One who uses or operates a computer.

**com·put·er·ize** (kəm-pyo͞o′tə-rīz′) *tr.v.* **-ized, -iz·ing, -iz·es.** *Usage Problem.* **1.** To furnish with a computer or computer system. **2.** To enter, process, or store (information) in a computer or system of computers. See Usage Note at **-ize.** —**com·put′er·iz′a·ble** *adj.* —**com·put′er·i·za′tion** (-pyo͞o′tər-ĭ-zā′shən) *n.*

**com·put·er·ized** (kəm-pyo͞o′tə-rīzd′) *adj.* Of or relating to a computer or the use of a computer.

**computerized axial tomography** *n.* *Abbr.* **CAT** Tomography in which computer analysis of a series of cross-sectional scans made along a single axis of a bodily structure or tissue is used to construct a three-dimensional image of that structure. The technique is used in diagnostic studies of internal bodily structures, as in the detection of tumors or brain aneurysms.

**computerized tomography** *n.* *Abbr.* **CT** Computerized axial tomography.

**computer literacy** *n.* The ability to operate a computer and to understand the language used in working with a specific system or systems. —**computer literate** *adj.*

**computer virus** *n.* A computer program that is designed to replicate itself by copying itself into the other programs stored in a computer. It may be benign or have a negative effect, such as causing a program to operate incorrectly or filling a computer's memory with unwanted codes.

**Comr.** *abbr.* Commissioner.

**com·rade** (kŏm′răd′, -rəd) *n.* **1.** A person who shares one's interests or activities; a friend or companion. **2.** Often **Comrade.** A fellow member of a group, especially a fellow member of the Communist Party. [French *camarade*, from Old French, roommate, from Old Spanish *camarada*, barracks company, roommate, from *camara*, room, from Late Latin *camera*. See CHAMBER.] —**com′rade·ship′** *n.*

***WORD HISTORY:*** A comrade can be socially or politically close, a closeness that is found at the etymological heart of the word *comrade*. In Spanish the Latin word *camara*, with its Late Latin meaning "chamber, room," was retained, and the derivative *camarada*, with the sense "roommates, especially barrack mates," was formed. *Camarada* then came to have the general sense "companion." English borrowed the word from Spanish and French, English *comrade* being first recorded in the 16th century. The political sense of *comrade*, now associated with Communism, had its origin in the late-19th-century use of the word as a title by socialists and communists in order to avoid such forms of address as *mister*. This usage, which originated during the French Revolution, is first recorded in English in 1884.

**Com·sat** (kŏm′săt′). A trademark used for a communications satellite.

**Com·stock** (kŏm′stŏk′, kŭm′-), **Anthony.** 1844–1915. American reformer. As organizer and secretary of the New York Society for the Suppression of Vice, he became notorious for his moral crusades against literature and artwork that he considered obscene.

**Com·stock·er·y** (kŏm′stŏk′ə-rē, kŭm′-) *n.* Censorship of literature and other forms of expression because of perceived immorality or obscenity. [After Anthony COMSTOCK.]

***WORD HISTORY:*** Bowdlerism, named after Dr. Thomas Bowdler (1754–1825), has been around longer than Comstockery, named for Anthony Comstock (1844–1915). All Bowdler did to enter the world of common nouns was to expurgate Shakespeare, the Bible, and Gibbon's *History of the Decline and Fall of the Roman Empire*. On the other hand, Comstock, the organizer and secretary of the New York Society for the Suppression of Vice, helped destroy 160 tons of literature and pictures that he deemed immoral. *Comstockery*, the word honoring his achievements, is first recorded in 1905 in a letter by George Bernard Shaw to the *New York Times*: "*Comstockery* is the world's standing Joke at the expense of the United States. . . . It confirms the deep-seated conviction of the Old World that America is a provincial place, a second rate country-town civilization after all."

**Comstock Lode.** A rich vein of gold and silver discovered in 1859 at Virginia City in western Nevada. Because of wasteful mining techniques, it was largely abandoned by 1898.

**com·symp** (kŏm′sĭmp′) *n.* *Slang.* A Communist Party sympathizer. [COM(MUNIST) + SYMP(ATHIZER).]

**Comte** (kôNt), **(Isidore) Auguste (Marie François).** 1798–1857. French philosopher known as the founder of positivism. He also established sociology as a systematic study.

**Com·tism** (kŏm′tĭz′əm) *n.* The philosophy of Auguste Comte; positivism. —**Com′tist** (kŏm′tĭst) *n.*

**con¹** (kŏn) *adv.* In opposition or disagreement; against: *debated the issue pro and con.* —**con** *n.* **1.** An argument or opinion against something. **2.** One that holds an opposing opinion or view. [Middle English, short for *contra*, from Latin *contrā*, against. See CONTRA–.]

**con²** (kŏn) *tr.v.* **conned, con·ning, cons.** **1.** To study, peruse, or examine carefully. **2.** To learn or commit to memory. [Middle English *connen*, to know, from Old English *cunnan*. See **gnō-** in Appendix.] —**con′ner** *n.*

**con³** or **conn** (kŏn) *Nautical.* —*tr.v.* **conned, con·ning, cons** or **conns.** To direct the steering or course of (a vessel). —*n.* **1.** The station or post of the person who steers a vessel. **2.** The act or process of steering a vessel. [From *cond*, from Middle English *conduen*, from Old French *conduire*, from Latin *condūcere*, to lead together. See CONDUCE.]

**con⁴** (kŏn) *Slang.* *tr.v.* **conned, con·ning, cons.** To swindle (a victim) by first winning his or her confidence; dupe. —**con** *n.* A swindle. —**con** *adj.* Of, relating to, or involving a swindle or a fraud: *a con artist; a con job.* [Short for CONFIDENCE.]

**con⁵** (kŏn) *n.* *Slang.* A convict.

**con.** *abbr.* **1.** *Music.* Concerto. **2.** *Law.* Conclusion. **3.** *Latin.* Conjunx (wife). **4.** Connection. **5.** Consolidate; consolidated. **6.** Or **Con.** Consul. **7.** Continued.

**con–** *pref.* Variant of **com–.**

**Con·a·kry** (kŏn′ə-krē). The capital and largest city of Guinea, in the southwest part of the country on the Atlantic Ocean. It is on an island connected with the mainland by causeway. Population, 600,000.

**con a·mo·re** (kŏn′ ə-môr′ē, -mōr′ē, kōn′ ä-mō′rā) *adv.* **1.** *Music.* Lovingly; tenderly. Used chiefly as a direction. **2.** With devotion or zeal. [Italian : *con*, with + *amore*, love.]



**computer**
Personal computer with monitor, disk drive, and keyboard

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | o͝o took |
| ä father | o͞o boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary); ′ (secondary), as in dictionary (dĭk′shə-nĕr′ē)

stated or what is expected: *I'm not sick; on the contrary, I'm in the peak of health.* [Middle English *contrarie,* from Anglo-Norman, from Latin *contrārius* : *contrā,* against; see **kom** in Appendix + *-ārius,* -ary.] **—con′trar·i·ly** *adv.* **—con′trar·i·ness** *n.*

***SYNONYMS:*** *contrary, balky, perverse, wayward, ornery.* These adjectives mean given to acting in opposition to others. *Contrary* applies especially to a person who is inherently self-willed and resistant to direction or counsel: *Who can reason with you when you're being contrary? Balky* describes an animal or a mechanical device that stops short and does not proceed or continue in operation; the word is also applicable to analogous human behavior: *The balky horse refused the jump. The balky engine sputtered and stopped. Even threats of indictment didn't loosen the tongue of the balky witness. Perverse* implies disposition or determination to contravene what is expected or desired: *He said no just to be perverse. Wayward* stresses a flouting of authority that leads to erratic, capricious, or reprehensible behavior: *"a lively child, who had been spoilt and indulged, and therefore was sometimes wayward"* (Charlotte Brontë). One who is *ornery* is marked by a mean-spirited, often defiant contrariety: *When I tried to get the car salesman to lower his prices, he became ornery and dug in his heels.* See also Synonyms at **opposite.**

**con·trast** (kən-trăst′, kŏn′trăst′) *v.* **-trast·ed, -trast·ing, -trasts.** —*tr.* To set in opposition in order to show or emphasize differences: *an essay that contrasts city and country life; contrasted this computer with inferior models.* —*intr.* To show differences when compared: *siblings who contrast sharply in interests and abilities; a color that contrasted clearly with the dark background.* **—contrast** (kŏn′trăst′) *n.* **1.a.** The act of contrasting; a setting off of dissimilar entities or objects. **b.** The state of being contrasted: *red berries standing in vivid contrast against the snow.* **2.** A difference, especially a strong dissimilarity, between entities or objects compared: *the contrast between Northern and Southern speech patterns.* **3.** One thing that is strikingly dissimilar to another: *My new school was a welcome contrast to the one before.* **4.** The use of opposing elements, such as colors, forms, or lines, in proximity to produce an intensified effect in a work of art. **5.** The difference in brightness between the light and dark areas of a picture, such as a photograph or video image. [French *contraster,* from Italian *contrastare,* from Medieval Latin *contrāstāre* : Latin *contrā-,* contra- + Latin *stāre,* to stand; see **stā-** in Appendix.] **—con·trast′a·ble** *adj.* **—con·trast′ing·ly** *adv.*

***USAGE NOTE:*** The noun *contrast* may be followed by *between, with,* or *to*: *There is a sharp contrast between his earlier and later works. In contrast with* (or less frequently, *to*) *his early works, the later plays are brittle and highly theatrical.* When *contrast* is used as a transitive verb, both *with* and *to* may follow, though *with* is more common: *He contrasts the naturalistic early plays with* (or *to*) *the brittle later comedies.*

**contrast medium** *n.* A substance, such as barium or air, used in radiography to increase the contrast of an image. A positive contrast medium absorbs x-rays more strongly than the tissue or structure being examined; a negative contrast medium, less strongly.

**con·trast·y** (kŏn′trăs′tē) *adj.* Having or producing sharp contrasts between light and dark areas in photography.

**con·tra·vene** (kŏn′trə-vēn′) *tr.v.* **-vened, -ven·ing, -venes. 1.** To act or be counter to; violate: *contravene a direct order.* **2.** To oppose in argument; gainsay: *contravened the proposal.* See Synonyms at **deny.** [French *contrevenir,* from Medieval Latin *contrāvenīre,* to transgress, from Late Latin, to oppose : Latin *contrā-,* contra- + Latin *venīre,* to come; see **gʷā-** in Appendix.] **—con′tra·ven′er** *n.*

**con·tra·ven·tion** (kŏn′trə-vĕn′shən) *n.* The act of contravening; a violation.

**con·tre·danse** also **con·tre·dance** or **con·tra·dance** or [illegible]

in two lines with the partners facing each other. **2.** The music for a contredanse. [French, alteration (influenced by French *contre-,* opposite, from Latin *contrā-,* contra-) of COUNTRY-DANCE.]

**con·tre·temps** (kŏn′trə-täɴ′, kôɴ′trə-täɴ′) *n., pl.* **contretemps** (-täɴz′, -täɴz′). An unforeseen event that disrupts the normal course of things; an inopportune occurrence. [French : *contre-,* against (from Latin *contrā-*; see CONTRA–) + *temps,* time (from Latin *tempus*).]

**contrib.** *abbr.* **1.** Contribution. **2.** Contributor.

**con·trib·ute** (kən-trĭb′yo͞ot) *v.* **-ut·ed, -ut·ing, -utes.** —*tr.* **1.** To give or supply in common with others; give to a common fund or for a common purpose. **2.** To submit for publication: *contributed two stories to the summer issue.* —*intr.* **1.** To make a contribution: *contributes to several charities.* **2.** To help bring about a result; act as a factor: *Exercise contributes to better health.* **3.** To submit material for publication. [Latin *contribuere, contribūt-,* to bring together : *com-,* com- + *tribuere,* to grant; see TRIBUTE.] **—con·trib′u·tive** *adj.* **—con·trib′u·tive·ly** *adv.* **—con·trib′u·tive·ness** *n.* **—con·trib′u·tor** *n.*

**con·tri·bu·tion** (kŏn′trĭ-byo͞o′shən) *n.* **1.** The act of contributing. **2.** *Abbr.* **contrib.** Something contributed. **3.** A payment exacted for a special purpose; an impost or a levy.

**con·trib·u·to·ry** (kən-trĭb′yə-tôr′ē, -tōr′ē) *adj.* **1.** Of, relating to, or involving contribution. **2.** Helping to bring about a result. **3.** Subject to an impost or levy. **—contributory** *n., pl.* **-ries.** One that contributes.

**con·trite** (kən-trīt′, kŏn′trīt′) *adj.* **1.** Feeling regret and sorrow for one's sins or offenses; penitent. **2.** Arising from or expressing contrition: *contrite words.* [Middle English *contrit,* from Latin *contrītus,* past participle of *conterere,* to crush : *com-,* com- + *terere,* to grind; see **terə-**[1] in Appendix.] **—con·trite′ly** *adv.* **—con·trite′ness** *n.*

**con·tri·tion** (kən-trĭsh′ən) *n.* Sincere remorse for wrongdoing; repentance. See Synonyms at **penitence.**

**con·tri·vance** (kən-trī′vəns) *n.* **1.a.** The act of contriving. **b.** The state of being contrived. **2.** Something contrived, as a mechanical device or a clever plan.

**con·trive** (kən-trīv′) *v.* **-trived, -triv·ing, -trives.** —*tr.* **1.** To plan with cleverness or ingenuity; devise: *contrive ways to amuse the children.* **2.** To invent or fabricate, especially by improvisation: *contrived a swing from hanging vines.* **3.** To plan with evil intent; scheme: *contrived a plot to seize power.* **4.** To bring about, as by scheming; manage: *somehow contrived to get past the guards unnoticed.* —*intr.* To form plans or schemes. [Middle English *contreven,* from Old French *controver, contreuv-,* from Medieval Latin *contropāre,* to compare : Latin *com-,* com- + Latin *tropus,* turn, manner, style (from Greek *tropos*; see **trep-** in Appendix).] **—con·triv′er** *n.*

**con·trived** (kən-trīvd′) *adj.* Obviously planned or calculated; not spontaneous; labored: *a novel with a contrived ending.* **—con·triv′ed·ly** (-trī′vĭd-lē, -trīvd′lē) *adv.*

**con·trol** (kən-trōl′) *tr.v.* **-trolled, -trol·ling, -trols. 1.** To exercise authoritative or dominating influence over; direct. See Synonyms at **conduct. 2.** To hold in restraint; check: *struggled to control my temper; regulations intended to control prices.* **3.a.** To verify or regulate (a scientific experiment) by conducting a parallel experiment or by comparing with another standard. **b.** To verify (an account, for example) by using a duplicate register for comparison. **—control** *n.* **1.** Authority or ability to manage or direct: *lost control of the skidding car; the leaders in control of the country.* **2.** *Abbr.* **cont., contr. a.** One that controls; a controlling agent, device, or organization. **b.** Often **controls.** An instrument or set of instruments used to operate, regulate, or guide a machine or vehicle. **3.** A restraining device, measure, or limit; a curb: *a control on prices; price controls.* **4.a.** A standard of comparison for checking or verifying the results of an experiment. **b.** An individual or group used as a standard of comparison in a control experiment. **5.** An intelligence agent who supervises or instructs another agent. **6.** A spirit presumed to speak or act through a medium. [Middle English *controllen,* from Anglo-Norman *contreroller,* from Medieval Latin *contrārotulāre,* to check by duplicate register, from *contrārotulus,* duplicate register : Latin *contrā-,* contra- + Latin *rotulus,* roll, diminutive of *rota,* wheel; see **ret-** in Appendix.] **—con·trol′la·bil′i·ty** *n.* **—con·trol′la·ble** *adj.*

**control experiment** *n.* An experiment that isolates the effect of one variable on a system by holding constant all variables but the one under observation.

**con·trolled substance** (kən-trōld′) *n.* A drug or chemical substance whose possession and use are regulated under the Controlled Substances Act.

**con·trol·ler** (kən-trō′lər) *n.* **1.** One that controls: *a controller, not an observer of events.* **2.** Also **comp·trol·ler** (kən-trō′lər). An officer who audits accounts and supervises the financial affairs of a corporation or of a governmental body. **3.** A regulating mechanism, as in a vehicle or electric device. **—con·trol′ler·ship′** *n.*

**con·trol·ling interest** (kən-trō′lĭng) *n.* Ownership of a sufficient number of shares of stock in a company to control company policy.

**control rocket** *n.* A vernier rocket or similar missile used to change the attitude or trajectory of a rocket or spacecraft.

[illegible]

craft by changing the angle of the elevators and ailerons.

**control surface** *n.* A movable airfoil, especially a rudder, an aileron, or an elevator, used to control or guide an aircraft, a guided missile, or a rocket.

**control tower** *n.* A tower at an airfield from which air traffic is controlled by radio and observed physically and by radar.

**con·tro·ver·sial** (kŏn′trə-vûr′shəl, -sē-əl) *adj.* **1.** Of, producing, or marked by controversy: *a controversial movie; a controversial stand on human rights.* **2.** Fond of controversy; disputatious. **—con′tro·ver′sial·ist** *n.* **—con′tro·ver′si·al′i·ty** (-shē-ăl′ĭ-tē, -sē-) *n.* **—con′tro·ver′sial·ly** *adv.*

**con·tro·ver·sy** (kŏn′trə-vûr′sē) *n., pl.* **-sies. 1.** A dispute, especially a public one, between sides holding opposing views. See Synonyms at **argument. 2.** The act or practice of engaging in such disputes: *writers skilled at controversy.* [Middle English *controversie,* from Latin *contrōversia,* from *contrōversus,* disputed : *contrā-,* contra- + *versus,* past participle of *vertere,* to turn; see **wer-**[2] in Appendix.]

**con·tro·vert** (kŏn′trə-vûrt′, kŏn′trə-vûrt′) *tr.v.* **-vert·ed, -vert·ing, -verts.** To raise arguments against; voice opposition to. [From CONTROVERSY.] **—con′tro·vert′i·ble** *adj.*

**con·tu·ma·cious** (kŏn′tə-mā′shəs, -tyə-) *adj.* Obstinately disobedient or rebellious; insubordinate. **—con′tu·ma′cious·ly** *adv.* **—con′tu·ma′cious·ness** *n.*

**con·tu·ma·cy** (kŏn′to͞o-mə-sē, -tyo͞o-) *n.*, *pl.* **-cies.** Obstinately contemptuous resistance to authority; stubborn rebelliousness. [Middle English *contumacie,* from Latin *contumācia,* from *contumāx,* insolent.]

**con·tu·me·ly** (kŏn′to͞o-mə-lē, -tyo͞o-, -təm-lē) *n.*, *pl.* **-lies.** **1.** Rudeness or contempt arising from arrogance; insolence. **2.** An insolent or arrogant remark or act. [Middle English *contumelie,* from Old French, from Latin *contumēlia;* akin to *contumāx,* insolent.] **—con′tu·me′li·ous** (kŏn′tə-mē′lē-əs) *adj.* **—con′tu·me′li·ous·ly** *adv.*

**con·tuse** (kən-to͞oz′, -tyo͞oz′) *tr.v.* **-tused, -tus·ing, -tus·es.** To injure without breaking the skin; bruise. [Middle English *contusen,* from Latin *contundere, contūs-,* to beat : *com-,* intensive pref.; see COM– + *tundere,* to beat.]

**con·tu·sion** (kən-to͞o′zhən, -tyo͞o′-) *n.* An injury in which the skin is not broken; a bruise.

**co·nun·drum** (kə-nŭn′drəm) *n.* **1.** A riddle in which a fanciful question is answered by a pun. **2.** A paradoxical, insoluble, or difficult problem; a dilemma: *"the conundrum, thus far unanswered, of achieving full employment without inflation"* (Arthur M. Schlesinger, Jr.). [Origin unknown.]

**con·ur·ba·tion** (kŏn′ər-bā′shən) *n.* A predominantly urban region including adjacent towns and suburbs; a metropolitan area. [CON– + Latin *urbs,* city + –ATION.]

**co·nus ar·te·ri·o·sus** (kō′nəs är-tîr′ē-ō′səs) *n.*, *pl.* **co·ni ar·te·ri·o·si** (kō′nī är-tîr′ē-ō′sī, kō′nē är-tîr′ē-ō′sē). **1.** A conical extension of the right ventricle in the heart of mammals, from which the pulmonary artery originates. **2.** An extension of the ventricle in the heart of amphibians and certain fish. [New Latin : Latin *conus,* cone + Latin *arteriōsus,* arterial.]

**conv.** *abbr.* **1.** Convention. **2.** Convertible. **3.** Convocation.

**Conv.** *abbr.* Conventual.

**con·va·lesce** (kŏn′və-lĕs′) *intr.v.* **-lesced, -lesc·ing, -lesc·es.** To return to health and strength after illness; recuperate. [Latin *convalēscere* : *com-,* intensive pref.; see COM– + *valēscere,* to grow strong, inchoative of *valēre,* to be strong; see **wal-** in Appendix.]

**con·va·les·cence** (kŏn′və-lĕs′əns) *n.* **1.** Gradual return to health and strength after illness. **2.** The period needed for returning to health after illness. **—con′va·les′cent** *adj.* & *n.*

**con·vect** (kən-vĕkt′) *v.* **-vect·ed, -vect·ing, -vects.** —*tr.* To transfer (heat) by convection. —*intr.* To undergo convection: *warm air convecting upward.* [Back-formation from CONVECTION.]

**con·vec·tion** (kən-vĕk′shən) *n.* **1.** The act or process of conveying; transmission. **2.** *Physics.* **a.** Heat transfer in a gas or liquid by the circulation of currents from one region to another. **b.** Fluid motion caused by an external force such as gravity. **3.** *Meteorology.* The transfer of heat or other atmospheric properties by massive motion within the atmosphere, especially by such motion directed upward. [Late Latin *convectiō, convectiōn-,* from *convectus,* past participle of *convehere,* to carry together : Latin *com-,* com- + Latin *vehere,* to carry; see **wegh-** in Appendix.] **—con·vec′tion·al** *adj.* **—con·vec′tive** *adj.* **—con·vec′tive·ly** *adv.*

**con·vec·tor** (kən-vĕk′tər) *n.* A partly enclosed, directly heated surface from which warm air circulates by convection.

**con·vene** (kən-vēn′) *v.* **-vened, -ven·ing, -venes.** —*intr.* To come together usually for an official or public purpose; assemble formally. —*tr.* **1.** To cause to come together formally; convoke: *convene a special session of Congress.* See Synonyms at **call.** **2.** To summon to appear, as before a tribunal. [Middle English *convenen,* from Old French *convenir,* from Latin *convenīre* : *com-,* com- + *venīre,* to come; see **gʷā-** in Appendix.] **—con·ven′a·ble** *adj.* **—con·ven′er, con·ven′or** *n.*

**con·ven·ience** (kən-vēn′yəns) *n.* **1.** The quality of being suitable to one's comfort, purposes, or needs: *the convenience of living near shops, schools, and libraries.* **2.** Personal comfort or advantage: *services that promote the customer's convenience.* **3.** Something that increases comfort or saves work: *household conveniences such as a washing machine, an electric can opener, and disposable diapers.* See Synonyms at **amenity.** **4.** *Chiefly British.* A lavatory.

**convenience food** *n.* A prepackaged food that can be prepared quickly and easily.

**convenience store** *n.* A small retail store that is open long hours and that typically sells staple groceries, snacks, and sometimes gasoline.

**con·ven·ien·cy** (kən-vēn′yən-sē) *n.*, *pl.* **-cies.** *Archaic.* Convenience.

**con·ven·ient** (kən-vēn′yənt) *adj.* **1.** Suited or favorable to one's comfort, purpose, or needs: *a convenient time to receive guests; a convenient excuse for not going.* **2.a.** Easy to reach; accessible: *a bank with branches at six convenient locations.* **b.** Close at hand; near: *an apartment that is convenient to shopping and transportation.* **3.** *Obsolete.* Fitting and proper; suitable. [Middle English, from Latin *conveniēns, convenient-,* present participle of *convenīre,* to be suitable, fit. See CONVENE.] **—con·ven′ient·ly** *adv.*

**con·vent** (kŏn′vənt, -vĕnt′) *n.* **1.** A community, especially of nuns, bound by vows to a religious life under a superior. **2.** The building or buildings occupied by such a community. [Middle English *covent,* from Old French, from Medieval Latin *conventus,* from Latin, assembly, from past participle of *convenīre,* to assemble. See CONVENE.]

**con·ven·ti·cle** (kən-vĕn′tĭ-kəl) *n.* A religious meeting, especially a secret or illegal one, such as those held by Dissenters in England and Scotland in the 16th and 17th centuries. [Middle English, from Latin *conventiculum,* meeting, diminutive of *conventus,* assembly. See CONVENT.] **—con·ven′ti·cler** *n.*

**con·ven·tion** (kən-vĕn′shən) *n.* *Abbr.* **conv.** **1.a.** A formal meeting of members, representatives, or delegates, as of a political party, fraternal society, profession, or industry. **b.** The body of persons attending such an assembly: *called the convention to order.* **2.** An agreement between states, sides, or military forces, especially an international agreement dealing with a specific subject, such as the treatment of prisoners of war. **3.** General agreement on or acceptance of certain practices or attitudes: *By convention, north is at the top of most maps.* **4.** A practice or procedure widely observed in a group, especially to facilitate social interaction; a custom: *the convention of shaking hands.* **5.** A widely used and accepted device or technique, as in drama, literature, or painting: *the theatrical convention of the aside.* [Middle English *convencioun,* from Latin *conventiō, conventiōn-,* meeting, from *conventus,* past participle of *convenīre,* to assemble. See CONVENE.]

**con·ven·tion·al** (kən-vĕn′shə-nəl) *adj.* **1.** Based on or in accordance with general agreement, use, or practice; customary: *conventional symbols; a conventional form of address.* **2.** Conforming to established practice or accepted standards; traditional: *a conventional church wedding.* **3.a.** Devoted to or bound by conventions to the point of artificiality; ceremonious. **b.** Unimaginative; conformist: *longed to escape from their conventional, bourgeois lives.* **4.** Represented, as in a work of art, in simplified or abstract form. **5.** *Law.* Based on consent or agreement; contractual. **6.** Of, relating to, or resembling an assembly. **7.** Using means other than nuclear weapons or energy: *conventional warfare; conventional power plants.* **—con·ven′tion·al·ism** *n.* **—con·ven′tion·al·ist** *n.* **—con·ven′tion·al·ly** *adv.*

**con·ven·tion·al·i·ty** (kən-vĕn′shə-năl′ĭ-tē) *n.*, *pl.* **-ties.** **1.** The state, quality, or character of being conventional. **2.** A conventional act, idea, or practice. **3. conventionalities.** The rules of conventional social behavior.

**con·ven·tion·al·ize** (kən-vĕn′shə-nə-līz′) *tr.v.* **-ized, -iz·ing, -iz·es.** To make conventional. **—con·ven′tion·al·i·za′tion** (-vĕn′shə-nə-lĭ-zā′shən) *n.*

**con·ven·tion·eer** (kən-vĕn′shə-nîr′) *n.* One who attends a convention.

**con·ven·tu·al** (kən-vĕn′cho͞o-əl) *adj.* Of or relating to a convent. **—conventual** *n.* **1.** A member of a convent. **2. Conventual.** *Abbr.* **Conv.** A member of a branch of the Franciscan order that permits the accumulation and possession of common property. [Middle English, from Medieval Latin *conventuālis,* from *conventus,* convent. See CONVENT.]

**con·verge** (kən-vûrj′) *v.* **-verged, -verg·ing, -verg·es.** —*intr.* **1.a.** To tend toward or approach an intersecting point: *lines that converge.* **b.** To come together from different directions; meet: *The avenues converge at a central square.* **2.** To tend toward or achieve union or a common conclusion or result: *In time, our views and our efforts converged.* **3.** *Mathematics.* To approach a limit. —*tr.* To cause to converge. [Late Latin *convergere,* to incline together : Latin *com-,* com- + Latin *vergere,* to incline; see **wer-**[2] in Appendix.]

**con·ver·gence** (kən-vûr′jəns) *n.* **1.** The act, condition, quality, or fact of converging. **2.** *Mathematics.* The property or manner of approaching a limit, such as a point, line, surface, or value. **3.** The point of converging; a meeting place: *a town at the convergence of two rivers.* **4.** *Physiology.* The coordinated turning of the eyes inward to focus on an object at close range. **5.** *Biology.* The adaptive evolution of superficially similar structures, such as the wings of birds and insects, in unrelated species subjected to similar environments. In this sense, also called *convergent evolution.* **—con·ver′gent** *adj.*

**con·ver·gen·cy** (kən-vûr′jən-sē) *n.*, *pl.* **-cies.** Convergence.

**convergent evolution** *n.* See **convergence** (sense 5).

**con·ver·sance** (kən-vûr′səns, kŏn′vər-) *n.* The state of being conversant; familiarity.

**con·ver·san·cy** (kən-vûr′sən-sē) *n.*, *pl.* **-cies.** Conversance.

**con·ver·sant** (kən-vûr′sənt, kŏn′vər-) *adj.* Familiar, as by study or experience: *conversant with medieval history.* [Middle English *conversaunt,* associated with, from Old French *conversant,* present participle of *converser,* to associate with, from Latin *conversārī.* See CONVERSE[1].] **—con·ver′sant·ly** *adv.*

**con·ver·sa·tion** (kŏn′vər-sā′shən) *n.* **1.** A spoken exchange of thoughts, opinions, and feelings; a talk. **2.** An informal discussion of a matter by representatives of governments, institutions, or organizations. **3.** *Computer Science.* A real-time interaction with a computer. **—con′ver·sa′tion·al** *adj.* **—con′ver·sa′tion·al·ly** *adv.*

**con·ver·sa·tion·al·ist** (kŏn′vər-sā′shə-nə-lĭst) also **con·ver·sa·tion·ist** (-shə-nĭst) *n.* One given to or skilled at conversation.

**conversation piece** *n.* **1.** An unusual object that arouses comment or interest. **2.** A genre painting, popular especially in the 18th century, depicting a group of fashionable people.

**con·ver·sa·zi·o·ne** (kŏn′vər-sät′sē-ō′nē, kŏn′vĕr-sä-



**convection**

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | o͝o took |
| ä father | o͞o boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary); ′ (secondary), as in dictionary (dĭk′shə-nĕr′ē)