(-sī′, -kē, -kī′). 1. A lo...
...at activity or intense c...
...f *loci of power; the* ...
(Clifton Fadiman). 3. ...
...all points whose coordi...
...ore algebraic conditions...
...upies on a chromosome...
-kas) *n.*, *pl.* **loci** clas...
classic or standard wor...
e. [New Latin : Latin ...
...the highest class.]
...ny of numerous grassh...
...ating in immense swarm...
e seventeen-year locust ...
...iduous trees of the genu...
...ving compound leaves, ...
...s, and durable hard woo...
...ees, such as the honey ...
...of these trees. [Middle E...
...tin *locusta*. Sense 3a, p...
...to a locust.]
*n.* 1. A particular wo...
...at is used by a particul...
: phraseology. [Middle E...
...n, from Latin *locūtiō*, ...
...*qui*, to speak. See **tolk**...

...alliferous ore that fills a...
...of mineral ore deposi...
...f rock. Also called **lead**...
...nglish *lode*, way, load, ...
...ppendix.]
(lōd′stär′) *n.* 1. A sta...
...int of reference. 2. A p...
[Middle English *lode*...
; see STAR.]
...e (lōd′stōn′) *n.* 1. A p...
...perties and attracts iron...
Middle English *lode*, way...
...rs to show the way).]
...age or cabin, often rust...
*a ski lodge.* b. A small ...
...k, used by a caretaker ...
...ous Native American dw...
house. b. The group liv...
local chapter of certain ...
...hall of such a chapter. ...
...he den of certain animal...
...t by beavers. —**lodge**...
...a. To provide with tem...
*lodges travelers in the* ...
...or establish in quarters...
*the fire.* 2. To serve as...
*...dges our oldest wines.* ...
...ty: *documents lodged* ...
...r implant: *lodge a bullet* ...
...plaint, for example) befo...
To vest (authority, for ...
*e lodged by the cyclone.* ...
...ly. b. To rent accomm...
...be or become embedde...
...e English, from Old Fre...

1850–1924. American ...
...–1924) and head of the ...
...24) he successfully opp...
...ague of Nations.
...902–1985. American po...
...r to South Vietnam (196...
... English writer. His ...
provided the plot for ...

Variant of **lodgment**.
...′) *n.* A pine (*Pinus* ...
America, having light ...

...hat lodges, especially one...
...n.
...place to live: *found lodg*...
Sleeping accommodation...
*...r primitive.* 3. **lodgings**...
...ted for accommodation...
...ent (lŏj′mənt) *n.* 1. a...
...g lodged. 2. A place for ...
4. A foothold or beach...
...al territory.
...central California north of...
...ich farming area. Popul...
...lew Jersey northeast of ...
...opulation, 23,956.
One of two or three sm...
...ss flower, believed to be ...
...e, small blanket, diminu...

...lōdz, wōōj). A city of central Poland west-southwest ...aw. Chartered in 1423, it passed to Prussia in 1793 and to ...n 1815. It became part of Poland after World War I. Pop- ...849,400.

...b), **Jacques.** 1859–1924. German-born American phys- ...noted for his work on parthenogenesis.

...(lō′əs, lĕs, lŭs) *n.* A buff to gray windblown deposit of ...ined, calcareous silt or clay. [German *Löss*, from German ...l *Lösch*, from *lösch*, loose. See **leu-** in Appendix.] —**lo-** ...l (lō-ĕs′ē-əl, lĕs′ē-əl, lŭs′-) *adj.*

...(ō), **Frederick.** 1901–1987. Austrian-born American ...er who collaborated with Alan Jay Lerner on a number of ...s, including *My Fair Lady* (1956).

...y (lō′ē), **Raymond Fernand.** 1893–1986. French-born ...an industrial designer. His practical designs include a 1934 ...efrigerator and the interiors of NASA spacecraft.

...lŏft) *n.* 1.a. A large, usually unpartitioned floor over a ...warehouse, or other commercial or industrial space. b. ...floor converted into an apartment or artist's studio. 2. An ...ace under a roof; an attic or a garret. 3. A gallery or ...e, as in a church. 4. A hayloft. 5. *Sports.* a. The back- ...nt of the face of a golf club head, designed to drive the ...a high arc. b. A golf stroke that drives the ball in a high ...The upward course of a ball driven in a high arc. 6.a. ...ickness of a fabric or yarn. b. The thickness of an item, ...s a down comforter, that is filled with compressible insu- ...material. —**loft** *tr.v.* **loft·ed, loft·ing, lofts.** 1. To put, ...r keep in a loft. 2. To propel in a high arc: *lofted the ball* ...*e outfield.* 3. *Nautical.* To lay out a full-size drawing of ...ets of a ship's hull, for example). —*intr.* 1. To propel ...ing, especially a ball, in a high arc. 2. To rise high into the ...Middle English, sky, upstairs room, from Old English, air, ...ld Norse *lopt*, upstairs room, sky, air.]

...(lôf′tē, lŏf′-) *adj.* **-i·er, -i·est.** 1. Of imposing height. ...ated in character; exalted. See Synonyms at **high.** 3. Af- ...e grandness; pompous. 4. Arrogant; haughty. [Middle ...h, noble, from *loft*, upstairs room, sky. See LOFT.] —**loft′i-** ...—**loft′i·ness** *n.*

...ôg, lŏg) *n.* 1.a. A usually large section of a trunk or limb ...allen or felled tree. b. A long, thick section of trimmed, ...n timber. 2. *Nautical.* a. A device trailed from a ship to ...ine its speed through the water. b. A record of a ship's ...ils progress, and any shipboard events of navigational im- ...ce. c. The book in which this record is kept. 3. A record ...ehicle's performance, as the flight record of an aircraft. 4. ...rd, as of the performance of a machine or the progress of an ...aking: *a computer log; a trip log.* —**log** *v.* **logged, log-** ...**logs.** —*tr.* 1.a. To cut down, trim, and haul the timber of ...e of land). b. To cut (timber) into unhewn sections. 2. To ...in a record, as of a ship or an aircraft. 3. To travel (a ...ied distance, time, or speed): *logged 30,000 air miles in* ... 4. To spend or accumulate (time): *had logged 25 years* ...*he company.* —*intr.* To cut down, trim, and haul timber. ...*rasal verbs.* **log in** (or **on**). *Computer Science.* To enter ...computer the information required to begin a session. **log** ...**off.** *Computer Science.* To enter into a computer the com- ...to end a session. [Middle English *logge*.]

...lôg, lŏg) *n.* *Mathematics.* A logarithm.

...*abbr.* Logic.

...*pref.* Variant of **logo–.**

...*suff.* Variant of **–logue.**

...n (lō′gən) A city of northern Utah north of Ogden. Set- ...the 1850's, it is the seat of Utah State University (chartered ...Population, 26,844.

...**, Mount.** A peak, 5,954.8 m (19,524 ft) high, of the St. ...Mountains in southwest Yukon Territory, Canada, near the ...a border. It is the highest elevation in Canada.

...**n·ber·ry** (lō′gən-bĕr′ē) *n.* 1. A trailing, prickly plant ...(*Rubus ursinus* var. *loganobaccus*) native to Oregon and south to ...California, cultivated for its acid, edible fruit. 2. The red ...of this plant. [After James Harvey *Logan* (1841–1928), ...can jurist and horticulturist.]

...**ns·port** (lō′gənz-pôrt′, -pōrt′). A city of north-central ...na north-northwest of Kokomo. Population, 17,899.

...**·rithm** (lô′gə-rĭth′əm, lŏg′ə-) *n.* *Mathematics.* The ...r to which a base, usually 10, must be raised to produce a ...number: If $n^x = a$, the logarithm of $a$, with $n$ as the base, is ...mbolically, $\log_n a = x$. For example, $10^3 = 1{,}000$; therefore, ...$1{,}000 = 3$. The kinds most often used are the common log- ...m and the natural logarithm. [New Latin *logarithmus* : ...k *logos*, reason; proportion; see **leg-** in Appendix + Greek ...*mos*, number; see **ar-** in Appendix.] —**log′a·rith′mic** ...(-mĭk), **log′a·rith′mi·cal** (-mĭ-kəl) *adj.* —**log′a·rith′mi-** ...*adv.*

...**ook** (lôg′bŏŏk′, lŏg′-) *n.* 1. The official record book of ...p or an aircraft. 2. A record book with periodic entries.

...(lōzh) *n.* 1. A small compartment, especially a box in a ...er. 2. The front rows of the mezzanine in a theater. ...ch, from Old French, covered walk, lodge. See LODGE.]

...**er** (lô′gər, lŏg′ər) *n.* 1.a. One who logs trees; a lumber- ...b. One engaged in the logging business. 2. A machine, ...as a crane or tractor, that is used for hauling or loading logs.

...**er·head** (lô′gər-hĕd′, lŏg′ər-) *n.* 1. A loggerhead tur- tle. 2. An iron tool consisting of a long handle with a bulbous end, used when heated to melt tar or warm liquids. 3. *Nautical.* A post on a whaleboat used to secure the harpoon rope. 4. *Informal.* a. A blockhead; a dolt. b. A disproportionately large head. —*idiom.* **at loggerheads.** Engaged in a dispute: *The question of car privileges put Sam and his parents at loggerheads.* [Probably dialectal *logger*, wooden block (probably from LOG¹) + HEAD.]

**loggerhead shrike** *n.* A common North American bird (*Lanius ludovicianus*) having gray, black, and white plumage, a black facial mask, and a hooked beak. [From its large head.]

**loggerhead turtle** *n.* A very large marine turtle (*Caretta caretta*) inhabiting warm ocean waters and having a beaked head.

**log·gi·a** (lō′jē-ə, lŏj′ē-ə) *n.* 1. An open-sided, roofed gallery or arcade along the front or side of a building, often at an upper level. 2. An open balcony in a theater. [Italian, from Old Italian, from Old French *loge*. See LOGE.]

**log·ging** (lô′gĭng, lŏg′ĭng) *n.* The work or business of felling and trimming trees and transporting the logs to a mill.

**lo·gi·a** (lō′gē-ə) *n.* *Bible.* Plural of **logion.**

**log·ic** (lŏj′ĭk) *n.* *Abbr.* **log.** 1. The study of the principles of reasoning, especially of the structure of propositions as distinguished from their content and of method and validity in deductive reasoning. 2.a. A system of reasoning: *Aristotle's logic.* b. A mode of reasoning: *By that logic, we should sell the company tomorrow.* c. The formal, guiding principles of a discipline, school, or science. 3. Valid reasoning: *Your paper lacks the logic to prove your thesis.* 4. The relationship between elements and between an element and the whole in a set of objects, individuals, principles, or events: *There's a certain logic to the motion of rush-hour traffic.* 5. *Computer Science.* a. The nonarithmetic operations performed by a computer, such as sorting, comparing, and matching, that involve yes-no decisions. b. Computer circuitry. c. Graphic representation of computer circuitry. [Middle English, from Old French *logique*, from Latin *logica*, from Greek *logikē* (*tekhnē*), (art) of reasoning, logic, feminine of *logikos*, of reasoning, from *logos*, reason. See **leg-** in Appendix.]

**log·i·cal** (lŏj′ĭ-kəl) *adj.* 1. Of, relating to, in accordance with, or of the nature of logic. 2. Based on earlier or otherwise known statements, events, or conditions; reasonable: *Rain was a logical expectation, given the time of year.* 3. Reasoning or capable of reasoning in a clear and consistent manner. —**log′i·cal′i·ty** (-kăl′ĭ-tē), **log′i·cal·ness** *n.* —**log′i·cal·ly** *adv.*

***SYNONYMS:*** *logical, analytic, ratiocinative, rational.* The central meaning shared by these adjectives is "capable of or reflecting the capability for correct and valid reasoning": *a logical mind; an analytic thinker; the ratiocinative process; a rational being.*
***ANTONYM:*** *illogical.*

**logical atomism** *n.* A philosophy asserting that knowledge consists in awareness of individual facts and in an understanding of the logical relations among them.

**logical positivism** *n.* A philosophy asserting the primacy of observation in assessing the truth of statements of fact and holding that metaphysical and subjective arguments not based on observable data are meaningless. Also called *logical empiricism.*

**logic circuit** *n.* *Computer Science.* A computer switching circuit that performs problem-solving functions.

**lo·gi·cian** (lō-jĭsh′ən) *n.* 1. A practitioner of a system of logic. 2. A student or scholar of logic.

**logic operator** *n.* *Computer Science.* An instruction in a program in which the quantity being operated on and the result of the operation each can have one of two values. Logic operators include AND, OR, NAND, EXCLUSIVE OR, and NOR.

**lo·gi·on** (lō′gē-ŏn′) *n.*, *pl.* **-gi·a** (-gē-ə). *Bible.* One of the sayings of Jesus not recorded in the Gospels but supposed to have belonged to the source material from which they were compiled. [Greek, oracle, from *legein*, to speak. See **leg-** in Appendix.]

**lo·gis·tic** (lō-jĭs′tĭk) also **lo·gis·ti·cal** (-tĭ-kəl) *adj.* 1. Of or relating to symbolic logic. 2. Of or relating to logistics. [Medieval Latin *logisticus*, of calculation, from Greek *logistikos*, skilled in calculating, from *logistēs*, calculator, from *logizesthai*, to calculate, from *logos*, reckoning, reason. See **leg-** in Appendix.] —**lo·gis′ti·cal·ly** *adv.* —**lo′gis·ti′cian** (-jĭ-stĭsh′ən) *n.*

**lo·gis·tics** (lō-jĭs′tĭks, lə-) *n.* (*used with a sing. or pl. verb*). 1. The branch of military operations that deals with the procurement, distribution, maintenance, and replacement of materiel and personnel. 2. The management of the details of an operation. [French *logistiques*, from *logistique*, logic (perhaps influenced by *loger*, to quarter), from Medieval Latin *logisticus*, of calculation. See LOGISTIC.]

**log·jam** (lôg′jăm′, lŏg′-) *n.* 1. An immovable mass of floating logs crowded together. 2. A deadlock, as in negotiations; an impasse.

**log line** *n.* *Nautical.* The line by which the log is trailed from a ship to determine its speed.

**log·nor·mal** (lôg-nôr′məl, lŏg-) *adj.* *Mathematics.* Of, relating to, or being a logarithmic function with a normal distribution. —**log′nor·mal′i·ty** (-măl′ĭ-tē) *n.* —**log·nor′mal·ly** *adv.*

**lo·go** (lō′gō′) *n.*, *pl.* **-gos.** A name, symbol, or trademark designed for easy and definite recognition, especially one borne on a single printing plate or piece of type. [Short for LOGOGRAM and LOGOTYPE.]



**loganberry**
*Rubus ursinus*



**loggia**
Loggia dei Lanzi,
Florence, Italy

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary); ′ (secondary), as in **dictionary** (dĭk′shə-nĕr′ē)

Case 0:02-cv-00777-JNE-FLN Document 48-18 Filed 07/02/2004 Page 2 of 4



species, especially of insects, closely resemble each other and are therefore avoided equally by all their natural predators. [After Fritz (Johann Friedrich Theodor) *Müller* (1821–1897), German-born Brazilian zoologist.]

**mul·let** (mŭl′ĭt) *n., pl.* **mullet** or **-lets. 1.** Any of various stout-bodied, edible fishes of the family Mugilidae, found worldwide in tropical and temperate coastal waters and some freshwater streams. Also called *gray mullet.* **2.** The red mullet. [Middle English *molet,* from Medieval Latin *mulettus,* probably from Old French *mulet,* from *mul,* from Latin *mullus,* from Greek *mullos.*]

**mul·li·gan** (mŭl′ĭ-gən) *n. Sports.* A golf shot not tallied against the score, granted in informal play after a poor shot especially from the tee. [Probably from the name *Mulligan.*]

**mulligan stew** *n.* A stew made of bits of various meats and vegetables. [Probably from the name *Mulligan.*]

**mul·li·ga·taw·ny** (mŭl′ĭ-gə-tô′nē) *n., pl.* **-nies.** An East Indian soup having a meat or chicken base and curry seasoning. [Tamil *milagutannī* : *milagu,* pepper + *tannīr,* cool water (*tan,* cool + *nīr,* water).]

**Mul·li·kan** (mŭl′ĭ-kən), **Robert Sanderson.** 1896–1986. American chemist and physicist. He won a 1966 Nobel Prize for research on the bond between atoms in a molecule.

**mul·lion** (mŭl′yən) *n.* A vertical strip dividing the panes of a window. [Alteration of Middle English *moniel,* from Anglo-Norman *moynel,* perhaps from *moienel,* middle, from *moien,* from Latin *mediānus,* from *medius.* See **medhyo-** in Appendix.] —**mul′lioned** *adj.*

**Mul·ro·ney** (mŭl-rō′nē, -ro͞o′-), **(Martin) Brian.** Born 1939. Canadian politician who served as prime minister (1984–1993). His administration was marked by trade agreements with the United States and Mexico and by attempts to settle the question of Quebec's autonomy.

**Mul·tan** (mo͞ol-tän′). A city of east-central Pakistan southwest of Lahore. Conquered c. 326 B.C. by Alexander the Great, it was captured by Tamerlane in 1398 and was under British jurisdiction from 1849 until 1947. Population, 694,000.

**multi–** *pref.* **1.** Many; much; multiple: *multicolor.* **2. a.** More than one: *multiparous.* **b.** More than two: *multilateral.* [Middle English, from Old French, from Latin, from *multus,* much, many. See **mel-**[2] in Appendix.]

**mul·ti·ad·dress** (mŭl′tē-ăd′rĕs′, -tī-) *adj. Computer Science.* Of, relating to, or designating a storage system of data-processing computers in which it is possible to store instructions or quantities in more than one position.

**mul·ti·cel·lu·lar** (mŭl′tē-sĕl′yə-lər, -tī-) *adj.* Having or consisting of many cells: *multicellular organisms.* —**mul′ti·cel′lu·lar′i·ty** (-lăr′ĭ-tē) *n.*

**mul·ti·col·or** (mŭl′tĭ-kŭl′ər) also **mul·ti·col·ored** (-kŭl′ərd) *adj.* **1.** Having many colors. **2.** *Printing.* Capable of printing in two or more colors simultaneously.

**mul·ti·cul·tur·al** (mŭl′tē-kŭl′chər-əl, -tī-) *adj.* **1.** Of, relating to, or including several cultures. **2.** Of or relating to a social or educational theory or program that encourages interest in many cultures within a society rather than in only a mainstream culture. —**mul′ti·cul′tur·al·ism′** *n.*

**mul·ti·den·tate** (mŭl′tĭ-dĕn′tāt) *adj.* Having many teeth or toothlike processes.

**mul·ti·di·men·sion·al** (mŭl′tĭ-dĭ-mĕn′shə-nəl) *adj.* Of, relating to, or having several dimensions. —**mul′ti·di·men′sion·al′i·ty** (-shə-năl′ĭ-tē) *n.*

**mul·ti·di·rec·tion·al** (mŭl′tē-dĭ-rĕk′shə-nəl, -dī-, -tī-) *adj.* **1.** Reaching out in several directions: *a multidirectional campaign.* **2.** Operating or functioning in more than one direction.

**mul·ti·dis·ci·pli·nar·y** (mŭl′tē-dĭs′ə-plə-nĕr′ē, -tī-) *adj.* Of, relating to, or making use of several disciplines at once.

**mul·ti·eth·nic** (mŭl′tē-ĕth′nĭk, -tī-) *adj.* Of, relating to, or including several ethnic groups.

**mul·ti·fac·et·ed** (mŭl′tē-făs′ĭ-tĭd, -tī-) *adj.* Having many facets or aspects. See Synonyms at **versatile.**

**mul·ti·fac·to·ri·al** (mŭl′tĭ-făk-tôr′ē-əl, -tōr′-) *adj.* Involving, dependent on, or controlled by several factors.

**mul·ti·fam·i·ly** (mŭl′tē-făm′ə-lē, -tī-) *adj.* Of, relating to, or intended for use by several families: *a multifamily house.*

**mul·ti·far·i·ous** (mŭl′tə-fâr′ē-əs) *adj.* Having great variety; diverse. See Synonyms at **versatile.** [From Latin *multifāriam,* in many places : *multi-,* multi- + *-fāriam,* adv. suff.; see **dhē-** in Appendix.] —**mul′ti·far′i·ous·ly** *adv.* —**mul′ti·far′i·ous·ness** *n.*

forming lobes: *multifid leaves.*

**mul·ti·flo·ra rose** (mŭl′tə-flôr′ə, -flōr′ə) *n.* A climbing or sprawling shrub *(Rosa multiflora)* of eastern Asia, having clusters of small fragrant flowers. It is the origin of many horticultural varieties. [Partial translation of New Latin *Rosa multiflōra,* species name : Latin *rosa,* rose + Late Latin *multiflōra,* feminine of *multiflōrus,* multiflorous (Latin *multi-,* multi- + Latin *flōs, flōr-,* flower; see FLORA).]

**mul·ti·flo·rous** (mŭl′tə-flôr′əs, -flōr′-) *adj. Botany.* Bearing many flowers.

**mul·ti·foil** (mŭl′tə-foil′) *n. Architecture.* A flat object or opening with scalloped edges or ornaments.

**mul·ti·fold** (mŭl′tə-fōld′) *adj.* Numerous and varied; manifold.

**mul·ti·form** (mŭl′tə-fôrm′) *adj.* Occurring in or having many forms or shapes. —**mul′ti·for′mi·ty** (-fôr′mĭ-tē) *n.*

**mul·ti·gen·er·a·tion·al** (mŭl′tĭ-jĕn′ə-rā′shə-nəl) *adj.* Of or relating to several generations: *multigenerational traditions.*

**mul·ti·grav·i·da** (mŭl′tĭ-grăv′ĭ-də) *n.* A woman who has had two or more previous pregnancies. [MULTI– + New Latin *prīmigravida* (Latin *prīmus,* first; see PRIME + Latin *gravida,* feminine of *gravidus,* pregnant; see GRAVID).]

**mul·ti·lane** (mŭl′tē-lān′, -tī-) *adj.* Having several lanes.

**mul·ti·lat·er·al** (mŭl′tĭ-lăt′ər-əl) *adj.* **1.** Having many sides. **2.** Involving more than two nations or parties: *multilateral trade agreements.* —**mul′ti·lat′er·al·ly** *adv.*

**mul·ti·lay·ered** (mŭl′tē-lā′ərd, -tī-) *adj.* Consisting of or involving several individual layers or levels.

**mul·ti·lev·el** (mŭl′tə-lĕv′əl) *adj.* Having several levels: *a multilevel parking garage.*

**mul·ti·lin·gual** (mŭl′tē-lĭng′gwəl, -tī-) *adj.* **1.** Of, including, or expressed in several languages: *a multilingual dictionary.* **2.** Using or having the ability to use several languages: *a multilingual translator.* —**mul′ti·lin′gual·ism** *n.*

**mul·ti·loc·u·lar** (mŭl′tĭ-lŏk′yə-lər) *adj.* Having or consisting of many small compartments or cavities.

**mul·ti·me·di·a** (mŭl′tē-mē′dē-ə, -tī-) *pl.n.* *(used with a sing. verb).* **1.** The combined use of several media, such as movies, slides, music, and lighting, especially for the purpose of education or entertainment. **2.** The use of several mass media, such as television, radio, and print, especially for the purpose of advertising or publicity. Also called *mixed media.* **3.** The combined use of media such as text, graphics, video, and sound, as on a computer system. —*attributive.* Often used to modify another noun: *a multimedia presentation; a multimedia advertising campaign.*

**mul·ti·mil·lion·aire** (mŭl′tē-mĭl′yə-nâr′, -tī-) *n.* One whose financial assets are worth several million dollars.

**mul·ti·na·tion·al** (mŭl′tē-năsh′ə-nəl, -năsh′nəl, -tī-) *adj.* **1.** Having operations, subsidiaries, or investments in more than two countries: *a multinational corporation.* **2.** Of or involving more than two countries: *a multinational research project.* —**multinational** *n.* A company or corporation operating in more than two countries. —**mul′ti·na′tion·al·ism** *n.*

**mul·ti·no·mi·al** (mŭl′tĭ-nō′mē-əl) *n. Mathematics.* See **polynomial** (sense 2a). [MULTI– + (BI)NOMIAL.] —**mul′ti·no′mi·al** *adj.*

**multinomial theorem** *n. Mathematics.* The theorem that establishes the rule for forming the terms of a polynomial expansion.

**mul·ti·nu·cle·ar** (mŭl′tē-no͞o′klē-ər, -nyo͞o′-, -tī-) *adj.* Multinucleate.

**mul·ti·nu·cle·ate** (mŭl′tē-no͞o′klē-ət, -nyo͞o′-, -tī-) also **mul·ti·nu·cle·at·ed** (-ā′tĭd) *adj.* Having two or more nuclei: *the multinucleate cells of striated muscle.*

**mul·ti·pack** (mŭl′tĭ-păk′) *n.* A packaged product containing more than two items.

**mul·tip·a·ra** (mŭl-tĭp′ər-ə) *n., pl.* **-ras -rae** (-rē). A woman who has given birth two or more times.

**mul·tip·a·rous** (mŭl-tĭp′ər-əs) *adj.* **1.** Having given birth two or more times. **2.** Giving birth to more than one offspring at a time. —**mul′ti·par′i·ty** (mŭl′tĭ-păr′ĭ-tē) *n.*

**mul·ti·par·tite** (mŭl′tĭ-pär′tīt′) *adj.* **1.** Divided into many parts. **2.** Involving more than two nations or parties; multilateral.

**mul·ti·par·ty** (mŭl′tə-pär′tē) *adj.* Of, relating to, or involving more than two political parties.

**mul·ti·ped** (mŭl′tə-pĕd′) also **mul·ti·pede** (-pēd′) *adj.* Having many feet. —*n.* An animal with many feet.

**mul·ti·ple** (mŭl′tə-pəl) *adj.* Having, relating to, or consisting of more than one individual, element, part, or other component; manifold. —**multiple** *n. Mathematics.* A number that may be divided by another number with no remainder: *4, 6, and 12 are multiples of 2.* [French, from Old French, from Late Latin *multiplum,* a multiple : Latin *multi-,* multi- + Latin *-plus,* -fold; see **pel-**[2] in Appendix.]

**multiple allele** *n.* Any of a set of three or more alleles, or alternative states of a gene, only two of which can be present in a diploid organism.

**mul·ti·ple-choice** (mŭl′tə-pəl-chois′) *adj.* **1.** Offering several answers from which the correct one is to be chosen: *a multiple-choice question.* **2.** Consisting of questions of this type.

**multiple fruit** *n.* A fruit, such as a fig, mulberry, or ... derived from several flowers that are combined into a single structure.

**multiple myeloma** *n.* A malignant proliferation of plasma cells in bone marrow causing numerous tumors and characterized by the presence of abnormal proteins in the blood.

**multiple neuritis** *n.* Inflammation of several nerves at one time, as in leprosy. Also called *polyneuritis.*

**multiple personality** *n.* A psychological disorder in which a person exhibits two or more disassociated personalities, each functioning as a distinct entity. Also called *split personality.*

**multiple sclerosis** *n. Abbr.* **MS** A chronic degenerative dis-

as in regard to or concerning. [Middle English *preposicioun*, from Old French *preposicion*, from Latin *praepositiō*, *praepositiōn-*, a putting before, preposition (translation of Greek *prothesis*), from *praepositus*, past participle of *praepōnere*, to put in front : *prae-*, pre- + *pōnere*, to put; see **apo-** in Appendix.]

*USAGE NOTE:* The doctrine that a preposition may not be used to end a sentence was first promulgated by Dryden, probably on the basis of a specious analogy to Latin, and was subsequently codified by 18th-century grammarians. The rule has since become one of the most venerated maxims of schoolroom grammatical lore. But sentences ending with prepositions can be found in the works of most of the great writers since the Renaissance. In fact, English syntax allows and sometimes requires final placement of the preposition. Such placement is the only possible one in sentences such as *We have much to be thankful for* or *That depends on what you believe in*. Efforts to rewrite such sentences to place the preposition elsewhere will have comically stilted results; for example: *We have much for which to be thankful* or *That depends on that in which you believe*. • Even sticklers for the traditional rule can have no grounds for criticizing sentences such as *I don't know where she will end up* or *It's the most curious book I've ever run across*. In these examples, *up* and *across* are used as adverbs, not prepositions, as demonstrated by the ungrammaticality of sentences such as *I don't know up where she will end* and *It's the most curious book across which I have ever run*.

**pre·po·si·tion²** also **pre-po·si·tion** (prē′pə-zĭsh′ən) *tr.v.* **-tioned, -tion·ing, -tions.** To position or place in position in advance: *prepositioned artillery at strategic points in the desert.*

**prep·o·si·tion·al** (prĕp′ə-zĭsh′ə-nəl) *adj. Grammar.* Relating to, composed of, or used as a preposition. **—prep′o·si′tion·al·ly** *adv.*

**prepositional phrase** *n. Grammar.* A phrase that consists of a preposition and its object and has adjectival or adverbial value, such as *in the house* in *the people in the house* or *by him* in *The book was written by him.*

**pre·pos·i·tive** (prĭ-pŏz′ĭ-tĭv) *Grammar. adj.* Put before; prefixed. **—prepositive** *n.* A word or particle put before another word. [Late Latin *praepositīvus*, from Latin *praepositus*, past participle of *praepōnere*, to put in front. See PREPOSITION¹.] **—pre·pos′i·tive·ly** *adv.*

**pre·pos·sess** (prē′pə-zĕs′) *tr.v.* **-sessed, -sess·ing, -sess·es. 1.** To preoccupy the mind of to the exclusion of other thoughts or feelings. **2. a.** To influence beforehand against or in favor of someone or something; prejudice. **b.** To impress favorably in advance.

**pre·pos·sess·ing** (prē′pə-zĕs′ĭng) *adj.* **1.** Serving to impress favorably; pleasing: *a prepossessing appearance.* **2.** *Archaic.* Causing prejudice. **—pre′pos·sess′ing·ly** *adv.* **—pre′pos·sess′ing·ness** *n.*

**pre·pos·ses·sion** (prē′pə-zĕsh′ən) *n.* **1.** A preconception or prejudice. **2.** The state of being preoccupied with thoughts, opinions, or feelings.

**pre·pos·ter·ous** (prĭ-pŏs′tər-əs) *adj.* Contrary to nature, reason, or common sense; absurd. See Synonyms at **foolish.** [From Latin *praeposterus*, inverted, unseasonable : *prae-*, pre- + *posterus*, coming behind (from *post*, behind; see **apo-** in Appendix).] **—pre·pos′ter·ous·ly** *adv.* **—pre·pos′ter·ous·ness** *n.*

**pre·po·ten·cy** (prē-pōt′n-sē) *n.* **1.** The condition of being greater in power, influence, or force than another or others; predominance. **2.** *Genetics.* The ability of one parent, variety, or strain to transmit individual traits to an offspring, apparently to the exclusion of the other parent, variety, or strain.

**pre·po·tent** (prē-pōt′nt) *adj.* **1.** Greater in power, influence, or force than another or others; predominant. **2.** *Genetics.* Of, having, or exhibiting prepotency. [Middle English, from Latin *praepotēns*, *praepotent-*, present participle of *praeposse*, to be more powerful : *prae-*, pre- + *posse*, to be able or powerful; see **poti-** in Appendix.] **—pre·po′tent·ly** *adv.*

**prep·py** or **prep·pie** (prĕp′ē) *n.*, *pl.* **-pies.** *Informal.* **1.** A student or former student of a preparatory school. **2.** A person whose manner and dress are deemed typical of traditional preparatory schools. **—prep′pi·ly** *adv.* **—prep′pi·ness** *n.* **—prep′py, prep′pie** *adj.*

**pre·pran·di·al** also **pre-pran·di·al** (prē-prăn′dē-əl) *adj.* Before a meal, especially dinner: *took a preprandial walk in the woods.*

**pre·pri·mar·y** (prē-prī′mĕr′ē, -mə-rē) *adj.* Relating to or taking place in the time before a primary election: *preprimary conventions; preprimary support.*

**pre·print** (prē′prĭnt′) *n.* Something printed and often distributed in partial or preliminary form in advance of official publication: *a preprint of a scientific article.* **—preprint** (prē-prĭnt′) *tr.v.* **-print·ed, -print·ing, -prints.** To print in advance.

**pre·proc·ess** (prē-prŏs′ĕs′, -prō′sĕs′) *tr.v.* **-essed, -ess·ing, -ess·es.** *Computer Science.* To perform conversion, formatting, or other functions on (data) before further processing. **—pre·proc′es·sor** *n.*

**pre·pro·duc·tion** (prē′prə-dŭk′shən) *adj.* **1.** Taking place or existing before production: *preproduction planning.* **2.** Of, relating to, or being a prototype: *preproduction models of next year's automobiles.* **—preproduction** *n.* The preliminary arrangements, as concerning financing or personnel, that are made upon the inception of a project: *a movie in preproduction.*

**pre·pro·fes·sion·al** (prē′prə-fĕsh′ə-nəl) *adj.* Preparatory to the practice of a profession or to its specialized field of study.

**pre·pro·gram** (prē-prō′grăm′, -grəm) *tr.v.* **-grammed, -gram·ming, -grams** or **-gramed, -gram·ing, -grams.** To program in advance; preset.

**prep school** *n. Informal.* A preparatory school.

**pre·pu·ber·ty** (prē-pyōō′bər-tē) *n.* The period of life immediately before puberty, often marked by accelerated physical growth. **—pre·pu′ber·tal, pre·pu′ber·al** (-bər-əl) *adj.*

**pre·pu·bes·cence** (prē′pyōō-bĕs′əns) *n.* Prepuberty.

**pre·pu·bes·cent** (prē′pyōō-bĕs′ənt) *adj.* Of, relating to, or characteristic of prepuberty. **—prepubescent** *n.* A prepubescent child.

**pre·pub·li·ca·tion** (prē-pŭb′lĭ-kā′shən) *adj.* Of or relating to the time just before a publication date, especially of a book: *The marketing department was amazed by the number of prepublication orders.*

**pre·puce** (prē′pyōōs′) *n.* **1.** See **foreskin. 2.** A loose fold of skin covering the glans clitoridis. [Middle English, from Old French, from Latin *praepūtium* : possibly *prae-*, pre- + **pūtos*, penis.] **—pre·pu′tial** (-pyōō′shəl) *adj.*

**pre·punch** (prē-pŭnch′) *tr.v.* **-punched, -punch·ing, -punch·es.** *Computer Science.* To punch computer data cards or tape before an anticipated use.

**pre·pu·pa** (prē-pyōō′pə) *n.*, *pl.* **-pae** (-pē) or **-pas. 1.** An inactive stage just before the pupa in the development of certain insects. **2.** The form of an insect in this stage. **—pre·pu′pal** *adj.*

**pre·quel** (prē′kwəl) *n.* **1.** A literary, cinematic, or dramatic work taking place in or concerned with a time before the action of a preexisting work: *a prequel that featured the characters of the famous novel in their youth.* **2.** A literary, cinematic, or dramatic work that precedes, introduces, or leads up to a later work: *"The sequel takes up right where the prequel left off"* (Washington Post). [PRE– + (SE)QUEL.]

**Pre-Raph·a·el·ite** also **pre-Raph·a·el·ite** (prē-răf′ē-ə-līt′, -rā′fē-) *n.* A painter or writer belonging to or influenced by the Pre-Raphaelite Brotherhood, a society founded in England in 1848 to advance the style and spirit of Italian painting before Raphael. *—adj.* Of, relating to, or characteristic of the Pre-Raphaelites. **—Pre-Raph′a·el·it′ism** *n.*

**pre·re·cord** (prē′rĭ-kôrd′) *tr.v.* **-cord·ed, -cord·ing, -cords.** To record (a television program, for example) at an earlier time for later presentation or use.

**pre·reg·is·ter** (prē-rĕj′ĭ-stər) *intr.v.* **-tered, -ter·ing, -ters.** To take part in preregistration.

**pre·reg·is·tra·tion** (prē′rĕj-ĭ-strā′shən) *n.* An early registration, as for returning college students, that takes place before general registration.

**pre·re·lease** (prē′rĭ-lēs′) *n.* Something released before an official or scheduled date. **—prerelease** *adj.* Of or relating to an interval preceding an official or scheduled release: *a prerelease demonstration of a product; a prison prerelease program.*

**pre·req·ui·site** (prē-rĕk′wĭ-zĭt) *adj.* Required or necessary as a prior condition: *Competence is prerequisite to promotion.* **—prerequisite** *n.* Something that is prerequisite.

**pre·re·tire·ment** (prē′rĭ-tīr′mənt) *adj.* Of or relating to the period preceding retirement: *workers of preretirement age; preretirement planning.* **—pre′re·tire′ment** *n.*

**pre·rog·a·tive** (prĭ-rŏg′ə-tĭv) *n.* **1.** An exclusive right or privilege held by a person or group, especially a hereditary or official right. See Synonyms at **right. 2.** The exclusive right and power to command, decide, rule, or judge: *the principal's prerogative to suspend a student.* **3.** A natural gift or advantage that confers superiority. **4.** Characteristic superiority; preeminence. **—prerogative** *adj.* Of, arising from, or exercising a prerogative. [Middle English, from Old French, from Latin *praerogātīva*, feminine of *praerogātīvus*, asked first, from *praerogātus*, past participle of *praerogāre*, to ask before : *prae-*, pre- + *rogāre*, to ask; see **reg-** in Appendix.] **—pre·rog′a·tived** *adj.*

**pres.** *abbr.* **1.** *Grammar.* Present. **2.** Also **Pres.** President.

**pres·age** (prĕs′ĭj) *n.* **1.** An indication or a warning of a future occurrence; an omen. **2.** A feeling or an intuition of what is going to occur; a presentiment. **3.** Prophetic significance or meaning. **4.** *Archaic.* A prediction. **—presage** (prĭ-sāj′, prĕs′ĭj) *v.* **-saged, -sag·ing, -sag·es.** *—tr.* **1.** To indicate or warn of in advance; portend. **2.** To have a presentiment of. **3.** To foretell or predict. *—intr.* To make or utter a prediction. [Middle English, from Latin *praesāgium*, from *praesāgīre*, to perceive beforehand : *prae-*, pre- + *sāgīre*, to perceive; see **sāg-** in Appendix.] **—pre·sage′ful** (prĭ-sāj′fəl) *adj.*

**pre·sale** (prē′sāl′) *n.* **1.** The period before something, such as a work of art, is available for sale to the public. **2.** An exclusive or private sale held before an advertised sale. *—attributive.* Often used to modify another noun: *presale estimates; presale exhibitions.*

**Presb.** *abbr.* Presbyterian.

**Presby.** *abbr.* Presbyterian.

**pres·by·ope** (prĕz′bē-ōp′, prĕs′-) *n.* A person affected with presbyopia.

**pres·by·o·pi·a** (prĕz′bē-ō′pē-ə, prĕs′-) *n.* Inability of the eye to focus sharply on nearby objects, resulting from loss of elas-



**Pre-Raphaelite**
*Saint Cecilia* by
Sir Edward Burne-Jones

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary); ′ (secondary), as in dictionary (dĭk′shə-nĕr′ē)

Case 0:02-cv-00777-JNE-FLN Document 48-18 Filed 07/02/2004 Page 4 of 4



Wilde). **3.** Not settled; unresolved or dubious: *a problematic future.* —**prob'lem·at'i·cal·ly** *adv.*

**prob·lem-o·ri·ent·ed language** (prŏb'ləm-ôr'ē-ĕn'tĭd, -ōr'-) *n. Computer Science.* A programming language intended for use in solving a particular set of problems.

**pro bo·no** (prō bō'nō) *adj.* Done without compensation for the public good: *a lawyer's pro bono work.* [Latin *prō bonō (pūblicō),* for the (public) good : *prō,* for + *bonō,* ablative of *bonum,* the good.]

**pro·bos·ci·de·an** (prō-bŏs'ĭ-dē'ən) *adj. & n.* Variant of **proboscidian.**

**pro·bos·ci·des** (prō-bŏs'ĭ-dēz') *n.* A plural of **proboscis.**

**pro·bos·cid·i·an** (prō'bə-sĭd'ē-ən) also **pro·bos·ci·de·an** (prō-bŏs'ĭ-dē'ən) —*n.* A mammal of the order Proboscidea, such as the elephant or its extinct relatives, having a long trunk, large tusks, and a massive body. —*adj.* Of or belonging to the order Proboscidea. [From New Latin *Proboscidea,* order name, from Latin *proboscis, proboscid-,* proboscis. See PROBOSCIS.]



**proboscis**
African elephant eating grass

**pro·bos·cis** (prō-bŏs'ĭs) *n., pl.* **-bos·cis·es** or **-bos·ci·des** (-bŏs'ĭ-dēz'). **1.** A long, flexible snout or trunk, as of an elephant. **2.** The slender, tubular feeding and sucking organ of certain invertebrates, such as insects, worms, and mollusks. **3.** A human nose, especially a prominent one. [Latin, from Greek *proboskis* : *pro-,* in front; see PRO–² + *boskein,* to feed.]

**pro-bus·ing** (prō-bŭs'ĭng) *adj.* Favoring or supporting the busing of children to schools outside their neighborhoods as a means of achieving racial integration.

**proc.** *abbr.* **1.** Proceeding. **2.** Process.

**pro·caine** (prō'kān') *n.* A white crystalline powder, $C_{13}H_{20}N_2O_2$, used chiefly in its hydrochloride form as a local anesthetic in medicine and dentistry. [PRO–¹ + (CO)CAINE.]

**pro·cam·bi·um** (prō-kăm'bē-əm) *n.* A type of undifferentiated plant tissue that gives rise to vascular tissue. —**pro·cam'bi·al** (-əl) *adj.*

**pro·car·ba·zine** (prō-kär'bə-zēn) *n.* A potent antineoplastic drug, $C_{12}H_{19}N_3O$, used to treat advanced Hodgkin's disease. [PRO(PYL) + CARB(O)– + AZINE.]

**pro·car·y·ote** (prō-kăr'ē-ōt') *n.* Variant of **prokaryote.**

**pro·ce·dur·al** (prə-sē'jər-əl) *adj.* Of or concerning procedure, especially of a court of law or parliamentary body. —**procedural** *n.* A police procedural. —**pro·ce'dur·al·ly** *adv.*

**pro·ce·dure** (prə-sē'jər) *n.* **1.** A manner of proceeding; a way of performing or effecting something: *complained to the manager, and by this procedure got the money back.* **2.** A series of steps taken to accomplish an end: *a long therapeutic procedure.* **3.** A set of established forms or methods for conducting the affairs of a business, legislative body, or court of law. [French *procédure,* from Old French, from *proceder,* to proceed. See PROCEED.]

**pro·ceed** (prō-sēd', prə-) *intr.v.* **-ceed·ed, -ceed·ing, -ceeds.** **1.** To go forward or onward, especially after an interruption; continue: *proceeded to his destination; paused to clear her throat, then proceeded.* **2.** To begin to carry on an action or a process: *looked surprised, then proceeded to roar with laughter.* **3.** To move on in an orderly manner: *Business proceeded as usual.* **4.** To come from a source; originate or issue: *behavior proceeding from hidden motives.* See Synonyms at **stem¹.** **5.** *Law.* To institute and conduct legal action: *proceeded against the defaulting debtor.* —**pro·ceeds** (prō'sēdz') *n.* The amount of money derived from a commercial or fundraising venture; the yield. [Middle English *proceden,* from Old French *proceder,* from Latin *prōcēdere* : *prō-,* forward; see PRO–¹ + *cēdere,* to go; see **ked-** in Appendix.] —**pro·ceed'er** *n.*

**pro·ceed·ing** (prō-sē'dĭng, prə-) *n.* **1.** A course of action; a procedure. **2. proceedings.** A sequence of events occurring at a particular place or occasion: *watched the proceedings from a ringside seat.* **3. proceedings.** *Abbr.* **proc.** A record of business carried on by a society or other organization; minutes. **4.** Often **proceedings.** *Law.* **a.** Legal action; litigation. **b.** The instituting or conducting of legal action.

**pro·ce·phal·ic** (prō'sə-făl'ĭk) *adj.* Of, relating to, or located on or near the front of the head.

**pro·cer·coid** (prō-sûr'koid) *n.* A larval stage of certain tapeworms that typically develops in the body cavity of a copepod. [PRO–² + Greek *kerkos,* tail + –OID.]

**proc·ess¹** (prŏs'ĕs', prō'sĕs') *n., pl.* **proc·ess·es** (prŏs'ĕs'ĭz, prō'sĕs'-, prŏs'ĭ-sēz', prō'sĭ-). *Abbr.* **proc.** **1.** A series of actions, changes, or functions bringing about a result: *the process* [illegible] **2.** A series of operations performed in the making or treatment of a product: *a manufacturing process; leather dyed during the tanning process.* **3.** Progress; passage: *the process of time; events now in process.* **4.** *Law.* The entire course of a judicial proceeding. **5.** *Law.* **a.** A summons or writ ordering a defendant to appear in court. **b.** The total quantity of summonses or writs issued in a particular proceeding. **6.** *Biology.* An outgrowth of tissue; a projecting part: *a bony process.* **7.** Any of various photomechanical or photoengraving methods. **8.** See **conk³.** —**process** *tr.v.* **-essed, -ess·ing, -ess·es.** **1.** To put through the steps of a prescribed procedure: *processing newly arrived immigrants; received the order, processed it, and dispatched the goods.* **2.** To prepare, treat, or convert by subjecting to a special process: *process ore to obtain minerals.* **3.** *Law.* **a.** To serve with a summons or writ. **b.** To institute legal proceedings against; prosecute. **4.** *Computer Science.* To perform operations on (data). **5.** To straighten (hair) by a chemical process; conk. —**process** *adj.* **1.** Prepared or converted by a special process: *process cheese.* **2.** Made by or used in any of several photomechanical or photoengraving processes: *a process print.* [Middle English *proces,* from Old French, development, from Latin *prōcessus,* from past participle of *prōcēdere,* to advance. See PROCEED.]

***USAGE NOTE:*** In recent years there has been a tendency to pronounce the plural ending *–es* of *processes* as (-ēz), perhaps by analogy with words of Greek origin such as *analysis* and *neurosis.* But *process* is not of Greek origin, and there is no etymological justification for this pronunciation of its plural. The pronunciation may someday become so widespread as to be a standard variant, but it still strikes some listeners as a bungled affectation.

**pro·cess²** (prə-sĕs') *intr.v.* **-cessed, -cess·ing, -cess·es.** To move along in or as if in a procession: *"The man in the panama hat offered his arm and . . . they processed into the dining room"* (Anita Brookner). [Back-formation from PROCESSION.]

**pro·ces·sion** (prə-sĕsh'ən) *n.* **1.** The act of moving along or forward; progression. **2.** Origination; emanation; rise. **3. a.** A group of persons, vehicles, or objects moving along in an orderly, formal manner. **b.** The movement of such a group. **4.** An orderly succession: *the procession of the seasons.* —**procession** *intr.v.* **-sioned, -sion·ing, -sions.** To form or go in a procession. [Middle English, from Old French, from Late Latin *prōcessiō, prōcessiōn-,* from Latin, an advance, from *prōcessus,* past participle of *prōcēdere,* to advance. See PROCEED.]

**pro·ces·sion·al** (prə-sĕsh'ə-nəl) *adj.* Of, relating to, or suitable for a procession. —**processional** *n.* **1.** A book containing the rituals observed during a religious procession. **2.** *Music.* **a.** A piece played or sung when the clergy enter a church at the beginning of a service. **b.** Music intended to be played or sung during a procession. —**pro·ces'sion·al·ly** *adv.*

**proc·es·sor** (prŏs'ĕs'ər, prō'sĕs'-) *n.* **1.** One that processes, especially an apparatus for preparing, treating, or converting material: *a wood pulp processor.* **2.** *Computer Science.* **a.** A computer. **b.** A central processing unit. **c.** A program that translates another program into a form acceptable by the computer being used.

**proc·ess printing** (prŏs'ĕs', prō'sĕs') *n.* Printing from multiple halftone images, each inked with a different color such that the composite impression will reproduce the colors of the original.

**pro·cès-ver·bal** (prō-sā'vĕr-băl') *n., pl.* **-ver·baux** (-vĕr-bō'). A detailed official record of diplomatic, deliberative, or legal proceedings. [French : *procès,* proceedings + *verbal,* oral (originally used of oral evidence given by illiterate police officers of the lower ranks).]

**pro-choice** (prō-chois') *adj.* Favoring or supporting the legal right of women and girls to choose whether or not to continue a pregnancy to term.

**pro·claim** (prō-klām', prə-) *tr.v.* **-claimed, -claim·ing, -claims.** **1.** To announce officially and publicly; declare. See Synonyms at **announce.** **2.** To indicate conspicuously; make plain: *wearing a button that proclaimed my choice for president.* **3.** To praise; extol. [Middle English *proclamen, proclaimen* (influenced by *claimen,* to claim), from Old French *proclamer,* from Latin *prōclāmāre* : *prō-,* forward; see PRO–¹ + *clāmāre,* to cry out; see **kelə-²** in Appendix.] —**pro·claim'er** *n.* —**pro·clam'a·to'ry** (prō-klăm'ə-tôr'ē, -tōr'ē) *adj.*

**proc·la·ma·tion** (prŏk'lə-mā'shən) *n.* **1.** The act of proclaiming or the condition of being proclaimed. **2.** Something proclaimed, especially an official public announcement.

**pro·clit·ic** (prō-klĭt'ĭk) *Linguistics. adj.* Forming an accentual unit with the following word and thus having no independent accent. —**proclitic** *n.* A proclitic word. [New Latin *procliticus* : PRO–² + Late Latin *encliticus,* enclitic; see ENCLITIC.]

**pro·cliv·i·ty** (prō-klĭv'ĭ-tē) *n., pl.* **-ties.** A natural propensity or inclination; predisposition. See Synonyms at **predilection.** [Latin *prōclīvitās,* from *prōclīvis,* inclined : *prō-,* forward; see PRO–¹ + *clīvus,* slope; see **klei-** in Appendix.]

**Pro·clus** (prō'kləs, prŏk'ləs). A.D. 410?–485. Greek philosopher and the last major Neo-Platonic teacher. He maintained that reality is fundamentally mental rather than material.

**Proc·ne** (prŏk'nē) *n. Greek Mythology.* An Athenian princess who avenged the betrayal and cruelty of her husband, Tereus, by killing their son. She and her sister Philomela were changed into swallows as Tereus pursued them.

of any of various blood factors necessary for coagu[illegible] agent that promotes the coagulation of blood.

**pro·con·sul** (prō-kŏn'səl) *n.* **1.** A provincial governor of consular rank in the Roman Republic and Roman Empire. **2.** A high administrator in one of the modern colonial empires. [Middle English, from Latin *prōcōnsul,* from *prō cōnsule,* in place of the consul : *prō,* instead of; see PRO–¹ + *cōnsule,* ablative of *cōnsul,* consul; see CONSUL.] —**pro·con'su·lar** (-sə-lər) *adj.* —**pro·con'su·late** (-sə-lĭt) *n.* —**pro·con'sul·ship'** *n.*

**Pro·co·pi·us** (prə-kō'pē-əs). fl. sixth century A.D. Byzantine historian during the reign of Justinian I.

**pro·cras·ti·nate** (prō-krăs'tə-nāt', prə-) *v.* **-nat·ed, -nat·ing, -nates.** —*intr.* To put off doing something, especially out of