

**sieve**
At an archaeological dig

[Spanish, from Latin *sexta (hōra)*, sixth (hour), midday, feminine of *sextus*, sixth. See SEXT.]

**sieve** (sĭv) *n.* A utensil of wire mesh or closely perforated metal, used for straining, sifting, ricing, or purèeing. **—sieve** *v.* **sieved, siev·ing, sieves.** *—tr.* To pass through a sieve. *—intr.* To use a sieve; sift. [Middle English *sive*, from Old English *sife*.]

**sieve plate** *n. Botany.* The perforated end wall of a sieve tube cell.

**sieve tube** *n. Botany.* A series of cells joined end to end, forming a tube through which nutrients are conducted in flowering plants and brown algae.

**sift** (sĭft) *v.* **sift·ed, sift·ing, sifts.** *—tr.* **1.** To put (flour, for example) through a sieve or other straining device in order to separate the fine from the coarse particles. **2.** To distinguish as if separating with a sieve: *sifted the candidates for the job.* **3.** To apply by scattering with or as if with a sieve: *sift sugar on a dessert.* **4.** To examine and sort carefully: *sift the evidence.* *—intr.* **1.** To make use of a sieve. **2.** To pass through or as if through a sieve: *a meal that sifts easily.* **3.** To make a careful examination: *sifted through back issues of the magazine.* [Middle English *siften*, from Old English *siftan*.] **—sift′er** *n.*

**sig.** *abbr.* **1.** Signal. **2.** Signature. **3.** Often **Sig.** Signor; signore.

**Sig.** *abbr.* **1.** *Latin.* Signa (mark or label it). **2.** *Medicine.* Signature. **3.** *Latin.* Signetur (let it be marked or labeled).

**sigh** (sī) *v.* **sighed, sigh·ing, sighs.** *—intr.* **1.a.** To exhale audibly in a long, deep breath, as in weariness or relief. **b.** To emit a similar sound: *willows sighing in the wind.* **2.** To feel longing or grief; yearn: *sighing for their lost youth.* *—tr.* **1.** To express with or as if with an audible exhalation. **2.** *Archaic.* To lament. **—sigh** *n.* The act or sound of sighing. [Middle English *sighen*, probably back-formation from *sighte*, past tense of *siken*, to sigh, from Old English *sīcan*.] **—sigh′er** *n.*

♦**sight** (sīt) *n.* **1.** The ability to see. **2.** The act or fact of seeing: *hoping for a sight of land; caught sight of a rare bird.* **3.** Field of vision. **4.** The foreseeable future; prospect: *no solution in sight.* **5.** Something seen; a view. **6.** Something worth seeing; a spectacle: *the sights of London.* **7.** *Informal.* Something unsightly: *Your hair is a sight.* **8.a.** A device used to assist aim by guiding the eye, as on a firearm or surveying instrument. **b.** An aim or observation taken with such a device. **9.** An opportunity to observe or inspect. **10.** *Upper Southern U.S.* A large number or quantity: *A sight of people were there.* **—sight** *v.* **sight·ed, sight·ing, sights.** *—tr.* **1.** To perceive with the eyes; get sight of: *sighted land after 40 days at sea.* **2.** To observe through a sight or an optical instrument: *sight a target.* **3.** To adjust the sights of (a rifle, for example). **4.** To take aim with (a firearm). *—intr.* **1.** To direct one's gaze; look carefully. **2.** To take aim: *sighted along the barrel of the gun.* ***—idioms.*** **on sight.** Immediately upon being seen: *threatened to shoot looters on sight.* **out of sight.** *Slang.* Remarkable; incredible: *The graduation party was out of sight.* **sight for sore eyes.** *Informal.* One whom it is a relief or joy to see. **sight unseen.** Without seeing the object in question: *bought the horse sight unseen.* [Middle English, from Old English *sihth, gesiht*, something seen. See **sek**$^{w}$**-**$^{2}$ in Appendix.]

**sight draft** *n. Abbr.* **SD.** A draft or bill that is payable on demand or upon presentation. Also called *demand draft.*

**sight·ed** (sī′tĭd) *adj.* **1.** Having the ability to see. **2.** Having eyesight of a specified kind. Often used in combination: *keen-sighted.* **—sight′ed·ness** *n.*

**sight gag** *n.* A comic bit or effect that depends on sight rather than words.

**sight·ing** (sī′tĭng) *n.* The act of catching sight of something, especially something unusual or searched for: *a sighting of a whale in the harbor; a reported sighting of a UFO.*

**sight·less** (sīt′lĭs) *adj.* **1.** Unable to see with the eyes; blind. **2.** Invisible. **—sight′less·ly** *adv.* **—sight′less·ness** *n.*

**sight·line** also **sight line** (sīt′līn′) *n.* A line of sight, especially one between a spectator and the spectacle in a theater or stadium.

**sight·ly** (sīt′lē) *adj.* -li·er, -li·est. **1.** Pleasing to see; visually appealing. **2.** Affording a fine view; scenic. **—sight′li·ness** *n.*

**sight-read** (sīt′rēd′) *v.* **-read** (-rĕd′), **-read·ing, -reads.** *—tr.* To read or perform (music, for example) without preparation or prior acquaintance. *—intr.* To read or perform something on sight without preparation or prior acquaintance. **—sight′-read′er** *n.*

**sight rhyme** *n.* See **eye rhyme.**

**sight·see** (sīt′sē′) *intr.v.* **-saw** (-sô′), **-seen** (-sēn′), **-see·ing, -sees.** To tour sights of interest. **—sight′se′er** *n.*

**sight·see·ing** (sīt′sē′ĭng) *n.* The act or pastime of visiting sights of interest. **—sightseeing** *adj.* Used or engaged in sightseeing: *a sightseeing bus; a sightseeing tour.*

**sig·il** (sĭj′əl, sĭg′ĭl) *n.* **1.** A seal; a signet. **2.** A sign or an image considered magical. [Latin *sigillum*, diminutive of *signum*, sign. See SIGN.]

**Sig·is·mund** (sĭg′ĭs-mənd). 1368–1437. Holy Roman emperor (1433–1437) and king of Hungary (1387–1437) and Bohemia (1419–1437). He helped end the Great Schism (1378–1417) by convening the Council of Constance (1414–1418).

**sig·ma** (sĭg′mə) *n.* **1.** The 18th letter of the Greek alphabet. See table at **alphabet.** **2.** A sigma factor. **3.** A sigma hyperon. [Greek, of Phoenician origin; akin to Hebrew *sāmek*, samekh.] **—sig′mate′** (-māt′) *adj.*

**sigma factor** *n.* A protein component of RNA polymerase that determines the specific site on DNA where transcription begins.

**sigma hyperon** *n.* Any of three unstable subatomic particles in the baryon family, having a mass of 2,328 to 2,343 times that of the electron and a positive, neutral, or negative electric charge. See table at **subatomic particle.**

**sig·moid** (sĭg′moid′) also **sig·moi·dal** (sĭg-moid′l) *adj.* **1.** Having the shape of the letter S. **2.** Of or relating to the sigmoid flexure of the colon. [Greek *sigmoeidēs* : *sigma*, sigma; see SIGMA + *-oeidēs*, -oid.]

**sigmoid flexure** *n.* An S-shaped section of the colon between the descending section and the rectum. Also called *sigmoid colon.*

**sig·moid·o·scope** (sĭg-moi′də-skōp′) *n.* A tubular instrument for visual examination of the sigmoid flexure. **—sig·moid′o·scop′ic** (-skŏp′ĭk) *adj.* **—sig′moid·os′co·py** (sĭg′moi-dŏs′kə-pē) *n.*

**sign** (sīn) *n.* **1.** Something that suggests the presence or existence of a fact, condition, or quality. **2.a.** An act or a gesture used to convey an idea, a desire, information, or a command: *gave the go-ahead sign.* **b.** Sign language. **3.a.** A displayed structure bearing lettering or symbols, used to identify or advertise a place of business: *a motel with a flashing neon sign outside.* **b.** A posted notice bearing a designation, direction, or command: *an EXIT sign above a door; a traffic sign.* **4.** A conventional figure or device that stands for a word, a phrase, or an operation; a symbol, as in mathematics or in musical notation. **5.** *pl.* **sign.** An indicator, such as a dropping or footprint, of the trail of an animal: *looking for deer sign.* **6.** A trace or vestige: *no sign of life.* **7.** A portentous incident or event; a presage: *took the eclipse as a sign from God.* **8.** A body manifestation that serves to indicate the presence of malfunction or disease. **9.** One of the 12 divisions of the zodiac, each named for a constellation and represented by a symbol. **—sign** *v.* **signed, sign·ing, signs.** *—tr.* **1.** To affix one's signature to. **2.** To write (one's signature). **3.** To approve or ratify (a document) by affixing a signature, seal, or other mark: *sign a bill into law.* **4.** To hire or engage by obtaining a signature on a contract: *signed a rookie pitcher for next season; sign up actors for a tour.* **5.** To relinquish or transfer title to by signature: *signed away all her claims to the estate.* **6.** To provide with a sign or signs: *sign a new highway.* **7.** To communicate with a sign or by sign language: *signed his approval; sign instructions to a hearing-impaired teammate.* **8.** To consecrate with the sign of the cross. *—intr.* **1.** To make a sign or signs; signal. **2.** To use sign language. **3.** To write one's signature. ***—phrasal verbs.*** **sign in.** To record the arrival of (another or oneself) by signing a register. **sign off.** **1.** To announce the end of a communication; conclude. **2.** To stop transmission after identifying the broadcasting station. **3.** *Informal.* To express approval formally or conclusively: *got the Congress to sign off on the tax proposal.* **sign on.** **1.** *Informal.* To enlist oneself, especially as an employee: *"Retired politicians often sign on with top-dollar law firms"* (New York Times). **2.** To start transmission with an identification of the broadcasting station. **sign out.** To record the departure of (another or oneself) by signing a register. **sign up.** To agree to be a participant or recipient by signing one's name; enlist: *signed up for military service; signing up for a pottery course.* [Middle English *signe*, from Old French, from Latin *signum*. See **sek**$^{w}$**-**$^{1}$ in Appendix.] **—sign′er** *n.*

***SYNONYMS:*** *sign, badge, mark, token, symptom, note.* These nouns are compared as they denote an outward indication of the existence or presence of something not immediately evident. *Sign* is the most general: *A high forehead is thought to be a sign of intelligence. "The exile of Gaveston was the sign of the barons' triumph"* (John R. Green). *"The V sign is the symbol of the unconquerable will of the occupied territories"* (Winston S. Churchill). *Badge* usually refers to something that is worn as an insignia of membership, is an emblem of achievement, or is a characteristic sign: *The sheriff's badge was shaped like a star. "Sweet mercy is nobility's true badge"* (Shakespeare). *Mark* can refer to a visible trace or impression (*a laundry mark*) or to an indication of a distinctive trait or characteristic: *Intolerance is the mark of a bigot.* The term can also denote a lasting effect, as of an experience: *Poverty had left its mark. Token* usually refers to evidence or proof of something intangible: *sent flowers as a token of her affection. Symptom* suggests outward evidence of a process or condition, especially an adverse condition: *"dying of a hundred good symptoms"* (Alexander Pope); *"the gale having rather increased than shown any symptoms of abating"* (Frederick Marryat). *Note* applies to the sign of a particular quality or feature: *"the eternal note of sadness"* (Matthew Arnold). See also Synonyms at **gesture.**

**Si·gnac** (sēn-yäk′), **Paul.** 1863–1935. French neoimpressionist painter. He painted mainly landscapes and marine views, such as *Port of St. Tropez* (1916).

**sign·age** (sī′nĭj) *n.* **1.** Signs considered as a group. **2.** The design or use of signs and symbols.

**sig·nal** (sĭg′nəl) *n. Abbr.* **sig.** **1.a.** An indicator, such as a gesture or colored light, that serves as a means of communication. See Synonyms at **gesture.** **b.** A message communicated by such means. **2.** Something that incites action: *The peace treaty was the signal for mass celebrations.* **3.** *Electronics.* An impulse or a fluctuating electric quantity, such as voltage, current, or electric field strength, whose variations represent coded information. **4.**

Case 0:02-cv-00777-JNE-FLN Document 48-19 Filed 07/02/2004 Page 2 of 4



The sound, image, or message transmitted or received in telegraphy, telephony, radio, television, or radar. —**signal** *adj.* Notably out of the ordinary: *a signal feat.* See Synonyms at **noticeable.** —**signal** *v.* **-naled, -nal·ing, -nals** or **-nalled, -nal·ling, -nals.** —*tr.* **1.** To make a signal to: *I signaled the driver to proceed.* **2.** To relate or make known by signals: *They have signaled their willingness to negotiate.* —*intr.* To make a signal or signals. [Middle English, from Old French, from Medieval Latin *signāle,* from neuter of Late Latin *signālis,* of a sign, from Latin *signum,* sign. See SIGN.] —**sig′nal·er, sig′nal·ler** *n.*

**sig·nal·ize** (sĭg′nə-līz′) *tr.v.* **-ized, -iz·ing, -iz·es. 1.** To make remarkable or conspicuous: *a life signalized by high accomplishments.* **2.** To point out particularly. —**sig′nal·i·za′tion** (-nə-lĭ-zā′shən) *n.*

**sig·nal·ly** (sĭg′nə-lē) *adv.* To a conspicuous degree; notably.

**sig·nal·ment** (sĭg′nəl-mənt) *n.* A detailed description of a person's appearance, as for police files. [French *signalement,* from *signaler,* to mark out, from *signal,* signal. See SIGNAL.]

**sig·na·to·ry** (sĭg′nə-tôr′ē, -tōr′ē) *adj.* Bound by signed agreement: *the signatory parties to a contract.* —**signatory** *n., pl.* **-ries.** One that has signed a treaty or other document. [Latin *signātōrius,* from *signātus,* past participle of *signāre,* to mark, from *signum,* sign. See SIGN.]

**sig·na·ture** (sĭg′nə-chər) *n.* **1.** *Abbr.* **sig.** One's name as written by oneself. **2.** The act of signing one's name. **3.** A distinctive mark, characteristic, or sound indicating identity: *A surprise ending is the signature of an O. Henry short story.* **4.** *Abbr.* **Sig., S.** *Medicine.* The part of a physician's prescription containing directions to the patient. **5.** *Music.* **a.** A sign used to indicate key. **b.** A sign used to indicate tempo. **6.** *Printing.* **a.** A letter, number, or symbol placed at the bottom of the first page on each sheet of printed pages of a book as a guide to the proper sequence of the sheets in binding. **b.** A large sheet printed with four or a multiple of four pages that when folded becomes a section of the book. [French, from Old French, from Medieval Latin *signātūra,* from Latin *signātus,* past participle of *signāre,* to mark, from *signum,* sign. See SIGN.]

**sign·board** (sīn′bôrd′, -bōrd′) *n.* A board bearing a sign.

**sig·net** (sĭg′nĭt) *n.* **1.** A seal, especially one used officially to mark documents. **2.** The impression made with such a seal. —**signet** *tr.v.* **-net·ed, -net·ing, -nets.** To mark or endorse with a signet. [Middle English, from Old French, diminutive of *signe,* sign. See SIGN.]

**signet ring** *n.* A finger ring bearing an engraved signet. Also called *seal ring.*

**sig·nif·i·cance** (sĭg-nĭf′ĭ-kəns) also **sig·nif·i·can·cy** (-kən-sē) *n.* **1.** The state or quality of being significant. See Synonyms at **importance. 2.** A meaning that is expressed. **3.** A covert or implied meaning. See Synonyms at **meaning.**

**significance level** *n. Statistics.* See **level of significance.**

**sig·nif·i·cant** (sĭg-nĭf′ĭ-kənt) *adj.* **1.** Having or expressing a meaning; meaningful. **2.** Having or expressing a covert meaning; suggestive: *a significant glance.* See Synonyms at **expressive. 3.** Having or likely to have a major effect; important: *a significant change in the tax laws.* **4.** Fairly large in amount or quantity: *significant casualties.* **5.** *Statistics.* Of or relating to observations or occurrences that are too closely correlated to be attributed to chance and therefore indicate a systematic relationship. [Latin *significāns, significant-,* present participle of *significāre,* to signify. See SIGNIFY.] —**sig·nif′i·cant·ly** *adv.*

**significant digits** *pl.n. Mathematics.* The digits of the decimal form of a number beginning with the leftmost nonzero digit and extending to the right to include all digits warranted by the accuracy of measuring devices used to obtain the numbers. Also called *significant figures.*

**significant other** *n.* **1.** A person, such as a spouse or lover, with whom one shares a long-term sexual relationship. **2.** A person, such as a family member or close friend, who is important or influential in one's life: *"The most important variable in successful smoking cessation is the support of significant others in the new nonsmoker's life"* (Carolyn Reuben).

**sig·ni·fi·ca·tion** (sĭg′nə-fĭ-kā′shən) *n.* **1.** The established meaning of a word. See Synonyms at **meaning. 2.** The act of signifying; indication.

**sig·nif·i·ca·tive** (sĭg-nĭf′ĭ-kā′tĭv) *adj.* **1.** Tending to signify or indicate; indicative. **2.** Having meaning; significant. —**sig·nif′i·ca′tive·ness** *n.*

**sig·ni·fy** (sĭg′nə-fī′) *v.* **-fied, -fy·ing, -fies.** —*tr.* **1.** To denote; mean. See Synonyms at **mean**[1]. **2.** To make known, as with a sign or word: *signify one's intent.* —*intr.* **1.** To have meaning or importance. See Synonyms at **count**[1]. **2.** *Slang.* To exchange humorous insults in a verbal game. [Middle English *signifien,* from Old French *signifier,* from Latin *significāre* : *signum,* sign; see SIGN + *-ficāre,* -fy.] —**sig′ni·fi′a·ble** *adj.* —**sig′ni·fi′er** *n.*

**si·gnior** (sēn-yôr′, -yōr′) *n.* Variant of **signor.**

**si·gnio·ry** (sēn′yə-rē) *n.* Variant of **signory.**

**sign language** *n.* **1.** A language that uses manual movements to convey grammatical structure and meaning. **2.** A method of communication, as between speakers of different languages, that uses hand movements and other gestures.

**sign manual** *n., pl.* **signs manual.** A signature, especially that of a monarch at the top of a royal decree.

**sign of the cross** *n.* A gesture describing the form of a cross, made in token of faith in Jesus or as an invocation of God's blessing.

**si·gnor** also **si·gnior** (sēn-yôr′, -yōr′) *n., pl.* **si·gno·ri** (sēn-yôr′ē, -yōr′ē) also **si·gniors** or **si·gnors.** *Abbr.* **S., Sig., sig.** Used as a courtesy title for a man in an Italian-speaking area, equivalent to *Mr.* [Italian, variant of *signore.* See SIGNORE.]

**si·gno·ra** (sēn-yôr′ə, -yōr′ə, -yô′rä) *n., pl.* **si·gno·re** (sēn-yôr′ā, -yōr′ā, -yô′rĕ) or **si·gno·ras.** Used as a courtesy title for a married woman in an Italian-speaking area, equivalent to *Mrs.* [Italian, feminine of *signore,* signore. See SIGNORE.]

**si·gno·re** (sēn-yôr′ā, -yōr′ā, -yô′rĕ) *n., pl.* **si·gno·ri** (sēn-yô′rē, -yōr′ē). *Abbr.* **S., Sig., sig.** Used as a form of polite address for a man in an Italian-speaking area. [Italian, from Medieval Latin *senior,* lord, from Latin, elder. See SENIOR.]

**si·gno·ri** (sēn-yô′rē, -yōr′ē) *n.* **1.** A plural of **signor. 2.** A plural of **signore.**

**si·gno·ri·na** (sēn′yə-rē′nə, -yô-rē′nä) *n., pl.* **-ne** (-nā, -nĕ) or **-nas.** Used as a courtesy title for an unmarried woman in an Italian-speaking area, equivalent to *Miss.* [Italian, diminutive of *signora,* signora. See SIGNORA.]

**si·gno·ry** or **si·gnio·ry** (sēn′yə-rē) *n., pl.* **-ries.** See **seigniory.** [Middle English *signorie,* from Old French *seigneurie,* from *seigneur,* seignior. See SEIGNIOR.]

**sign·post** (sīn′pōst′) *n.* **1.** A post supporting a sign that has information or directions. **2.** An indication, a sign, or a guide.

**Sig·urd** (sĭg′ərd) *n. Mythology.* A warrior hero in Norse myth who wins an accursed hoard of gold, awakens Brynhild from her enchanted sleep, marries a princess, and is slain through Brynhild's jealous contrivance.

**Si·gurds·son** (sĭg′ərd-sən, -œrth-sôn′), **Jón.** 1811–1879. Icelandic politician and scholar who secured a constitution for his country from Denmark (1874).

**Si·ha·nouk** (sē′ə-no͝ok′), Prince **Norodom.** Born 1922. Cambodian politician who served as prime minister (1955–1957) and became head of state in 1960. Sihanouk was deposed in 1970 and briefly returned to power (1975–1976) during the Pol Pot regime.

**Si·ha·sa·pa** (sə-hä′sə-pə) *n., pl.* **Sihasapa** or **-pas. 1.** A Native American people constituting a subdivision of the Teton Sioux. **2.** A member of this people. Also called *Blackfoot, Blackfoot Sioux.*

**si·ka** (sē′kə) *n.* A medium-sized deer *(Cervus nippon)* native to Japan and China but naturalized in Europe and other countries, having a small head, compact body, and mostly spotted reddish or chestnut coat. Several of its subspecies are endangered in the wild. [Japanese *shika,* deer.]

**Sikes·ton** (sīk′stən). A city of southeast Missouri west-southwest of Cairo, Illinois. It is a trade and processing center. Population, 17,431.

**Sikh** (sēk) *n.* An adherent of Sikhism. —**Sikh** *adj.* Of or relating to the Sikhs or to Sikhism. [Hindi, from Sanskrit *śiṣyaḥ,* disciple, from *śikṣati,* he wishes to learn, desiderative of *śaknoti,* is able.]

**Sikh·ism** (sēk′ĭz′əm) *n.* The doctrines and practices of a monotheistic religion founded in northern India in the 16th century and combining elements of Hinduism and Islam.

**Si Kiang** (sē′ kyäng′, shē′). See **Xi Jiang.**

**Sik·kim** (sĭk′ĭm). A region and former kingdom of northeast India in the eastern Himalaya Mountains between Nepal and Bhutan. Long isolated from the outside world, Sikkim was virtually a dependency of Tibet until the 19th century, when it came under British protection. The protectorate passed to India in 1949 and became an integral part of that country in 1975.

**Si·kor·sky** (sĭ-kôr′skē), **Igor Ivan.** 1889–1972. Russian-born American aviation pioneer. He designed (1939) the first successful American helicopter.

**si·lage** (sī′lĭj) *n.* Fodder prepared by storing and fermenting green forage plants in a silo. [Short for ENSILAGE.]

**sil·ane** (sĭl′ān′) *n.* Any of a group of silicon hydrides having the general formula SiH that are analogous to the paraffin hydrocarbons. [SIL(ICON) + (METH)ANE.]

**sild** (sĭld) *n., pl.* **sild** or **silds.** A young herring other than a sprat that is processed as a sardine in Norway. [Norwegian and Danish, from Old Norse *síld,* herring.]

**si·lence** (sī′ləns) *n.* **1.** The condition or quality of being or keeping still and silent. **2.** The absence of sound; stillness. **3.** A period of time without speech or noise. **4.** Refusal or failure to speak out. —**silence** *tr.v.* **-lenced, -lenc·ing, -lenc·es. 1.** To make silent or bring to silence: *silenced the crowd with a gesture.* **2.** To curtail the expression of; suppress: *silencing all criticism; silenced their opponents.* [Middle English, from Old French, from Latin *silentium,* from *silēns, silent-,* present participle of *silēre,* to be silent.]

**si·lenc·er** (sī′lən-sər) *n.* One that silences, especially a device attached to the muzzle of a firearm to muffle the sound of firing.

**Si·le·ni** (sī-lē′nī) *n. Greek Mythology.* Plural of **silenus.**

**si·lent** (sī′lənt) *adj.* **1.** Marked by absence of noise or sound; still. **2.** Not inclined to speak; not talkative. **3.** Unable to speak. **4.** Refraining from speech: *Do be silent.* **5.** Not voiced or expressed; unspoken: *a silent curse; silent consent.* **6.** Inactive; quiescent: *a silent volcano.* **7.** *Linguistics.* Having no phonetic value; unpronounced: *the silent* b *in subtle.* **8.** Having no spoken dialogue and usually no soundtrack. Used of a film. —**silent** *n.* A silent movie. [Latin *silēns, silent-,* present participle of *silēre,* to be silent.] —**si′lent·ly** *adv.* —**si′lent·ness** *n.*



**signet ring**




**signpost**



**sika**
*Cervus nippon*

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | o͝o took |
| ä father | o͞o boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ◆ regionalism |

**Stress marks:** ′ (primary); ′ (secondary), as in **dictionary** (dĭk′shə-nĕr′ē)

from the trunks of these plants. [Perhaps from Spanish *soto*, thicket, woods, from Latin *saltus*, narrow pass, woodland.]

**sot·ted** (sŏt′ĭd) *adj.* Muddled or stupefied, especially with liquor; besotted. **—sot′ted·ly** *adv.* **—sot′ted·ness** *n.*

**sot·tish** (sŏt′ĭsh) *adj.* **1.** Stupefied from or as if from drink. **2.** Tending to drink excessively; drunken. **—sot′tish·ly** *adv.* **—sot′tish·ness** *n.*

**sot·to vo·ce** (sŏt′ō vō′chē, sôt′tô vô′chĕ) *adv. & adj.* **1.** In soft tones, as not to be overheard; in an undertone: *"There were aspersions cast, sotto voce, but knees quickly folded into curtsies when introductions were in order"* (Barbara Lazear Ascher). **2.** *Music.* In very soft tones. Used chiefly as a direction. [Italian : *sotto*, under + *voce*, voice.]

**sou** (so͞o) *n. Abbr.* **s.** One of several coins formerly used in France, worth a small amount. [French, from Old French *sol*, from Late Latin *solidus*, solidus. See SOLIDUS.]

**sou.** or **Sou.** *abbr.* South; southern.

**sou·a·ri nut** (so͞o-är′ē) *n.* **1.** A South American evergreen tree *(Caryocar nuciferum)* having opposite, trifoliate leaves and drupes with nutlike stones containing seeds used as food and a source of cooking oil. **2.** The nut of this tree. Also called *butternut.* [French *saouari*, from Galibi *sawarra*.]

**sou·bise** (so͞o-bēz′) *n.* A sauce made with onions or onion purée. [French, after Charles de Rohan, Prince de *Soubise* (1715–1787), French soldier.]

**sou·brette** (so͞o-brĕt′) *n.* **1.a.** A saucy, coquettish, intriguing maidservant in comedies or comic opera. **b.** An actress or a singer taking such a part. **2.** A young woman regarded as flirtatious or frivolous. [French, from Provençal *soubreto*, feminine of *soubret*, conceited, from *soubra*, to leave aside, from Old Provençal *sobrar*, to be excessive, from Latin *superāre*, from *super*, above. See **uper** in Appendix.]

**sou·bri·quet** (so͞o′brĭ-kā′, -kĕt′, so͞o′brĭ-kā′, -kĕt′) *n.* Variant of **sobriquet.**

**sou·chong** also **soo·chong** (so͞o′chŏng′, -shŏng′) *n.* Any of several varieties of black tea native to China and adjacent regions. [Chinese (Mandarin) *xiǎo zhǒng* : *xiǎo*, small + *zhǒng*, kind.]

**sou·dan** (so͞od′n) *n.* Variant of **soldan.**

**souf·flé** (so͞o-flā′) *n.* A light, fluffy baked dish made with egg yolks and beaten egg whites combined with various other ingredients and served as a main dish or sweetened as a dessert. [French, from past participle of *souffler*, to puff up, from Old French *soffler*, from Latin *sufflāre* : *sub–*, sub- + *flāre*, to blow; see **bhlē-** in Appendix.] **—souf·flé′** *adj.* **—souf·fléd′** *adj.*

**Sou·fri·ère** (so͞o′frē-ĕr′). A volcano, 1,234.6 m (4,048 ft) high, on St. Vincent Island in the Windward Islands of the West Indies. A violent eruption in 1902 killed more than 1,000 people.

**sough** (sŭf, sou) *intr.v.* **soughed, sough·ing, soughs.** To make a soft murmuring or rustling sound. **—sough** *n.* A soft murmuring or rustling sound, as of the wind or a gentle surf. [Middle English *swowen, soughen*, from Old English *swōgan*.]

**sought** (sôt) *v.* Past tense and past participle of **seek.**

**souk** (so͞ok, sho͞ok) *n.* An open-air market, or a part of such a market, in an Arab city. [Arabic *sūq*.]

**soul** (sōl) *n.* **1.** The animating and vital principle in human beings, credited with the faculties of thought, action, and emotion and often conceived as an immaterial entity. **2.** The spiritual nature of human beings, regarded as immortal, separable from the body at death, and susceptible to happiness or misery in a future state. **3.** The disembodied spirit of a dead human being; a shade. **4. Soul.** *Christian Science.* God. **5.** A human being: *"the homes of some nine hundred souls"* (Garrison Keillor). **6.** The central or integral part; the vital core: *"It saddens me that this network . . . may lose its soul, which is after all the quest for news"* (Marvin Kalb). **7.** A person considered as the perfect embodiment of an intangible quality; a personification: *I am the very soul of discretion.* **8.** A person's emotional or moral nature: *"An actor is . . . often a soul which wishes to reveal itself to the world but dare not"* (Alec Guinness). **9.** A sense of ethnic pride among Black people and especially African-Americans, expressed in areas such as language, social customs, religion, and music. **10.** A strong, deeply felt emotion conveyed by a speaker or an artist. **11.** Soul music. [Middle English, from Old English *sāwol*.]

**soul brother** *n. Slang.* A fellow Black man.

**soul food** *n.* Food, such as ham hocks and collard greens, traditionally eaten by southern American Black people.

**soul·ful** (sōl′fəl) *adj.* Full of or expressing deep feeling; profoundly emotional. **—soul′ful·ly** *adv.* **—soul′ful·ness** *n.*

**soul kiss** *n.* A kiss in which the tongue enters the partner's mouth; a French kiss.

**soul·less** (sōl′lĭs) *adj.* Lacking sensitivity or the capacity for deep feeling. **—soul′less·ly** *adv.* **—soul′less·ness** *n.*

**soul mate** *n.* One of two persons compatible with each other in disposition, point of view, or sensitivity.

**soul music** *n. Music.* Popular music developed by American Black people, combining elements of gospel music and rhythm and blues.

**soul-search·ing** (sōl′sûr′chĭng) *n.* A penetrating examination of one's motives, convictions, and attitudes.

**soul sister** *n. Slang.* A fellow Black woman.

**sound¹** (sound) *n.* **1.a.** Vibrations transmitted through an elastic material or a solid, liquid, or gas, with frequencies in the approximate range of 20 to 20,000 hertz, capable of being detected by human organs of hearing. **b.** Transmitted vibrations of any frequency. **c.** The sensation stimulated in the organs of hearing by such vibrations in the air or other medium. **d.** Such sensations considered as a group. **2.** A distinctive noise: *a hollow sound.* **3.** The distance over which something can be heard: *within sound of my voice.* **4.** *Linguistics.* **a.** An articulation made by the vocal apparatus: *a vowel sound; a speech sound.* **b.** The distinctive character of such an articulation: *The words* bear *and* bare *have the same sound.* **5.** A mental impression; an implication: *didn't like the sound of the invitation.* **6.** Auditory material that is recorded, as for a movie. **7.** Meaningless noise. **8.** *Music.* A distinctive style, as of an orchestra or a singer. **9.** *Archaic.* Rumor; report. **—sound** *v.* **sound·ed, sound·ing, sounds.** *—intr.* **1.a.** To make or give forth a sound: *The siren sounded.* **b.** To be given forth as a sound: *The fanfare sounded.* **2.** To present a particular impression: *That argument sounds reasonable.* *—tr.* **1.** To cause to give forth or produce a sound: *sounded the gong.* **2.** To summon, announce, or signal by a sound: *sound a warning.* **3.** *Linguistics.* To articulate; pronounce: *sound a vowel.* **4.** To make known; celebrate: *"Nations unborn your mighty names shall sound"* (Alexander Pope). **5.** To examine (a body organ or part) by causing to emit sound; auscultate. **—*phrasal verb.* sound off. 1.** To express one's views vigorously: *was always sounding off about higher taxes.* **2.** To count cadence when marching in military formation. [Middle English *soun*, from Old French *son*, from Latin *sonus.* See **swen-** in Appendix.]

**sound²** (sound) *adj.* **sound·er, sound·est. 1.** Free from defect, decay, or damage; in good condition. **2.** Free from disease or injury. See Synonyms at **healthy. 3.** Having a firm basis; unshakable: *a sound foundation.* **4.** Financially secure or safe: *a sound economy.* **5.a.** Based on valid reasoning: *a sound observation.* See Synonyms at **valid. b.** Free from logical flaws: *sound reasoning.* **c.** *Logic.* Of or relating to an argument in which all the premises are true and the conclusion follows from the premises. **6.** Thorough; complete: *a sound flogging.* **7.** Deep and unbroken; undisturbed: *a sound sleep.* **8.** Free from moral defect; upright. **9.** Worthy of confidence; trustworthy. **10.** Marked by or showing common sense and good judgment; levelheaded: *a sound approach to the problem.* **11.** Compatible with an accepted point of view; conservative. **12.** *Law.* Legally valid. **—sound** *adv.* Thoroughly; deeply: *sound asleep.* [Middle English, from Old English *gesund.*] **—sound′ly** *adv.* **—sound′ness** *n.*

**sound³** (sound) *n.* **1.** *Abbr.* **sd.** A long, relatively wide body of water, larger than a strait or a channel, connecting larger bodies of water. **2.** A long, wide ocean inlet. **3.** The air bladder of a fish. [Middle English, from Old English *sund*, swimming, sea.]

**sound⁴** (sound) *v.* **sound·ed, sound·ing, sounds.** *—tr.* **1.** To measure the depth of (water), especially by means of a weighted line; fathom. **2.** To try to learn the attitudes or opinions of: *sounded out her feelings.* **3.** To probe (a body cavity) with a sound. *—intr.* **1.** To measure depth. **2.** To dive swiftly downward. Used of a whale or fish. **3.** To look into a possibility; investigate. **—sound** *n.* An instrument used to examine or explore body cavities, as for foreign bodies or other abnormalities, or to dilate strictures in them. [Middle English *sounden*, from Old French *sonder*, from *sonde*, sounding line, probably of Germanic origin.] **—sound′a·ble** *adj.*

**sound-a·like** (sound′ə-līk′) *n.* One that closely resembles another in sound, especially by imitation of voice or of musical style: *an Enrico Caruso sound-alike.*

**sound barrier** *n.* **1.** See **sonic barrier. 2.** A set of tall wooden, plastic, or concrete barriers placed along a road or highway to muffle the sound of traffic.

**sound bite** *n. Slang.* A very brief broadcast statement, as by a politician during a news report: *"The box has been spitting forth maddening nine-second sound bites"* (Mary McGrory).

**sound·board** (sound′bôrd′, -bōrd′) *n. Music.* See **sounding board** (sense 1).

**sound box** *n. Music.* A hollow chamber in the body of an instrument, such as a violin or a cello, that intensifies the resonance of the tone.

**sound camera** *n.* A movie camera equipped to record sound and visual image synchronously.

**sound effects** *pl.n.* Imitative sounds, as of thunder or an explosion, produced artificially for theatrical purposes, as for a film, play, or radio program.

**sound·er¹** (soun′dər) *n.* One that makes a sound: *a sounder of alarms.*

**sound·er²** (soun′dər) *n.* One that sounds, especially a device for making soundings of the sea.

**sound·er³** (soun′dər) *n.* A herd of wild boar. See Synonyms at **flock¹.** [Middle English, from Old French *sondre*, of Germanic origin.]

**sound·ing¹** (soun′dĭng) *n.* **1.** The act of one that sounds. **2.** A probe of the environment for scientific observation. **3.a.** A measured depth of water. **b.** Often **soundings.** Water shallow enough for depth measurements to be taken by a hand line.

**sound·ing²** (soun′dĭng) *adj.* **1.** Emitting a full sound; resonant. **2.** Noisy but with little significance.

**sounding board** *n.* **1.** *Music.* **a.** A thin board forming the upper portion of the resonant chamber in an instrument, such as a violin or piano, and serving to increase resonance. **b.** A structure placed behind or over a podium or platform to reflect music



souk

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | o͝o took |
| ä father | o͞o boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary); ′ (secondary), as in dictionary (dĭk′shə-nĕr′ē)

Case 0:02-cv-00777-JNE-FLN Document 48-19 Filed 07/02/2004 Page 4 of 4



or a speaker's voice to an audience. Also called *soundboard*. **2.** A person or group whose reactions to an idea, opinion, or point of view will serve as a measure of its effectiveness or acceptability. **3.** A device or means serving to spread or popularize an idea or a point of view.

**sounding lead** (lĕd) *n. Nautical.* The metal weight at the end of a sounding line.

**sounding line** *n. Nautical.* A line marked at intervals of fathoms and weighted at one end, used to determine the depth of water. Also called *lead line*.

**sounding rocket** *n.* A rocket used to make observations anywhere within Earth's atmosphere.

**sound·less** (sound′lĭs) *adj.* Making no sound. See Synonyms at **still**[1]. —**sound′less·ly** *adv.* —**sound′less·ness** *n.*

**sound·man** (sound′măn′) *n.* One in charge of recording, transmitting, or amplifying sound or of producing sound effects, as for a television or radio broadcast.

**sound pollution** *n.* See **noise pollution.**

**sound·proof** (sound′pro͞of′) *adj.* Not penetrable by audible sound. —**sound′proof′** *v.*

**sound rang·ing** (rān′jĭng) *n.* A method for locating a source of sound, such as an enemy gun, by measuring the travel time of the sound wave to microphones at known positions.

**sound stage** also **sound·stage** (sound′stāj′) *n.* A usually soundproof room or studio used for the production of movies.

**sound·track** also **sound track** (sound′trăk′) *n.* **1.** The narrow strip at one side of a movie film that carries the sound recording. **2.a.** The music that accompanies a movie. **b.** A commercial phonograph record or tape of such music.

**sound truck** *n.* A truck or other vehicle having one or more loudspeakers, usually situated on top, typically used for broadcasting political or commercial messages.

**sound wave** *n.* A longitudinal pressure wave of audible or inaudible sound.

**soup** (so͞op) *n.* **1.** A liquid food prepared from meat, fish, or vegetable stock combined with various other ingredients and often containing solid pieces. **2.** *Slang.* Something having the appearance or a consistency suggestive of soup, especially: **a.** Dense fog. **b.** Nitroglycerine. **3.** A chaotic or unfortunate situation. —***phrasal verb.*** **soup up.** *Slang.* To modify (something) so as to increase its capacity to perform or satisfy, especially to add horsepower or greater speed potential to (an engine or a vehicle): *souped up the 1959 Ford; souping up old sound systems.* —***idiom.*** **in the soup.** *Slang.* Having difficulties; in trouble. [Middle English *soupe*, from Old French, of Germanic origin; see **seuə-**[2] in Appendix. *Soup up*, from SOUP, material injected into a horse to make it run faster (influenced by SUPERCHARGE).]

**soup·çon** (so͞op-sôɴ′, so͞op′sŏn′) *n.* A very small amount; a trace: *not a soupçon of mercy.* [French, from Old French *sospeçon*, suspicion, from Latin *suspectiō, suspectiōn-*, fear, from *suspectus*, past participle of *suspicere*, to suspect. See SUSPECT.]

**soup du jour** (so͞op′ də zho͞or′) *n., pl.* **soups du jour.** A soup featured by a restaurant on a given day. [French *soupe du jour* : *soupe*, soup + *du*, of the + *jour*, day.]

**soup kitchen** *n.* A place where food is offered free or at very low cost to the needy.

**soup·spoon** (so͞op′spo͞on′) *n.* A spoon somewhat larger than a teaspoon, used for eating soup.

**soup·y** (so͞o′pē) *adj.* **-i·er, -i·est. 1.** Having the appearance or consistency of soup. **2.** *Slang.* Foggy: *soupy weather.* **3.** *Informal.* Sentimental.



**sousaphone**

**sour** (sour) *adj.* **sour·er, sour·est. 1.** Having a taste characteristic of that produced by acids; sharp, tart, or tangy. **2.** Made acid or rancid by fermentation. **3.** Having the characteristics of fermentation or rancidity; tasting or smelling of decay. **4.a.** Bad-tempered and morose; peevish: *a sour temper.* **b.** Displeased with something one formerly admired or liked; disenchanted: *sour on ballet.* **5.** Not measuring up to the expected or usual ability or quality; bad. **6.** Of or relating to excessively acid soil that is damaging to crops. **7.** Containing excessive sulfur compounds. Used of gasoline. —**sour** *n.* **1.** The sensation of sour taste, one of the four primary tastes. **2.** Something sour. **3.** A mixed drink made especially with whiskey, lemon or lime juice, sugar, and sometimes soda water. —**sour** *tr. & intr.v.* **soured, sour·ing, sours. 1.** To make or become sour. **2.** To make or become disagreeable or disenchanted. [Middle English, from Old English *sūr*.] —**sour′ish** *adj.* —**sour′ly** *adv.* —**sour′ness** *n.*

***SYNONYMS:*** *sour, acid, acidulous, dry, tart.* The central meaning shared by these adjectives is "having a taste like that produced by an acid": *sour cider; acid, unripe grapes; an acidulous tomato; dry white wine; tart cherries.*

**sour·ball** (sour′bôl′) *n.* A round piece of hard, tart candy.

**source** (sôrs, sōrs) *n.* **1.** The point at which something springs into being or from which it derives or is obtained. **2.** The point of origin, such as a spring, of a stream or river. See Synonyms at **origin. 3.** One that causes, creates, or initiates; a maker. **4.** One, such as a person or document, that supplies information: *A reporter is only as reliable as his or her sources.* **5.** *Physics.* The point or part of a system where energy or mass is added to the system. —**source** *v.* **sourced, sourc·ing, sourc·es.** —*tr.* **1.** To specify the origin of (a communication); document: *The report is thoroughly sourced.* **2.** To obtain (parts or materials) [illegible] other business, country, or locale for manufacture: [illegible] *the spoke nuts from our company.* —*intr.* To obtain [illegible] terials from another business, country, or locale: [illegible] *ing from abroad in order to save money.* [Middle [illegible] Old French *sourse*, from feminine past participle of [illegible] rise, from Latin *surgere*. See SURGE.]

**source book** *n.* **1.** A primary document, as of [illegible] ture, or religion, on which secondary writings are [illegible] collection of such documents.

**source language** *n. Abbr.* **SL** The language from which [illegible] translation is to be made.

**sour cherry** *n.* **1.** A deciduous shrub or small tree (*[illegible] cerasus*) having white flowers and tart red fruit. **2.** The [illegible] fruit of this plant.

**sour cream** *n.* **1.** Cream that has soured naturally by the [illegible] tion of lactic-acid bacteria, used in baking certain breads and cakes. **2.** A smooth, thick, artificially soured cream, widely used as an ingredient in soups, salads, and various meat dishes.

**sour·dine** (so͞or-dēn′) *n. Music.* **1.** An obsolete double-reed instrument with a soft tone. **2.** A mute, especially one for a violin. **3.** A stop on an organ producing a low, soft, muted tone. [French, from Italian *sordina*, feminine of *sordino*, a mute, diminutive of *sordo*, deaf, mute, from Latin *surdus*.]

**sour·dough** (sour′dō′) *n.* **1.** Sour fermented dough used as leaven in making bread. **2.** An early settler or prospector, especially in Alaska and northwest Canada.

**sour grapes** *pl.n.* Denial of the desirability of something after one has found out that it cannot be reached or acquired: *The losers' scorn for the award is pure sour grapes.*

**sour gum** *n.* A deciduous tree (*Nyssa sylvatica*) of the eastern United States and Mexico, having glossy, somewhat leathery leaves and soft wood. Also called *black gum, pepperidge.*

**Sou·ris** (so͞o′rĭs). A river, about 724 km (450 mi) long, rising in southern Saskatchewan, Canada, and flowing southeast in a great loop into northern North Dakota then north and northeast to the Assiniboine River in southwest Manitoba.

**sour mash** *n.* **1.** A mixture of new mash and mash from a preceding run used to distill certain malt whiskeys. **2.** Whiskey so distilled.

**sour orange** *n.* A spiny evergreen tree (*Citrus aurantium*) native to southern Vietnam and widely cultivated in warmer regions, having globose, reddish-orange, highly acidic fruit. Also called *bigarade, bitter orange, Seville orange.*

**sour·puss** (sour′po͝os′) *n. Slang.* A habitually gloomy or sullen person. [SOUR + PUSS[2].]

**sour salt** *n.* Crystals of citric acid used in cooking.

**sour·sop** (sour′sŏp′) *n.* **1.** A tropical American evergreen tree (*Annona muricata*) bearing spiny fruit with tart edible pulp. **2.** The fruit of this tree.

**sour·wood** (sour′wo͝od′) *n.* A deciduous tree (*Oxydendrum arboreum*) of the eastern United States, having drooping terminal panicles of small, white, urn-shaped flowers. Also called *sorrel tree.* [So called from its sour-tasting leaves.]

**Sou·sa** (so͞o′zə, -sə), **John Philip.** Known as "the March King." 1854–1932. American bandmaster and composer who wrote marches such as *Stars and Stripes Forever* (1897).

**sou·sa·phone** (so͞o′zə-fōn′, -sə-) *n. Music.* A large brass wind instrument, similar in range to the tuba, having a flaring bell and a shape adapted to being carried in marching bands. [After John Philip SOUSA.]

**souse**[1] (sous) *v.* **soused, sous·ing, sous·es.** —*tr.* **1.** To plunge into a liquid. **2.** To make soaking wet; drench. See Synonyms at **dip. 3.** To steep in a mixture, as in pickling. **4.** *Slang.* To make intoxicated. —*intr.* To become immersed or soaking wet. —**souse** *n.* **1.** The act or process of sousing. **2.a.** Food steeped in pickle, especially pork trimmings. **b.** The liquid used in pickling; brine. **3.** *Slang.* **a.** A drunkard. **b.** A period of heavy drinking; a binge. [Middle English *sousen*, probably from Old French *souser, to pickle, from *souz, sous*, pickled meat, of Germanic origin. See **sal-** in Appendix.]

**souse**[2] (sous) *v.* **soused, sous·ing, sous·es.** *Archaic.* —*tr.* To pounce on; attack. —*intr.* To swoop down, as an attacking hawk does. —**souse** *n. Obsolete.* A swooping motion of attack. [From Middle English *souse*, swooping motion, alteration of *sours*, source, a rising. See SOURCE.]

**sous·lik** (so͞os′lĭk) *n.* Variant of **suslik.**

**Sousse** (so͞os) also **Su·sah** or **Su·sa** (so͞o′sə, -zə). A city of northeast Tunisia on an inlet of the Mediterranean Sea. Founded in ancient times by the Phoenicians, it was an important city under the Romans and Carthaginians and later under the Arabs (9th–11th centuries) and the French (19th–20th centuries). Population, 69,530.

**sous vide** (so͞o vēd′) *n.* The cooking of various ingredients in a plastic pouch. [French, in a vacuum, vacuum-packed : *sous*, under + *vide*, vacuum.] —**sous-vide′** (so͞o-vēd′) *adj.*

**sou·tache** (so͞o-tăsh′) *n.* A narrow flat braid in a herringbone pattern, used for trimming and embroidery. [French, from Hungarian *sujtás*.]

**sou·tane** (so͞o-tän′ -tăn′) *n.* A cassock, especially one that buttons up and down the front. [French, alteration (influenced by French *sous*, under) of obsolete *sottane*, from Italian *sottana*, from *sotto*, under, from Latin *subtus*, from *sub*. See **upo** in Appendix.]