*Informal.* Fashionable; posh: "*a swish pastry shop on the Rue du Bac*" (Julia Child). **2.** *Slang.* Effeminate. [Imitative.]

**swish·y** (swĭsh′ē) *adj.* **-i·er, -i·est. 1.** Producing a swishing sound. **2.** *Slang.* Effeminate.

**Swiss** (swĭs) *adj.* Of or relating to Switzerland or its people or culture. **—Swiss** *n.* **1.** *pl.* **Swiss.** A native or inhabitant of Switzerland. **2.** Also **swiss.** A crisp, sheer cotton fabric used for curtains or light garments. **3.** A firm white or pale yellow cheese with a nutlike flavor and many holes, originally produced in Switzerland. [French *Suisse*, from Middle High German *Swîzer*, from *Swîz*, Switzerland.]




**Switzerland**

**Swiss chard** *n.* A variety of beet (*Beta vulgaris* var. *cicla*) having large succulent leaves used as a vegetable.

**Swiss Guard** *n.* A member of a corps of soldiers of Swiss birth employed at the Vatican as bodyguards to the pope.

**Swiss steak** *n.* A round steak pounded with flour and braised in stock with vegetables.

♦**switch** (swĭch) *n.* **1.** A slender flexible rod, stick, or twig, especially one used for whipping. **2.** The bushy tip of the tail of certain animals: *a cow's switch.* **3.** A thick strand of real or synthetic hair used as part of a coiffure. **4.** A flailing or lashing, as with a slender rod. **5.** *Abbr.* **sw.** A device used to break or open an electric circuit or to divert current from one conductor to another. **6.** *Abbr.* **sw.** A device consisting of two sections of railroad track and accompanying apparatus used to transfer rolling stock from one track to another. **7.a.** The act or process of operating a switching device. **b.** The result achieved by such an act. **8.** An exchange or a swap, especially one done secretly. **9.** A transference or shift, as of opinion or attention. **—switch** *v.* **switched, switch·ing, switch·es.** *—tr.* **1.** *Chiefly Southern U.S.* To whip with or as if with a switch, especially in punishing a child. **2.** To jerk or swish abruptly or sharply: *a cat switching its tail.* **3.** To shift, transfer, or divert: *switched the conversation to a lighter subject.* **4.** To exchange: *asked her brother to switch seats with her.* **5.** To connect, disconnect, or divert (an electric current) by operating a switch. **6.** To cause (an electric current or appliance) to begin or cease operation: *switched the lights on and off.* **7.** *Informal.* To produce as if by operating a control. Often used with *on*: *switched on the charm.* **8.** To move (rolling stock) from one track to another; shunt. *—intr.* **1.** To make or undergo a shift or an exchange: *The office has switched from typewriters to word processors.* **2.** To swish sharply from side to side. ***—phrasal verb.* switch off.** *Informal.* To stop paying attention; lose interest. [Probably of Low German or Flemish origin.] **—switch′a·ble** *adj.* **—switch′er** *n.*



**sword**
Dress sword used by Lafayette

**switch·back** (swĭch′băk′) *n.* **1.** A road, trail, or railroad track that ascends a steep incline in a zigzag course. **2.** A sharp bend in a road or trail ascending a steep incline. **3.** *Chiefly British.* A roller coaster.

**switch·blade** (swĭch′blād′) *n.* A pocketknife having a spring-operated blade that opens instantly when a release on the handle is pressed. Also called *switchblade knife, switch knife.*

**switch·board** (swĭch′bôrd′, -bōrd′) *n.* *Abbr.* **swbd, swbd. 1.** One or more panels accommodating control switches, indicators, and other apparatus for operating electric circuits. **2.** See **telephone exchange.**

**switch·er·oo** (swĭch′ə-ro͞o′) *n., pl.* **-oos.** *Slang.* An unexpected variation or reversal. [Alteration of SWITCH.]

**switch hitter** *n.* *Baseball.* A player who can bat either right-handed or left-handed. **—switch′-hit′** (swĭch′hĭt′) *v.*

**switch knife** *n.* See **switchblade.**

**switch·man** (swĭch′mən) *n.* A man who operates railroad switches.

**switch·o·ver** (swĭch′ō′vər) *n.* A complete shift, as from one system to another.

**switch·yard** (swĭch′yärd′) *n.* An area where railroad cars are switched and trains assembled.

**Switz.** *abbr.* Switzerland.

**Swit·zer** (swĭt′sər) *n.* **1.** A Swiss. **2.** A Swiss Guard. [Ultimately from Middle High German *Swîzer*. See SWISS.]

**Swit·zer·land** (swĭt′sər-lənd). *Abbr.* **Switz.** A country of west-central Europe. It became part of the Holy Roman Empire in the 10th century but by 1499 had achieved independence as a confederation of cantons. Switzerland later adopted a federal constitution (1848) and maintained a policy of neutrality through both World Wars. Bern is the capital and Zurich the largest city. Population, 6,455,900.

**swiv·el** (swĭv′əl) *n.* **1.** A link, pivot, or another fastening so designed that it permits the free turning of attached parts. **2.** A pivoted support that allows an attached object, such as a chair or gun, to turn in a horizontal plane. **3.** A gun that turns on a pivot. **—swivel** *v.* **-eled, -el·ing, -els** or **-elled, -el·ling, -els.** *—tr.* **1.** To turn or rotate on or as if on a swivel. **2.** To secure, fit, or support with a swivel. *—intr.* To turn on or as if on a swivel. [Middle English *swyvel.*]

**swivel chair** *n.* A chair that swivels on its base.

**swiv·el-hipped** (swĭv′əl-hĭpt′) *adj.* Characterized by an exaggerated swinging movement of the hips.

**swiv·et** (swĭv′ĭt) *n.* *Informal.* Extreme distress or discomposure. [Origin unknown.]

**swiz·zle** (swĭz′əl) *n.* Any of various tall mixed drinks usually made with rum. [Origin unknown.]

**swizzle stick** *n.* A small, thin rod for stirring mixed drinks.



**sycamore**
American sycamore
*Platanus occidentalis*

**swob** (swŏb) *n.* & *v.* Variant of **swab.**

**swol·len** (swō′lən) *v.* A past participle of **swell. —swolle**
*adj.* **1.** Expanded by or as if by internal pressure; distended:
*swollen toe.* **2.** Overblown; bombastic: *swollen rhetoric.*

**swoon** (swo͞on) *intr.v.* **swooned, swoon·ing, swoons. 1.**
faint. **2.** To be overwhelmed by ecstatic joy. **—swoon** *n.* **1.**
fainting spell; syncope. See Synonyms at **blackout. 2.** A state
ecstasy or rapture. [Middle English *swounen*, probably fro
*iswowen*, in a swoon, from Old English *geswōgen*, past particip
of **swōgan*, to suffocate.]

**swoop** (swo͞op) *v.* **swooped, swoop·ing, swoops.** *—intr.*
To move in a sudden sweep: *The bird swooped down on its pre*
**2.** To make a rush or an attack with or as if with a sudden swee
ing movement. Often used with *down*: *The children swooped dow
on the pile of presents.* *—tr.* To seize or snatch in or as if in
sudden sweeping movement. **—swoop** *n.* The act or an instan
of swooping. [Middle English *swopen*, to sweep along, from Ol
English *swāpan*, to sweep, swing.]

**swoosh** (swo͞osh, swo͝osh) *v.* **swooshed, swoosh·ing,
swoosh·es.** *—intr.* **1.** To move with or make a rushing soun
**2.** To flow or swirl copiously. *—tr.* To cause to move with
make a rushing or swirling sound. [Imitative.]

**swop** (swŏp) *v.* & *n.* Variant of **swap.**

**sword** (sôrd) *n.* **1.** A weapon consisting typically of a lon
straight or slightly curved, pointed blade having one or two cu
ting edges and set into a hilt. **2.** An instrument of death or de
struction. **3.a.** The use of force, as in war. **b.** Military power
jurisdiction. ***—idioms.* at swords' points.** Ready for a fight. **pu
to the sword.** To kill; slay. [Middle English, from Old Englis
*sweord.*]

**sword bayonet** *n.* A short sword that can be attached to th
muzzle of a rifle for use as a bayonet.

**sword·bill** (sôrd′bĭl′) *n.* A hummingbird (*Ensifera ensifera*)
South America, having a slender bill that is longer than the hea
and body combined.

**sword cane** *n.* A cane with a hollow shaft in which a swor
can be concealed.

**sword dance** *n.* A dance performed with swords, especiall
one performed around swords laid on the ground.

**sword fern** *n.* Any of various ferns of the genus *Nephrolepi*
including the Boston fern, having bipinnately compound frond
and sori at the vein tips.

**sword·fish** (sôrd′fĭsh′) *n., pl.* **swordfish** or **-fish·es.**
large marine food and game fish (*Xiphias gladius*) having a lon
swordlike extension of the upper jaw that is used chiefly as
means of defense and attack.

**sword grass** *n.* Any of various grasses or grasslike plants hav
ing pointed, swordlike leaves.

**sword knot** *n.* A decorative loop or tassel attached to the hi
of a sword.

**sword lily** *n.* *Botany.* See **gladiolus** (sense 1).

**sword of Damocles** *n.* Constant threat; imminent peril: "*th
Latin American debt, overhanging American banks like the swor
of Damocles*" (Arthur M. Schlesinger, Jr.). [After DAMOCLES.]

**sword·play** (sôrd′plā′) *n.* The act or art of using a sword, a
in fencing.

**swords·man** (sôrdz′mən) *n.* **1.** A man who is skilled in th
use of swords. **2.** A fencer. **—swords′man·ship′** *n.*

**sword·tail** (sôrd′tāl′) *n.* A small, brightly colored, live
bearing freshwater fish (*Xiphophorus helleri*) of Central Americ
having a long, tapering extension of the caudal fin in the male an
popular in home aquariums.

**swore** (swôr, swōr) *v.* Past tense of **swear.**

**sworn** (swôrn, swōrn) *v.* Past participle of **swear. —sworn** *ad*
**1.** Having been asserted as true under oath: *sworn statements b
witnesses.* **2.** Bound or empowered by an oath: *a sworn officia*
**3.** Avowed: *a sworn friend.*

**swum** (swŭm) *v.* Past participle of **swim.**

**swung** (swŭng) *v.* Past tense and past participle of **swing.**

**swung dash** *n.* *Printing.* A character (~) used to stand for a
or part of a word that has previously been spelled out.

**Syb·a·ris** (sĭb′ər-ĭs). An ancient Greek city of southern Italy o
the Gulf of Taranto. Noted for its wealth and luxury, it was de
stroyed in warfare with Crotona in 510 B.C.

**Syb·a·rite** (sĭb′ə-rīt′) *n.* **1.** Often **sybarite.** A person devote
to pleasure and luxury; a voluptuary. **2.** A native or inhabitan
of Sybaris. [Latin *Sybarīta*, native of Sybaris, from Greek *Su
baritēs*, from *Subaris*, Sybaris.] **—syb′a·rit·ism** (-rĭ-tĭz′əm) *n*

**syb·a·rit·ic** (sĭb′ə-rĭt′ĭk) *adj.* **1.** Devoted to or marked b
often excessive or effete luxury. See Synonyms at **sensuous. 2**
**Sybaritic.** Of or relating to Sybaris or its people. **—syb′a·rit′i
cal·ly** *adv.*

**syc·a·mine** (sĭk′ə-mīn′, -mĭn) *n.* A tree mentioned in the Ne
Testament, thought to be a species of mulberry. [Latin *sycami
nus*, from Greek *sukaminos*, of Semitic origin.]

**syc·a·more** (sĭk′ə-môr′, -mōr′) *n.* **1.** Any of various decid
uous trees of the genus *Platanus*, especially *P. occidentalis* of east
ern North America, having palmately lobed leaves, ball-like, nod
ding, hairy fruit clusters, and bark that flakes off in large colorfu
patches. Also called *buttonball, buttonwood.* **2.** A Eurasian de
ciduous maple tree (*Acer pseudoplatanus*) having palmately lobe
leaves, winged fruits, and greenish flowers. **3.** A fig tree (*Ficu*

To menace or threaten; intimidate. [Latin *terrificāre*, from *terrificus*, terrific. See TERRIFIC.]

**ter·rig·e·nous** (tĕ-rĭj′ə-nəs) *adj. Geology.* Derived from the land, especially by erosive action. Used primarily of sediments. [From Latin *terrigena*, earth-born : *terra*, earth; see **ters-** in Appendix + –GENOUS.]

**ter·rine** (tə-rēn′) *n.* **1.** An earthenware dish for cooking and serving food. **2.** A food, especially a pâté or a mixture of chopped meat or fish and vegetables, that is cooked or served in such a dish. [French. See TUREEN.]

**ter·ri·to·ri·al** (tĕr′ĭ-tôr′ē-əl, -tōr′-) *adj. Abbr.* **ter., terr. 1.** Of or relating to the geographic area under a given jurisdiction: *the territorial limits of a country.* **2.** Relating or restricted to a particular territory; regional: *a territorial court.* **3.** Often **Territorial.** Of or relating to an administrative territory: *the territorial government of the U.S. Virgin Islands; Whitehorse, the territorial capital of the Yukon.* **4.** Often **Territorial.** Organized for national or home defense: *the British Territorial Army.* **5.** *Biology.* Displaying territoriality; defending a territory from intruders: *territorial behavior; a territorial species.* **—territorial** also **Territorial** *n.* A member of a territorial army. **—ter′ri·to′ri·al·ly** *adv.*

**ter·ri·to·ri·al·ism** (tĕr′ĭ-tôr′ē-ə-lĭz′əm, -tōr′-) *n.* **1.** A social system that gives authority and influence in a state to the landowners. **2.** A system of church government based on primacy of civil power. **—ter′ri·to′ri·al·ist** *n.*

**ter·ri·to·ri·al·i·ty** (tĕr′ĭ-tôr′ē-ăl′ĭ-tē, -tōr′-) *n., pl.* **-ties. 1.** The status of a territory. **2.** A behavior pattern in animals consisting of the occupation and defense of a territory.

**ter·ri·to·ri·al·ize** (tĕr′ĭ-tôr′ē-ə-līz′, -tōr′-) *tr.v.* **-ized, -iz·ing, -iz·es. 1.** To make a territory of; organize as a territory. **2.** To extend by adding territory. **—ter′ri·to′ri·al·i·za′tion** (-ə-lĭ-zā′shən) *n.*

**territorial waters** *pl.n.* Inland and coastal waters under the jurisdiction of a nation or state, especially the ocean waters within 3 or 12 miles (4.8 or 19.3 kilometers) of the shoreline.

**ter·ri·to·ry** (tĕr′ĭ-tôr′ē, -tōr′ē) *n., pl.* **-ries.** *Abbr.* **ter., terr., t., T. 1.** An area of land; a region. **2.** The land and waters under the jurisdiction of a government. **3. a.** A political subdivision of a country. **b.** A geographic region, such as a colonial possession, that is dependent on an external government: *the territories of the Holy Roman Empire.* **4.** Often **Territory. a.** A subdivision of the United States that is not a state and is administered by an appointed or elected governor and elected legislature. **b.** A similarly organized political subdivision of Canada or Australia. **5.** An area for which a person is responsible as a representative or an agent: *a salesperson's territory.* **6.** *Sports.* The area of a field defended by a specified team: *punted the ball deep into the opponent's territory.* **7.** *Biology.* An area occupied by a single animal, mating pair, or group and often vigorously defended against intruders, especially those of the same species. **8.** A sphere of action or interest; a province. See Synonyms at **field.** [Middle English, from Latin *territōrium*, from *terra*, earth. See **ters-** in Appendix.]



tesseract

**ter·ror** (tĕr′ər) *n.* **1.** Intense, overpowering fear. See Synonyms at **fear. 2.** One that instills intense fear: *a rabid dog that became the terror of the neighborhood.* **3.** The ability to instill intense fear: *the terror of jackboots pounding down the street.* **4.** Violence committed or threatened by a group to intimidate or coerce a population, as for military or political purposes. **5.** *Informal.* An annoying or intolerable pest: *that little terror of a child.* [Middle English *terrour*, from Old French *terreur*, from Latin *terror*, from *terrēre*, to frighten.]

**ter·ror·ism** (tĕr′ə-rĭz′əm) *n.* The unlawful use or threatened use of force or violence by a person or an organized group against people or property with the intention of intimidating or coercing societies or governments, often for ideological or political reasons.

**ter·ror·ist** (tĕr′ər-ĭst) *n.* One that engages in acts or an act of terrorism. **—terrorist** *adj.* Of, relating to, or constituting terrorism. **—ter′ror·is′tic** *adj.*

**ter·ror·ize** (tĕr′ə-rīz′) *tr.v.* **-ized, -iz·ing, -iz·es. 1.** To fill or overpower with terror; terrify. **2.** To coerce by intimidation or fear. See Synonyms at **frighten. —ter′ror·i·za′tion** (-ər-ĭ-zā′shən) *n.* **—ter′ror·iz′er** *n.*

**ter·ry** (tĕr′ē) *n., pl.* **-ries. 1.** One of the uncut loops that form the pile of a fabric. **2.** A pile fabric, usually woven of cotton, with uncut loops on both sides, used for bath towels and robes. In this sense, also called *terry cloth.* [Origin unknown.]

**Ter·ry** (tĕr′ē), Dame **Ellen Alice** or **Alicia.** 1847–1928. British actress. The preeminent English-speaking actress of her day, she was known for her Shakespearean roles and her correspondence with George Bernard Shaw.

**terse** (tûrs) *adj.* **ters·er, ters·est.** Brief and to the point; effectively concise. [Latin *tersus*, past participle of *tergēre*, to cleanse.] **—terse′ly** *adv.* **—terse′ness** *n.*

**ter·tial** (tûr′shəl) *adj.* Of, relating to, or designating the third row of flight feathers on the basal section of a bird's wing. **—tertial** *n.* A tertial feather. [Latin *tertius*, third; see TERTIARY + –AL[1].]

**ter·tian** (tûr′shən) *adj.* Recurring every other day or, when considered inclusively, every third day: *a tertian fever.* **—tertian** *n. Pathology.* A tertian fever, such as vivax malaria. [Middle English *terciane*, tertian fever, from Latin *(febris) tertiāna*, (fever) of the third (day), from *tertius*, third. See **trei-** in Appendix.]

**ter·ti·ar·y** (tûr′shē-ĕr′ē) *adj.* **1.** Third in place, order, degree, or rank. **2.** Of, relating to, or designating the short flight feathers nearest the body on the rear edge of a bird's wing. **3.** *Chemistry.* **a.** Of or relating to salts of acids containing three replaceable hydrogen atoms. **b.** Of or relating to organic compounds in which a group, such as an alcohol or amine, is bound to three nonelementary radicals. **4. Tertiary.** *Geology.* Of, belonging to, or being the geologic time, system of rocks, and sedimentary deposits of the first period of the Cenozoic Era, extending from the Cretaceous Period of the Mesozoic Era to the Quaternary Period of the Cenozoic Era, characterized by the appearance of modern flora and of apes and other large mammals. See table at **geologic time. —tertiary** *n., pl.* **-ies. 1.** A tertiary feather. **2. Tertiary.** *Geology.* The Tertiary Period or its system of deposits. **3.** *Roman Catholic Church.* A member of a religious Third Order. [Latin *tertiārius*, from *tertius*, third. See **trei-** in Appendix.]

**tertiary color** *n.* A color resulting from the mixture of two secondary colors.

**tertiary consumer** *n. Ecology.* An animal that feeds on secondary consumers in a food chain.

**tertiary syphilis** *n.* The final stage of syphilis, following a latent period that may last years, characterized by spread of the disease to many organs and tissues, including the skin, bones, joints, heart, brain, and spinal cord.

**ter·ti·um quid** (tûr′shē-əm kwĭd′, tĕr′tē-ŏŏm′) *n.* Something that cannot be classified into either of two groups considered exhaustive; an intermediate thing or factor. [Late Latin : Latin *tertium*, neuter of *tertius*, third + *quid*, something.]

**Ter·tul·lian** (tər-tŭl′yən, -tŭl′ē-ən). A.D. 160?–230? Carthaginian theologian who converted to Christianity (c. 193), broke with the Catholic Church (c. 207), and formed his own schismatic sect. His writings greatly influenced Western theology.

**ter·va·lent** (tər-vā′lənt, tûr′vā′-) *adj.* Trivalent.

**ter·za ri·ma** (tĕr′tsə rē′mə) *n., pl.* **ter·ze ri·me** (tĕr′tsĕ rē′mĕ). A verse form of Italian origin consisting of tercets of 10 or 11 syllables with the middle line rhyming with the first and third lines of the following tercet. [Italian : *terza*, third + *rima*, rhyme.]

**TESL** *abbr.* Teaching English as a second language.

**tes·la** (tĕs′lə) *n. Abbr.* **T** The unit of magnetic flux density in the International System, equal to one weber per square meter. See table at **measurement.** [After Nikola TESLA.]

**Tes·la** (tĕs′lə), **Nikola.** 1856–1943. Serbian-born American electrical engineer and physicist who discovered the principles of alternating current (1881) and invented numerous devices and procedures that were seminal to the development of radio and the harnessing of electricity.

**tesla coil** *n.* An air-core transformer that is used as a source of high-frequency power, as for x-ray tubes. [After Nikola TESLA.]

**TESOL** *abbr.* Teachers of English to speakers of other languages.

**tes·sel·late** (tĕs′ə-lāt′) *tr.v.* **-lat·ed, -lat·ing, -lates.** To form into a mosaic pattern, as by using small squares of stone or glass. [From Latin *tessellātus*, of small square stones, from *tessella*, small cube, diminutive of *tessera*, a square. See TESSERA.] **—tes′sel·la′tion** *n.*

**tes·ser·a** (tĕs′ər-ə) *n., pl.* **tes·ser·ae** (tĕs′ə-rē′). One of the small squares of stone or glass used in making mosaic patterns. [Latin, from Greek, neuter of *tesseres*, variant of *tessares*, four. See **kʷetwer-** in Appendix.]

**tes·ser·act** (tĕs′ə-răkt′) *n.* The four-dimensional equivalent of a cube. [Greek *tessera*, neuter pl. of *tesseres*, four; see TESSERA + *aktis*, ray of light; see ACTINO–.]

**tes·si·tu·ra** (tĕs′ĭ-tŏŏr′ə) *n. Music.* The prevailing range of a vocal or instrumental part, within which most of the tones lie. [Italian, from Latin *textūra*, web, structure. See TEXTURE.]

**test**[1] (tĕst) *n.* **1.** A procedure for critical evaluation; a means of determining the presence, quality, or truth of something; a trial: *a test of one's eyesight; subjecting a hypothesis to a test; a test of an athlete's endurance.* **2.** A series of questions, problems, or physical responses designed to determine knowledge, intelligence, or ability. **3.** A basis for evaluation or judgment: *"A test of democratic government is how Congress and the president work together"* (Haynes Johnson). **4.** *Chemistry.* **a.** A physical or chemical change by which a substance may be detected or its properties ascertained. **b.** A reagent used to cause or promote such a change. **c.** A positive result obtained. **5.** A cupel. **—test** *v.* **test·ed, test·ing, tests.** —*tr.* **1.** To subject to a test; try: *tested the pen by scribbling on scrap paper; testing each mango for ripeness by pressing and smelling it; testing job applicants.* **2. a.** To determine the presence or properties of (a substance). **b.** To assay (metal) in a cupel. —*intr.* **1.** To undergo a test. **2.** To administer a test: *test for acid content; test for the presence of an antibody.* **3.** To achieve a score or rating on tests: *took the entrance examinations and tested high.* **4.** To exhibit a given characteristic when subjected to a test: *test positive for the tubercle bacillus.* [Middle English, cupel, from Old French, pot, from Latin *testū*, *testum*.] **—test′a·bil′i·ty** *n.* **—test′a·ble** *adj.*

**test**[2] (tĕst) *n.* A hard external covering, as that of certain amoebas, dinoflagellates, and sea urchins. [Latin *testa*, shell.]

**test.** *abbr.* **1.** *Law.* **a.** Testator. **b.** Testatrix. **2.** Testimony.

**Test.** *abbr. Bible.* Testament.

**tes·ta** (tĕs′tə) *n., pl.* **-tae** (-tē′). The often thick or hard outer coat of a seed. [Latin, shell.]

**tes·ta·cean** (tĕ-stā′shən) *n.* Any of various rhizopods of the order Testacea, characterized by the presence of a shell. [From