**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **BERNAFON, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**BENSON MEDICAL INSTRUMENTS COMPANY,**<br><br>Defendant. | Civil No. 02-777 (JNE/JGL)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 9, 2004, I caused the following document:

- Amended Notice Of Motion For Claim Construction

to be filed electronically with the Clerk of Court through ECF, and the ECF will send an e-notice of electronic filing to the following:

Randall T. Skaar
Aaron W. Davis
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN, 55402-2100.

Joanne H. Turner
Mackall, Crounse, & Moore, PLC.
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402

Dated: July 9, 2004

By: **s/ Dina M. Khaled**

David R. Fairbairn (No. 28,125)
Michael J. Pape (N0. 26,989X)
Dina M. Khaled (No. 284,968)
KINNEY & LANGE, P.A.
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002
(612) 339-1863
**ATTORNEYS FOR PLAINTIFF BERNAFON, INC.**