**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

**BERNAFON, INC.,** Civil No. 02-777 (JNE/JGL)

Plaintiff,

v.

**BENSON MEDICAL INSTRUMENTS COMPANY,**

Defendant.

---

I hereby certify that on **July 23, 2004**, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David R. Fairbairn, Esq.
Dina M. Khaled, Esq.
Michael J. Pape, Esq.
**KINNEY & LANGE, P.A.**
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415

s/Dainia Velishek
Dainia Velishek

Subscribed and sworn before
on July 23, 2004.

s/Cyndi Bonk
Notary