# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| Bernafon, Inc., Plaintiff, | ) | **COURT MINUTES** BEFORE: Joan N. Ericksen U.S. Judge |
| v. | ) | |
| Benson Medical Instruments Company, Defendant. | ) | Case No: 02cv777 & 02cv3466 (JNE/JGL)<br>Date: September 24, 2004<br>Court Reporter: Maria Weinbeck<br>Time Commenced: 9:30 a.m.<br>Time Concluded: 12:00 p.m.<br>Time in Court: 2 Hours & 30 Minutes |

Hearing on: **02cv777 Motion for Order to Construe Claims by Bernafon (#45) - taken under advisement**

**02cv3466 Motion for Order to Construe Claims by Bernafon (#32) - taken under advisement**

APPEARANCES:

Plaintiff: David R. Fairbairn/Michael J. Pape/Dina M. Khaled
Defendant: Randall T. Skaar/Aaron W. Davis

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk