**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Bernafon, Inc. (Diagnostic Group, LLC)**<br>Plaintiff,<br>v.<br>**Benson Medical Instruments Company**<br>Defendant. | **Civil Action No. 02-777CV (JNE/JGL)**<br>**Civil Action No. 02-3466CV (JNE/JGL)** |

**STIPULATED MOTION AND MEMORANDUM OF LAW TO SUBSTITUTE DIAGNOSTIC GROUP, LLC FOR BERNAFON, INC. AS THE PARTY OF INTEREST**

Pursuant to Fed. R. Civ. P. 25(c), Plaintiff respectfully requests that Diagnostic Group, LLC, a limited liability company duly organized and existing under the laws of the State of New Jersey, having its principal place of business at 7625 Golden Triangle Dr., Eden Prairie, Minnesota 55344 be substituted as the party of interest in the place of Bernafon, Inc. As part of a corporate restructuring, Bernafon, Inc. transferred its intellectual property portfolio to Diagnostic Group, LLC, an affiliated entity. Diagnostic Group, LLC is therefore the owner by assignment of all right, title and interest of U.S. Patent Number 5,811,681 entitled "Multimedia Feature For Diagnostic Instrumentation" ("'681 patent") and U.S. Patent Number 6,416,482 entitled "Multimedia Feature For Diagnostic Instrumentation" ("'482 patent") including all claims for damages by reason of infringement prior to the assignment date. A copy of the chain of assignments and name change from Bernafon, Inc. to Diagnostic Group LLC is attached hereto as Exhibit A.

All documents relating to the '681 patent and the '482 patent that were in the possession, custody and control of Bernafon, Inc. at the time of the assignment are now in the possession, custody and control of Diagnostic Group, LLC.

Defendant, Benson Medical Instruments Company, through its attorneys PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A., stipulates to the motion to substitute Diagnostic Group, LLC for Bernafon, Inc. as the party of interest.

Dated: _October 11, 2004__ By: **S/Michael J. Pape**

David R. Fairbairn (No. 28,125)
Michael J. Pape (No. 26,989X)
Dina M. Khaled (No. 284,968)
KINNEY & LANGE, P.A.
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415
Phone: (612) 339-1863
Fax: (612) 339-6580
**ATTORNEYS FOR PLAINTIFF, DIAGNOSTIC GROUP, LLC**

Dated: __October 6, 2004___ By: **S/Aaron W. Davis**

Randall T. Skaar (No. 165,013)
Aaron W. Davis (No. 318,255)
PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Phone: (612) 349-5740

~and~

Joanne H. Turner (235,787)
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Phone: (612) 305-1400
**ATTORNEYS FOR DEFENDANT, BENSON MEDICAL INSTRUMENTS COMPANY**

G:\CENTRAL.LIT\M33-17.1\Motions\Motion to subsitute party\motion to substitute party .wpd