**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **BERNAFON, INC.,** **(Diagnostic Group, LLC)** Plaintiff, v. **BENSON MEDICAL INSTRUMENTS COMPANY,** Defendant. | Civil No. 02-777 (JNE/JGL) Civil No. 02-3466 (JNE/JGL) **CERTIFICATE OF SERVICE** |

I hereby certify that on October 11, 2004, I caused the following documents:

- Stipulated Motion And Memorandum Of Law To Substitute Diagnostic Group, LLC For Bernafon, Inc. As The Party Of Interest
- Exhibit A To The Stipulated Motion And Memorandum Of Law To Substitute Diagnostic Group, LLC For Bernafon, Inc. As The Party Of Interest

to be filed electronically with the Clerk of Court through ECF, and the ECF will send an e-notice of electronic filing to the following:

Randall T. Skaar
Aaron W. Davis
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN, 55402-2100.

Joanne H. Turner
Mackall, Crounse, & Moore, PLC.
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402

Dated: October 11, 2004

By: **s/Michael J. Pape**

David R. Fairbairn (No. 28,125)
Michael J. Pape (N0. 26,989X)
Dina M. Khaled (No. 284,968)
KINNEY & LANGE, P.A.
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002
(612) 339-1863
**ATTORNEYS FOR PLAINTIFF BERNAFON, INC. (DIAGNOSTIC GROUP, LLC)**