IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Bernafon, Inc.** **(Diagnostic Group, LLC)** | |
| Plaintiff, | **Civil Action No. 02-777CV (JNE/JGL)** **Civil Action No. 02-3466CV (JNE/JGL)** |
| v. | Judge Joan N. Ericksen Magistrate Judge Jonathan G. Lebedoff |
| **Benson Medical Instruments Company** | |
| Defendant. | |

# EXHIBIT A

# TO THE STIPULATED MOTION AND MEMORANDUM OF LAW TO SUBSTITUTE DIAGNOSTIC GROUP, LLC FOR BERNAFON, INC. AS THE PARTY OF INTEREST

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

*500006577A*

SEPTEMBER 10, 2004

PTAS

MICHAEL J. PAPE
312 SOUTH THIRD ST.
KINNEY & LANGE, P.A.
MINNEAPOLIS, MN 55415-1002

RECEIVED
SEP 13 2004
KINNEY & LANGE, P.A.

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY, SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 09/09/2004          REEL/FRAME: 015098/0190
NUMBER OF PAGES: 5

BRIEF: CONFIRMATORY ASSIGNMENT FOR 12/31/03 ASSIGNMENT

ASSIGNOR:
BERNAFON, INC.          DOC DATE: 08/29/2004

ASSIGNEE:
OTICON, INC.
29 SCHOOLHOUSE ROAD
SOMERSET, NEW JERSEY 08873

SERIAL NUMBER: 10685240          FILING DATE: 10/14/2003
PATENT NUMBER:          ISSUE DATE:
TITLE: MULTIMEDIA FEATURE FOR DIAGNOSTIC INSTRUMENTATION

SERIAL NUMBER: 08639694          FILING DATE: 04/29/1996
PATENT NUMBER: 5811681          ISSUE DATE: 09/22/1998
TITLE: MULTIMEDIA FEATURE FOR DIAGNOSTIC INSTRUMENTATION

EXHIBIT
A

015098/0190 PAGE 2

SERIAL NUMBER: 09905347 FILING DATE: 07/13/2001
PATENT NUMBER: 6468224 ISSUE DATE: 10/22/2002
TITLE: CALIBRATED AUDIOMETER SYSTEM

SERIAL NUMBER: 09139858 FILING DATE: 08/25/1998
PATENT NUMBER: 6416482 ISSUE DATE: 07/09/2002
TITLE: MULTIMEDIA FEATURE FOR DIAGNOSTIC INSTRUMENTATION

SERIAL NUMBER: 10156415 FILING DATE: 05/28/2002
PATENT NUMBER: 6644120 ISSUE DATE: 11/11/2003
TITLE: MULTIMEDIA FEATURE FOR DIAGNOSTIC INSTRUMENTATION

SHAREILL COLES, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

# CONFIRMING ASSIGNMENT OF PATENTS

WHEREAS, WDH, Inc. ("Assignor") a Minnesota corporation, is the successor in interest to Bernafon, Inc., a Minnesota corporation, by virtue of a name change that occurred on May 7, 2004, as evidenced by the documents attached as Exhibit A to this Confirming Assignment, and was the owner of the entire right, title and interest in the patents, patent applications, or inventions identified in Schedule 1 attached hereto.

WHEREAS, Oticon, Inc. ("Assignee") a California corporation, was desirous of acquiring the Assignor's entire right, title and interest in and to the inventions, the applications, and any and all letters patent or similar legal protection, foreign or domestic, to be obtained therefor.

THEREFORE, in an agreement between the Assignor and Assignee made effective December 31, 2003, and which is hereby acknowledged, Assignor sold, assigned, transferred, and delivered to Assignee, its successors and assigns, the entire right, title and interest in, and to the inventions, the applications, corresponding domestic and foreign applications, all letters patent or similar legal protection issued or issuing thereon, and all rights and benefits under any applicable treaty or convention of the inventions, applications, or patents identified in Schedule 1, including the right to recover damages for past infringement, for its own use and enjoyment and for the use and enjoyment of its successors and assigns fully and entirely as if the same would have been held by the Assignor had this transfer not been made.

WDH, INC.

Date: August 29 - 2004

Signature: [signature]

Michael Worning
President
WDH, Inc.

7P-688 DC-CN

9052760002

MINNESOTA SECRETARY OF STATE

# AMENDMENT OF ARTICLES OF INCORPORATION

READ INSTRUCTIONS LISTED BELOW, BEFORE COMPLETING THIS FORM.

1. Type or print in black ink.
2. There is a $35.00 fee payable to the Secretary of State for filing this "Amendment of Articles of Incorporation".
3. Return Completed Amendment Form and Fee to the address listed on the bottom of the form.

CORPORATE NAME: (List the name of the company prior to any desired name change)

Bernafon Inc.

This amendment is effective on the day it is filed with the Secretary of State, unless you indicate another date, no later than 30 days after filing with the Secretary of State.

_______________ Format (mm/dd/yyyy)

The following amendment(s) to articles regulating the above corporation were adopted: (Insert full text of newly amended article(s) indicating which article(s) is (are) being amended or added.) If the full text of the amendment will not fit in the space provided, attach additional numbered pages. (Total number of pages including this form ____.)

ARTICLE I

The name of the corporation is WDH, Inc.

This amendment has been approved pursuant to *Minnesota Statutes chapter 302A or 317A*. I certify that I am authorized to execute this amendment and I further certify that I understand that by signing this amendment, I am subject to the penalties of perjury as set forth in section 609.48 as if I had signed this amendment under oath.

[signature]
(Signature of Authorized Person)

Name and telephone number of contact person: Gene F. Cancellieri (732) 560-1220
Please print legibly

If you have any questions please contact the Secretary of State's office at (651)296-2803.

RETURN TO: Secretary of State, Business Services Division
180 State Office Bldg., 100 Rev. Dr. Martin Luther King Jr. Blvd
St. Paul, MN 55155-1299, (651)296-2803

Make Check Payable to the "Secretary of State". Your cancelled Check is your receipt.

All of the information on this form is public and required in order to process this filing. Failure to provide the requested information will prevent the Office from approving or further processing this filing.

The Secretary of State's Office does not discriminate on the basis of race, creed, color, sex, sexual orientation, national origin, age, marital status, disability, religion, reliance on public assistance, or political opinions or affiliations in employment or the provision of services. This document can be made available in alternative formats, such as large print, Braille or audio tape, by calling (651)296-2803/Voice. For TTY communication, contact the Minnesota Relay Sevice at 1-800-627-3529 and ask them to place a call to (651)296-2803.

0034 Rev. 3-03

STATE OF MINNESOTA
DEPARTMENT OF STATE
FILED
MAY 13 2004 LS
[signature]
Secretary of State

EXHIBIT
A

MW

**SCHEDULE 1**

**U.S. Patents**

| Patent Number | Inventor | Title | Date |
|---|---|---|---|
| U.S. Patent No. 5,811,681 | Braun, et al. | Multimedia Feature for Diagnostic Instrumentation | 9/22/98 |
| U.S. Patent No. 6,468,224 | Foreman, et al. | Calibrated Audiometer System | 10/22/02 |
| U.S. Patent No. 6,416,482 | Braun, et al. | Multimedia Feature for Diagnostic Instrumentation | 7/9/02 |
| U.S. Patent No. 6,644,120 | Braun, et al. | Multimedia Feature for Diagnostic Instrumentation | 11/11/03 |

**U.S. Patent Applications**

| Application Number | Inventor | Title | Date |
|---|---|---|---|
| 10/685,240 (Publ. No. 20040074304) | Braun, et al. | Multimedia Feature for Diagnostic Instrumentation | 4/22/04 |

JWO

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

*500006588A*

SEPTEMBER 10, 2004

PTAS

MICHAEL J. PAPE
312 SOUTH THIRD ST.
KINNEY & LANGE, P.A.
MINNEAPOLIS, MN 55415-1002

RECEIVED
SEP 13 2004
KINNEY & LANGE, P.A.

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY, SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 09/09/2004 REEL/FRAME: 015098/0202
NUMBER OF PAGES: 4

BRIEF: CONFIRMATORY ASSIGNMENT FOR 12/31/03 ASSIGNMENT

ASSIGNOR:
OTICON, INC. DOC DATE: 08/29/2004

ASSIGNEE:
MAICO, LLC
7625 GOLDEN TRIANGLE DRIVE
EDEN PRAIRIE, MINNESOTA 55344

SERIAL NUMBER: 10685240 FILING DATE: 10/14/2003
PATENT NUMBER: ISSUE DATE:
TITLE: MULTIMEDIA FEATURE FOR DIAGNOSTIC INSTRUMENTATION

SERIAL NUMBER: 08639694 FILING DATE: 04/29/1996
PATENT NUMBER: 5811681 ISSUE DATE: 09/22/1998
TITLE: MULTIMEDIA FEATURE FOR DIAGNOSTIC INSTRUMENTATION

015098/0202 PAGE 2

SERIAL NUMBER: 09905347 FILING DATE: 07/13/2001
PATENT NUMBER: 6468224 ISSUE DATE: 10/22/2002
TITLE: CALIBRATED AUDIOMETER SYSTEM

SERIAL NUMBER: 09139858 FILING DATE: 08/25/1998
PATENT NUMBER: 6416482 ISSUE DATE: 07/09/2002
TITLE: MULTIMEDIA FEATURE FOR DIAGNOSTIC INSTRUMENTATION

SERIAL NUMBER: 10156415 FILING DATE: 05/28/2002
PATENT NUMBER: 6644120 ISSUE DATE: 11/11/2003
TITLE: MULTIMEDIA FEATURE FOR DIAGNOSTIC INSTRUMENTATION

MARY BENTON, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

## CONFIRMING ASSIGNMENT OF PATENTS

WHEREAS, Oticon, Inc. ("Assignor") a California corporation was the owner of the entire right, title, and interest in the patents, patent applications, or inventions identified in Schedule 1, attached hereto.

WHEREAS, Maico, LLC ("Assignee"), a New Jersey limited liability company, was desirous of acquiring the Assignor's entire right, title and interest in and to the inventions, the applications, and any and all letters patent or similar legal protection, foreign or domestic, to be obtained therefor.

THEREFORE, in an agreement between the Assignor and Assignee made effective December 31, 2003, and which is hereby acknowledged, Assignor sold, assigned, transferred, and delivered to Assignee, its successors and assigns, the entire right, title and interest in, and to the inventions, the applications, corresponding domestic and foreign applications, all letters patent or similar legal protection issued or issuing thereon, and all rights and benefits under any applicable treaty or convention of the inventions, applications, or patents identified in Schedule 1, including the right to recover damages for past infringement, for its own use and enjoyment and for the use and enjoyment of its successors and assigns fully and entirely as if the same would have been held by the Assignor had this transfer not been made.

OTICON, INC.

Date: August 27 - 2004

Signature: [signature]
Michael Worning
President
Oticon, Inc.

G:\MJP\Gencor\M33-100.1\confirming patents assign B_03.wpd

# SCHEDULE 1

**U.S. Patents**

| Patent Number | Inventor | Title | Date |
|---|---|---|---|
| U.S. Patent No. 5,811,681 | Braun, et al. | Multimedia Feature for Diagnostic Instrumentation | 9/22/98 |
| U.S. Patent No. 6,468,224 | Foreman, et al. | Calibrated Audiometer System | 10/22/02 |
| U.S. Patent No. 6,416,482 | Braun, et al. | Multimedia Feature for Diagnostic Instrumentation | 7/9/02 |
| U.S. Patent No. 6,644,120 | Braun, et al. | Multimedia Feature for Diagnostic Instrumentation | 11/11/03 |

**U.S. Patent Applications**

| Application Number | Inventor | Title | Date |
|---|---|---|---|
| 10/685,240 (Publ. No. 20040074304) | Braun, et al. | Multimedia Feature for Diagnostic Instrumentation | 4/22/04 |

MWO

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

*500006594A*

SEPTEMBER 10, 2004

PTAS

MICHAEL J. PAPE
312 SOUTH THIRD ST.
KINNEY & LANGE, P.A.
MINNEAPOLIS, MN 55415-1002

RECEIVED
SEP 13 2004
KINNEY & LANGE, P.A.

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY, SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 09/09/2004    REEL/FRAME: 015098/0206
NUMBER OF PAGES: 3

BRIEF: CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
MAICO, LLC    DOC DATE: 02/29/2004

ASSIGNEE:
DIAGNOSTIC GROUP, LLC
7625 GOLDEN TRIANGLE DRIVE
EDEN PRAIRIE, MINNESOTA 55344

SERIAL NUMBER: 10685240    FILING DATE: 10/14/2003
PATENT NUMBER:    ISSUE DATE:
TITLE: MULTIMEDIA FEATURE FOR DIAGNOSTIC INSTRUMENTATION

SERIAL NUMBER: 08639694    FILING DATE: 04/29/1996
PATENT NUMBER: 5811681    ISSUE DATE: 09/22/1998
TITLE: MULTIMEDIA FEATURE FOR DIAGNOSTIC INSTRUMENTATION

SERIAL NUMBER: 09905347 FILING DATE: 07/13/2001
PATENT NUMBER: 6468224 ISSUE DATE: 10/22/2002
TITLE: CALIBRATED AUDIOMETER SYSTEM

SERIAL NUMBER: 09139858 FILING DATE: 08/25/1998
PATENT NUMBER: 6416482 ISSUE DATE: 07/09/2002
TITLE: MULTIMEDIA FEATURE FOR DIAGNOSTIC INSTRUMENTATION

SERIAL NUMBER: 10156415 FILING DATE: 05/28/2002
PATENT NUMBER: 6644120 ISSUE DATE: 11/11/2003
TITLE: MULTIMEDIA FEATURE FOR DIAGNOSTIC INSTRUMENTATION

MARY BENTON, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

CGN

FILED

MAR 25 2004

State Treasurer

# CERTIFICATE OF AMENDMENT

OF

MAICO, LLC

Dated as of February 24, 2004

**(Pursuant to Section 42:2B-13 of the New Jersey Limited Liability Company Act)**

The undersigned Company, for purposes of amending the certificate of formation on file with the Department of Treasury, certifies to the following:

1. The name of limited liability company is MAICO, LLC (the "Company").
2. The identification number of the Company is 0600188820.
3. The new name of the Company is DIAGNOSTIC GROUP LLC.
4. The effective date of this amendment is upon filing.
5. Paragraph 1 of the Certificate of Formation of the Company is hereby amended to read as follows:

"1. The name of the company is DIAGNOSTIC GROUP LLC (the "Company")."

The undersigned represents that this filing complies with State law as detailed in N.J.S.A. 42 and that he is authorized to sign this form on behalf of the Company.

**OTICON, INC.,**
Its Sole Member

By: [signature]
Name: MICHAEL WOERNIG
Title: PRESIDENT

S1386627
J2645701

99092/1
02/17/2004 1484827.01

0600188820