**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **Bernafon, Inc.** **(Diagnostic Group, LLC)** Plaintiff, | ) | **Civil Action No. 02-777CV (JNE/JGL)** **Civil Action No. 02-3466CV (JNE/JGL)** |
| v. | ) | |
| **Benson Medical Instruments Company** Defendant. | ) | |

**ORDER GRANTING STIPULATED MOTION**
**TO SUBSTITUTE PLAINTIFF'S PARTY OF INTEREST**

This court GRANTS the Stipulated Motion (Doc. #53 in CV 02-777 and Doc. #40 in CV 02-3466) and Memorandum of Law to Substitute Diagnostic Group, LLC for Bernafon, Inc. as the Party of Interest, and hereby ORDERS that Diagnostic Group, LLC be substituted for Bernafon, Inc. as the plaintiff's party of interest.

Dated: October 12, 2004

s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief United States Magistrate Judge