**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Diagnostic Group, LLC,** | **Civil Action No. 02-CV-0777 JNE/JGL** |
| **Plaintiff,** | **Civil Action No. 02-CV-3466 JNE/JGL** |
| | **Civil Action No. 04-CV-4855 JRT/FLN** |
| **v.** | |
| **Benson Medical Instruments Company,** | **RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF DIAGNOSTIC GROUP, LLC** |
| **Defendant.** | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Diagnostic Group, LLC, is a wholly-owned subsidiary of Oticon, Inc., 29 Schoolhouse Road, Somerset, New Jersey 08873, which is a wholly owned subsidiary of WDH, Inc., 200 Cottontail Lane, Building B, Somerset, New Jersey 08873. No publicly held corporation owns 10% or more of stock in Plaintiff Diagnostic Group, LLC.

**DIAGNOSTIC GROUP, LLC,**

Dated: January 6, 2005

By: **s/ Dina M. Khaled**

David R. Fairbairn (28,125)
Michael J. Pape (26,989X)
Dina M. Khaled (284,968)
KINNEY & LANGE, P.A.
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002
(612) 339-1863

**ATTORNEYS FOR PLAINTIFF**