**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Diagnostic Group, LLC, 02cv777 (JNE/JGL)

v.

Benson Medical Instruments Company,

---

Diagnostic Group, LLC, 04cv4855 (JRT/FLN)

v.

Benson Medical Instruments Company,

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

Case No. 02cv777 having been assigned to Judge Joan N. Ericksen and Case No. 04cv4855 having later been assigned to Judge John R. Tunheim, said matters being related cases,

**IT IS HEREBY ORDERED** That Case No. 04cv4855 be assigned to Judge Joan N. Ericksen, *nunc pro tunc,* by use of cards on the Patent list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card in the same list pursuant to this Court's Assignment of Cases Order dated February 10, 2003.

DATED: March 15, 2005.

s/ Joan N. Ericksen
JOAN N. ERICKSEN, Judge
United States District Court

DATED: March 30, 2005.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge