**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**DIAGNOSTIC GROUP, LLC**,

Plaintiff,

v.

**BENSON MEDICAL INSTRUMENTS COMPANY**,

Defendant.

Civil No. 02-777 (JNE/JGL)
Civil No. 02-3466 (JNE/JGL)

---

**JOINT MOTION TO STAY THE LAWSUITS PENDING THE OUTCOMES OF THE REEXAMINATIONS OF THE RESPECTIVE PATENTS IN SUIT**

WHEREAS, in Civil No. 02-777 (JNE/JGL), Plaintiff has sued Defendant for the alleged infringement of U.S. Patent No. 5,811,681 ("the '681 patent");

WHEREAS, in Civil No. 02-3466 (JNE/JGL), Plaintiff has sued Defendant for the alleged infringement of U.S. Patent No. 6,416,482 ("the '482 patent"), which is a continuation of the '681 patent.

WHEREAS, in Civil No. 04-4855 (JNE/JGL), Plaintiff has sued Defendant for the alleged infringement of U.S. Patent No. 6,644,120 ("the '120 patent"), which is a continuation of the '482 patent.

WHEREAS, the United States Patent and Trademark Office ("Patent Office") has granted Defendant's petitions for the Patent Office to reexamine the '681 patent, the '482 patent, and the '120 patent.

WHEREAS, in Civil No. 04-4855 (JNE/JGL), the parties have already joined in a motion to stay that case pending the outcome of the reexamination of the '120 patent (see Court Docket Nos. 11 and 21 from that case);

NOW THEREFORE, BY THIS JOINT MOTION, THE PARTIES HEREBY JOINTLY MOVE, for Orders entering stays of Civil No. 02-777 (JNE/JGL) and Civil No. 02-3466 (JNE/JGL) pending the respective final decisions by the Patent Office on the merits of the reexaminations of the '681 patent and the '482 patent.

Respectfully submitted,

Dated: June 1, 2005 By: s/ Dina M. Khaled

David R. Fairbairn (No. 28,125)
Michael J. Pape (No. 26,989X)
Dina M. Khaled (No. 284,968)
KINNEY & LANGE, P.A.
312 South Third Street
Minneapolis, MN 55415
Telephone: (612) 339-1863
Facsimile: (612) 339-6580
**ATTORNEYS FOR DIAGNOSTIC GROUP, LLC**

Dated: June 1, 2005 By: s/ Aaron W. Davis

Randall T. Skaar (No. 165,013)
Aaron W. Davis (No. 318,255)
PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100
Telephone: (612) 349-5740
Facsimile: (612) 349-9266
**ATTORNEYS FOR BENSON MEDICAL INSTRUMENTS COMPANY**