**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**DIAGNOSTIC GROUP, LLC**,

Plaintiff,

Civil No. 02-777 (JNE/JGL)
Civil No. 02-3466 (JNE/JGL)

v.

**BENSON MEDICAL INSTRUMENTS COMPANY**,

Defendant.

---

I hereby certify that on **June 1, 2005**, I caused the following documents:

1. Notice of Joint Motion to Stay the Lawsuits Pending the Outcomes of the Reexaminations of the Respective Patents In Suit; and
2. Joint Motion to Stay the Lawsuits Pending the Outcomes of the Reexaminations of the Respective Patents In Suit,

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

David R. Fairbairn, Esq.
Dina M. Khaled, Esq.
Michael J. Pape, Esq.
**KINNEY & LANGE, P.A.**
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

**Honorable Jonathan G. Lebedoff – lebedoff_chambers@mnd.uscourts.gov**

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

David R. Fairbairn – Via U.S. Mail and E-Mail – drfairbairn@kinney.com
Dina M. Khaled – Via U.S. Mail and E-Mail – dmkhaled@kinney.com

Michael J. Pape – Via U.S. Mail and E-Mail – mjpape@kinney.com

Dated: June 1, 2005

By: s/ Aaron W. Davis

Randall T. Skaar (No. 165,013)
Aaron W. Davis (No. 318,255)
PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100
Telephone: (612) 349-5740
Facsimile: (612) 349-9266

**ATTORNEYS FOR BENSON MEDICAL INSTRUMENTS COMPANY**