**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**DIAGNOSTIC GROUP, LLC**,

Plaintiff,

Civil No. 02-777 (JNE/JGL)
Civil No. 02-3466 (JNE/JGL)

v.

**BENSON MEDICAL INSTRUMENTS COMPANY**,

Defendant.

---

**NOTICE OF JOINT MOTION TO STAY THE LAWSUITS PENDING THE OUTCOMES OF THE REEXAMINATIONS OF THE RESPECTIVE PATENTS IN SUIT**

PLEASE TAKE NOTICE THAT the parties hereby submit their Joint Motion to Stay the Lawsuits Pending the Outcomes of the Reexaminations of the Respective Patents in Suit to the Honorable Jonathan G. Lebedoff, and move this Court for Orders entering stays of Civil No. 02-777 (JNE/JGL) and Civil No. 02-3466 (JNE/JGL) pending the respective final decisions by the Patent Office on the merits of the reexaminations of the ‘681 patent and the ‘482 patent.

Respectfully submitted,

Dated: June 1, 2005 By: s/ Dina M. Khaled

David R. Fairbairn (No. 28,125)
Michael J. Pape (No. 26,989X)
Dina M. Khaled (No. 284,968)
KINNEY & LANGE, P.A.
312 South Third Street
Minneapolis, MN 55415
Telephone: (612) 339-1863
Facsimile: (612) 339-6580
**ATTORNEYS FOR DIAGNOSTIC GROUP, LLC**

Dated: June 1, 2005 By: s/ Aaron W. Davis

Randall T. Skaar (No. 165,013)
Aaron W. Davis (No. 318,255)
PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100
Telephone: (612) 349-5740
Facsimile: (612) 349-9266
**ATTORNEYS FOR BENSON MEDICAL INSTRUMENTS COMPANY**