**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**DIAGNOSTIC GROUP, LLC**,

Plaintiff,

v.

**BENSON MEDICAL INSTRUMENTS COMPANY**,

Defendant.

Civil No. 02-777 (JNE/JGL)
Civil No. 02-3466 (JNE/JGL)

**ORDER**

This matter came before the Court by the parties filing on June 1, 2005 of the Joint Motion to Stay the Lawsuits Pending the Outcomes of the Reexaminations of the Respective Patents in Suit. Based upon the Joint Motion, the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

(1) That the parties' Joint Motions in Civil No. 02-777 (JNE/JGL) (Doc. #60) and Civil No. 02-3466 (JNE/JGL) (Doc. # 46) are granted.

(2) Civil No. 02-777 (JNE/JGL) is hereby stayed pending the final decision by the Patent Office on the merits of the reexamination of the '681 patent.

(3) Civil No. 02-3466 (JNE/JGL) is hereby stayed pending the final decision by the Patent Office on the merits of the reexamination of the '482 patent.

**IT IS SO ORDERED.**

Dated: June 15, 2005

s/Jonathan Lebedoff
Jonathan Lebedoff
Chief Magistrate Judge