IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Diagnostic Group, LLC,<br>Plaintiff,<br>v.<br>Benson Medical Instruments Company,<br>Defendant. | Civil Action Nos. 02-CV-777 (JNE/JGL)<br>02-CV-3466 (JNE/JGL) |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Plaintiff Diagnostic Group, LLC, has retained Fish & Richardson P.C. to substitute as counsel for Kinney & Lange, P.A. in this case.

Dated: July 27, 2006

FISH & RICHARDSON P.C.

By: s/ Michael J. Pape
Michael E. Florey (0214322)
Michael J. Pape (No. 026989X)
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Phone: (612) 335-5070

Attorneys for Plaintiff
DIAGNOSTIC GROUP, LLC

Dated: July 20, 2006

KINNEY & LANGE, P.A.

By: s/ David R. Fairbairn

David R. Fairbairn (28125)
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002
Phone: (612) 339-1863

60369935.doc