IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Diagnostic Group, LLC,

Plaintiff,

v.

Benson Medical Instruments Company,

Defendant.

Civil Action Nos. 02-CV-777 (JNE/JGL)
02-CV-3466 (JNE/JGL)

**CERTIFICATE OF SERVICE**

I certify that on July 27, 2006, I have caused the following document:

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

David R. Fairbairn
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002

Aaron W. Davis
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100

Randall T. Skaar, Esq.
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100

Date: July 27, 2006

s/Michael J. Pape
Michael J. Pape

60371891.doc